1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11 | Warren E. Spieker, Jr., et al.,

No. C  07-03001 RS

12 |          Plaintiff(s),

**DECLINATION TO PROCEED BEFORE**
**A MAGISTRATE JUDGE**

13
14 | Blackhawk Parent LLC, et al.,

**AND**
**REQUEST FOR REASSIGNMENT TO A**
**UNITED STATES DISTRICT JUDGE**

     v.

15
16 |          Defendant(s).                              /

17

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18

     The undersigned party hereby declines to consent to the assignment of this case to a United

19

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20

a United States District Judge.

21
22

Dated:  June 18, 2007                    Signature

23
24

                                         Counsel for  Plaintiffs
                                         (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28