1   HARRISON J. FRAHN (Bar No. 206822)
    SIMPSON THACHER & BARTLETT LLP
2   2550 Hanover Street
    Palo Alto, CA  94304
3   Telephone: (650) 251-5000
    Facsimile:  (650) 251-5002
4
    *Attorney for Blackhawk Parent LLC and*
5   *        EOP Operating Limited Partnership, LP*

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  WARREN E. SPIEKER, JR. DENNIS E.          Case No.  07-cv-03001-RS
    SINGLETON, JOHN K. FRENCH, BRUCE E.
12  HOSFORD, BLAKE FAMILY TRUST,              **CERTIFICATION OF INTERESTED**
    GREGG R. DAUGHERTY, JOHN G.               **ENTITIES OR PERSONS**
13  DAVENPORT, JAMES C. EDDY, JOHN A.
    FOSTER, DONALD S. JEFFERSON,
14  VINCENT D. MULROY, RICHARD L.
    ROMNEY, JILL T. SCHNUGG, PETER H.
15  SCHNUGG, JOHN B. SOUTHER, JR.,
    CRAIG G. VOUGHT and JOEL BENOLIEL,
16
           Plaintiffs/Petitioners,
17
           v.
18
    BLACKHAWK PARENT LLC, a Delaware
19  limited liability company, and EOP
    OPERATING LIMITED PARTNERSHIP, a
20  Delaware limited partnership,
21
           Defendants/Respondents.
22
                  CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
23
24          Pursuant to Civil L.R. 3-16, the undersigned certifies that the following persons,

25  associations of persons, firms, partnerships, corporations (including parent corporations) or other

26  entities (i) have a financial interest in the subject matter in controversy or in a party to the

27  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

28  substantially affected by the outcome of this proceeding:

1    The Blackstone Group, L.P.; Blackstone Real Estate Partners V L.P.; and

2    Blackstone Real Estate Partners VI L.P.

3    Dated:  June 18, 2007

       SIMPSON THACHER & BARTLETT LLP

4

5

       By   /s/ Harrison J. Frahn IV
6           HARRISON J. FRAHN IV

7           Counsel for Defendants/Respondents
            Blackhawk Parent LLC and EOP Operating
8           Limited Partnership

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28