1  HARRISON J. FRAHN (Bar No. 206822)
   SIMPSON THACHER & BARTLETT LLP
2  2550 Hanover Street
   Palo Alto, CA  94304
3  Telephone: (650) 251-5000
   Facsimile:  (650) 251-5002
4
   *Attorney for Blackhawk Parent LLC and*
5  *       EOP Operating Limited Partnership, LP*

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 WARREN E. SPIEKER, JR. DENNIS E.          Case No.  07-cv-03001-RS
   SINGLETON, JOHN K. FRENCH, BRUCE E.
12 HOSFORD, BLAKE FAMILY TRUST,              **DECLINATION TO PROCEED**
   GREGG R. DAUGHERTY, JOHN G.               **BEFORE A MAGISTRATE JUDGE**
13 DAVENPORT, JAMES C. EDDY, JOHN A.         **AND REQUEST FOR**
   FOSTER, DONALD S. JEFFERSON,              **REASSIGNMENT TO A UNITED**
14 VINCENT D. MULROY, RICHARD L.             **STATES DISTRICT JUDGE**
   ROMNEY, JILL T. SCHNUGG, PETER H.
15 SCHNUGG, JOHN B. SOUTHER, JR.,
   CRAIG G. VOUGHT and JOEL BENOLIEL,
16
          Plaintiffs/Petitioners,
17
          v.
18
   BLACKHAWK PARENT LLC, a Delaware
19 limited liability company, and EOP
   OPERATING LIMITED PARTNERSHIP, a
20 Delaware limited partnership,

21        Defendants/Respondents.

22

23     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

24          The undersigned parties hereby decline to consent to the assignment of this case to

25 a United States Magistrate Judge for disposition and any and all other purposes, and hereby

26 request the reassignment of this case to a United States District Judge.  The undersigned parties

27 submit this Request for Reassignment without waiver of any defenses, including but not limited to

28

1  lack of personal jurisdiction, improper venue, insufficiency of process, and insufficiency of

2  service of process.

3

4          Dated:  June 18, 2007

                                        SIMPSON THACHER & BARTLETT LLP
5

6                                       By   /s/ Harrison J. Frahn IV
                                             HARRISON J. FRAHN IV
7                                            Counsel for Defendants/Respondents
                                               Blackhawk Parent LLC and EOP Operating
8                                              Limited Partnership

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28