1  Michael H. Steinberg (CSB 134179)
   SULLIVAN & CROMWELL LLP
2  1888 Century Park East
   Los Angeles, California 90067
3  Telephone:  (310) 712-6600
   Facsimile:  (310) 712-8800
4
   Christopher R. Edgar (CSB 229771)
5  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
6  Palo Alto, California 94303
   Telephone:  (650) 461-5600
7  Facsimile:  (650) 461-5700

8  *Attorneys for Plaintiffs/Petitioners Warren
   E. Spieker, Jr., et al.*
9

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

16  WARREN E. SPIEKER, JR., DENNIS       )
    E. SINGLETON, JOHN K. FRENCH,        )
17  BRUCE E. HOSFORD, BLAKE              )
    FAMILY TRUST, GREGG R.               )
18  DAUGHERTY, JOHN G.                   )   Case No. C 07-03001 RMW
    DAVENPORT, JAMES C. EDDY,            )
19  JOHN A. FOSTER, DONALD S.            )
    JEFFERSON, VINCENT D. MULROY,        )
20  RICHARD L. ROMNEY, JILL T.           )   **NOTICE OF HEARING ON**
    SCHNUGG, PETER H. SCHNUGG,           )   **PETITION TO COMPEL**
21  JOHN B. SOUTHER, JR., CRAIG G.       )   **ARBITRATION**
    VOUGHT and JOEL BENOLIEL,            )
22                                       )   Date:   August 10, 2007
             Plaintiffs/Petitioners,     )   Time:   9:00 a.m.
23                                       )   Judge:  Hon. Ronald M. Whyte
             v.                          )
24                                       )
    BLACKHAWK PARENT LLC, a              )
25  Delaware limited liability company, and )
    EOP OPERATING LIMITED                )
26  PARTNERSHIP, a Delaware limited      )
    partnership,                         )
27                                       )
             Defendants/Respondents.     )
28  _____)

1  PLEASE TAKE NOTICE THAT on August 10, 2007, at 9:00 a.m., or as soon
2  thereafter as counsel may be heard, in the United States District Court for the Northern District
3  of California, San Jose Division, the Hon. Ronald M. Whyte presiding, located at Courtroom 6,
4  4th Floor, 280 South 1st Street, San Jose, California 95113, the Court will conduct a hearing on
5  Plaintiffs/Petitioners Warren E. Spieker, Jr., Dennis E. Singleton, John K. French, Bruce E.
6  Hosford, Blake Family Trust, Gregg R. Daugherty, John G. Davenport, James C. Eddy, John A.
7  Foster, Donald S. Jefferson, Vincent D. Mulroy, Richard L. Romney, Jill T. Schnugg, Peter H.
8  Schnugg, John B. Souther, Jr., Craig G. Vought and Joel Benoliel's Petition to Compel
9  Arbitration filed in this matter on June 8, 2007.

10 Dated: June 20, 2007
   Palo Alto, California

Respectfully submitted,

Michael H. Steinberg (CSB 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Christopher R. Edgar (CSB 229771)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Plaintiffs/Petitioners Warren E. Spieker, Jr., et al.*