HARRISON J. FRAHN IV (BAR NO. 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

PAUL C. GLUCKOW (*PRO HAC VICE* pending)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Blackhawk Parent LLC and*
    *EOP Operating Limited Partnership, LP*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARREN E. SPIEKER, JR. DENNIS E. SINGLETON, JOHN K. FRENCH, BRUCE E. HOSFORD, BLAKE FAMILY TRUST, GREGG R. DAUGHERTY, JOHN G. DAVENPORT, JAMES C. EDDY, JOHN A. FOSTER, DONALD S. JEFFERSON, VINCENT D. MULROY, RICHARD L. ROMNEY, JILL T. SCHNUGG, PETER H. SCHNUGG, JOHN B. SOUTHER, JR., CRAIG G. VOUGHT and JOEL BENOLIEL, <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership, <br><br> Defendants/Respondents. | Case No. C 07-03001-RMW <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, California 94304. I am employed in the office of a member of the bar of this Court at whose direction service of documents was made. On June 29, 2007, I served the documents listed below:

(1) **APPLICATION FOR ADMISSION OF PAUL C. GLUCKOW *PRO HAC VICE***

(2) **PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PAUL C. GLUCKOW *PRO HAC VICE***

☒ **BY MAIL:** by placing the documents in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California, addressed as set forth below:

Christopher Ramsey Edgar: edgarch@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5612
Facsimile: (650) 461-5700

--- AND ---

Michael H. Steinberg: steinbergm@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service with postage thereon fully prepaid in the ordinary course of business on the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2007, at Palo Alto, California.

Herschel L. Lelaind