| Attorney or Party without Attorney:<br>SULLIVAN AND CROMWELL, LLP<br>1870 EMBARCADERO ROAD<br>PALO ALTO, CA 94303<br>Telephone No: 650-461-5600    FAX No: 650-461-5700<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.:<br>019919.0001 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |
| Plaintiff: WARREN E. SPIEKER., ET AL. |
| Defendant: BLACKHAWK PARENT LLC, ET AL. |

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date:<br>Wed, Sep. 19, 2007 | Time:<br>2:30PM | Dept/Div: | Case Number:<br>C07 03001 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Petition To Compel Arbitration; Declaration Of Warren E. Spieker, Jr. In Support Of Petition To Compel; Memorandum Of Points And Authorities In Support Of Petition To Compel Arbitration; Civil Case Cover Sheet; Notice Of Assignment Of Case To A United States Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; General Order No. 40 Prohibition Of Bias; Ecf Registration Information Handout; General Order No. 45 Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; Blank Lawsuit And Request For Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5); Welcome To The United States District Court For The Northern District Of California, Clerks Office, San Jose Division; Adr Packet

3. a. Party served:         BLACKHAWK PARENT LLC
   b. Person served:        SCOTT LASCALA, MANAGING AGENT @ THE CORPORATION TRUST COMPANY

4. Address where the party was served:    1209 ORANGE STREET
                                           WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 12, 2007 (2) at: 2:10PM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. DANIEL NEWCOMB                                d. *The Fee for Service was:*
                                                    e. I am:
   **A & A LEGAL SERVICE**                              (i) Independent Contractor

   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jun. 12, 2007

                                                                    _(signature)_
Judicial Council Form                    PROOF OF SERVICE           (DANIEL NEWCOMB)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS CIVIL/CASE                              4615600.39018