| *Attorney or Party without Attorney:* <br> SULLIVAN AND CROMWELL, LLP <br> 1870 EMBARCADERO ROAD <br> PALO ALTO, CA 94303 <br> *Telephone No:* 650-461-5600    *FAX No:* 650-461-5700 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* 019919.0001 | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Northern District Of California | |
| *Plaintiff:* WARREN E. SPIEKER., ET AL. <br> *Defendant:* BLACKHAWK PARENT LLC, ET AL. | |

| **PROOF OF SERVICE SUMMONS CIVIL/CASE** | *Hearing Date:* Wed, Sep. 19, 2007 | *Time:* 2:30PM | *Dept/Div:* | *Case Number:* C07 03001 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Petition To Compel Arbitration; Declaration Of Warren E. Spieker, Jr. In Support Of Petition To Compel; Memorandum Of Points And Authorities In Support Of Petition To Compel Arbitration; Civil Case Cover Sheet; Notice Of Assignment Of Case To A United States Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; General Order No. 40 Prohibition Of Bias; Ecf Registration Information Handout; General Order No. 45 Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; Blank Lawsuit And Request For Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5); Welcome To The United States District Court For The Northern District Of California, Clerks Office, San Jose Division; Adr Packet

3. a. *Party served:* EOP OPERATING LIMITED PARTNERSHIP
   b. *Person served:* SCOTT LASCALA, MANAGING AGENT @ THE CORPORATION TRUST COMPANY

4. *Address where the party was served:* 1209 ORANGE STREET WILMINGTON, DE 19801

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 12, 2007 (2) at: 2:10PM

7. *Person Who Served Papers:*
   a. DANIEL NEWCOMB

   **A & A LEGAL SERVICE**

   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am:
      (i) Independent Contractor

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jun. 12, 2007

(DANIEL NEWCOMB)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

4615600.39020