1  HARRISON J. FRAHN IV (BAR NO. 206822)
   SIMPSON THACHER & BARTLETT LLP
2  2550 Hanover Street
   Palo Alto, CA 94304
3  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
4
   BRUCE D. ANGIOLILLO (*PRO HAC VICE* pending)
5  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
6  New York, NY 10017-3954
   Telephone: (212) 455-2000
7  Facsimile: (212) 455-2502

8  *Attorneys for Blackhawk Parent LLC and*
       *EOP Operating Limited Partnership, LP*
9

10              UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13 | WARREN E. SPIEKER, JR. DENNIS E. SINGLETON, JOHN K. FRENCH, BRUCE E. HOSFORD, BLAKE FAMILY TRUST, GREGG R. DAUGHERTY, JOHN G. DAVENPORT, JAMES C. EDDY, JOHN A. FOSTER, DONALD S. JEFFERSON, VINCENT D. MULROY, RICHARD L. ROMNEY, JILL T. SCHNUGG, PETER H. SCHNUGG, JOHN B. SOUTHER, JR., CRAIG G. VOUGHT and JOEL BENOLIEL, | Case No. C 07-03001-RMW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

18       Plaintiffs/Petitioners,

19       v.

20 BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING
21 LIMITED PARTNERSHIP, a Delaware limited partnership,
22
         Defendants/Respondents.
23

1 | Pursuant to Civil Local Rule 11-3, Bruce D. Angiolillo, an active member in good
2 | standing of the bar of the State of New York, hereby applies for admission to practice in the
3 | Northern District of California on a *pro hac vice* basis representing Defendants/Respondents
4 | Blackhawk Parent LLC and EOP Operating Limited Partnership in the above-entitled action.

5 | In support of this application, I certify on oath that:

6 | 1. I am an active member in good standing of a United States Court or of the
7 | highest court of another State or the District of Columbia, as indicated above;

8 | 2. I agree to abide by the Standards of Professional Conduct set forth in Civil
9 | Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become
10 | familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and,

11 | 3. An attorney who is a member of the bar of this Court in good standing and
12 | who maintains an office within the State of California has been designated as co-counsel in the
13 | above-entitled action. The name, address and telephone number of that attorney is:

Harrison J. Frahn IV, Esq. (Bar No. 206822)
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, California 94304
(650) 251-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2007

SIMPSON THACHER & BARTLETT LLP

By _____
Bruce D. Angiolillo
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: 212-455-2502

Attorney for Defendants/Respondents
BLACKHAWK PARENT LLC and
EOP OPERATING LIMITED PARTNERSHIP

1
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*-Case No. C 07-03001-RMW