# Exhibit H

**SIMPSON THACHER & BARTLETT LLP**

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

———

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-2653

E-MAIL ADDRESS

pgluckow@stblaw.com

BY FACSIMILE (650) 461-5700        May 31, 2007

Re:   Tax Protection Agreement Claim of Warren E. Spieker, Jr.

Christopher R. Edgar, Esq.
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303-3308

Dear Chris:

Thank you for your letter dated May 25, 2007. Unfortunately, it appears that you misunderstood what I said during our telephone conversation on May 23, 2007.

As I indicated during our May 23 discussion, we are prepared to exchange lists of nationally recognized independent public accounting firms that the parties can consider jointly retaining to act as an arbitrator pursuant to section 2(d) of the Tax Protection Agreement ("TPA"). As I mentioned to you, we would propose the "Big Four," namely, Deloitte Touche Tohmatsu, Ernst & Young, KPMG, and PricewaterhouseCoopers.

During our discussion on May 23, you indicated that you were not prepared to exchange lists of nationally recognized independent public accounting firms at that time. Your May 25 letter also fails to provide any list. Once we have your list of potential candidates, we can discuss which of the proposed candidates might be mutually acceptable to the parties.

LOS ANGELES        PALO ALTO        WASHINGTON, D.C.        HONG KONG        LONDON        TOKYO

SIMPSON THACHER & BARTLETT LLP

Christopher R. Edgar, Esq.                -2-                                May 31, 2007

   While we disagree with your interpretation of the phrase "nationally recognized independent public accounting firm" as used in section 2(d) of the TPA, we do not believe it would be productive or efficient to debate this issue in a vacuum at this stage.

   We look forward to receiving your list of potential candidates so that we can move this process forward.

                 Very truly yours,

                 Paul C. Gluckow

cc: Michael H. Steinberg, Esq. (by facsimile (310) 712-8800)
   Bruce D. Angiolillo, Esq.

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE DEPARTMENT: 212-455-2500

MAIN FACSIMILE
(212) 455-2502

SENDER'S FACSIMILE
(212) 455-2502

SENDER'S DIRECT DIAL
(212) 455-2653

SENDER'S E-MAIL ADDRESS
PGLUCKOW@STBLAW.COM

LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
LONDON
HONG KONG
TOKYO

# FACSIMILE TRANSMISSION COVER SHEET

**TO: NAME**     **FACSIMILE NO.**     **CONFIRMATION NO.**

Christopher R. Edgar, Esq.     (650) 461-5700     (650) 461-5600

Michael H. Steinberg, Esq.     (310) 712-8800     (310) 712-8800

**FROM:** Paul Gluckow     **I.D. NUMBER (5 digits)** 02493     **SENDER'S FLOOR:**

**CLIENT/MATTER NO.:** 010396/0864     **DATE:** May 31, 2007     **OPERATOR:**

**TOTAL PAGES (incl. cover):** 3

**SPECIAL INSTRUCTIONS:**

☐ SENDER HAS ASKED THAT THE RECEIPT OF THIS FAX BE CONFIRMED BY VOICE.

☐ BLIND FAX – DO NOT SEND THIS COVERSHEET AND/OR DISTRIBUTION LIST     ☐ DO NOT NUMBER PAGES

☐ OKAY TO FAX AFTER 10:00 PM AND BEFORE 8:00 AM

- Please see attached.

---

**IF YOU DO NOT RECEIVE ALL OF THE PAGES OR FIND THAT THEY ARE ILLEGIBLE, PLEASE CALL:**

**CONFIDENTIALITY NOTE:**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address above via the Postal Service. Thank you.

\*\*\* **TRANSMISSION REPORT** \*\*\*

SID : Simpson Thacher          Number :                    Date : 05-31-07 12:25

| Date/Time | 5-31  12:24 |
|---|---|
| Dialled number | #18183968864813107128000 |
| Subscriber | 3107128000 |
| Durat. | 0'47" |
| Mode | NORMAL |
| Pages | 2 |
| Status | Correct |

\*\*\* Correct  : Manual communication   \*\*\*