Michael H. Steinberg (CSB 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Christopher R. Edgar (CSB 229771)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Plaintiffs/Petitioners Joel Benoliel, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD and DONALD S. JEFFERSON,<br><br>     Plaintiffs/Petitioners,<br><br>v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>     Defendants/Respondents. | Case No. C 07-03001 RMW<br><br>**NOTICE OF HEARING ON FIRST AMENDED PETITION TO COMPEL ARBITRATION**<br><br>Date:   August 31, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. Ronald M. Whyte |

1  PLEASE TAKE NOTICE THAT on August 31, 2007, at 9:00 a.m., or as soon
2  thereafter as counsel may be heard, in the United States District Court for the Northern District
3  of California, San Jose Division, the Hon. Ronald M. Whyte presiding, located at Courtroom 6,
4  4th Floor, 280 South 1st Street, San Jose, California 95113, the Court will conduct a hearing on
5  Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty, Bruce E. Hosford and Donald S.
6  Jefferson's First Amended Petition to Compel Arbitration filed in this matter on July 27, 2007.

7  Dated: July 27, 2007
       Palo Alto, California           Respectfully submitted,

              _____
              Michael H. Steinberg (CSB 134179)
              SULLIVAN & CROMWELL LLP
              1888 Century Park East
              Los Angeles, California 90067
              Telephone:   (310) 712-6600
              Facsimile:   (310) 712-8800

              Christopher R. Edgar (CSB 229771)
              SULLIVAN & CROMWELL LLP
              1870 Embarcadero Road
              Palo Alto, California 94303
              Telephone:   (650) 461-5600
              Facsimile:   (650) 461-5700

              *Attorneys for Plaintiffs/Petitioners Joel Benoliel, et al.*