# EXHIBIT F

**SIMPSON THACHER & BARTLETT LLP**

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3735

E-MAIL ADDRESS
bangiolillo@stblaw.com

<u>VIA FEDERAL EXPRESS</u>　　　　　　　　March 15, 2007

Re:　Spieker Agreement

Warren E. Spieker, Jr.
Spieker Partners
2180 Sand Hill Road, Suite 100
Menlo Park, California 94025

Dear Mr. Spieker:

　　　　On behalf of EOP Operating Limited Partnership and Blackhawk Parent LLC (collectively, "EOP OLP"), I am responding to your February 8, 2007, February 13, 2007, and March 12, 2007 letters to Mr. Frank Cohen of Blackhawk Parent LLC.

　　　　As you know, on January 30, 2007, Blackhawk Parent LLC sent you a letter explaining why you are not entitled to indemnification under Section 2(c) of the Spieker Agreement. You have stated that you disagree with EOP OLP's interpretation of the Spieker Agreement, but you have not explained the basis for your disagreement.

　　　　While EOP OLP continues to reserve all of its rights in connection with the Spieker Agreement, we would be happy to discuss your position and your information requests with you, and negotiate in good faith, to see if there is a basis on which we could potentially resolve our disagreement concerning the Spieker Agreement.

　　　　I look forward to hearing from you.

Very truly yours,

Bruce D. Angiolillo

cc:　Mr. Frank Cohen, Blackhawk Parent LLC

RECEIVED
MAR 16 2007

LOS ANGELES　　PALO ALTO　　WASHINGTON, D.C.　　HONG KONG　　LONDON　　TOKYO