Michael H. Steinberg (CSB 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Christopher R. Edgar (CSB 229771)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Plaintiffs/Petitioners Joel Benoliel, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD and DONALD S. JEFFERSON,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability corporation, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Defendants/Respondents. | Case No. C 07-03001 RMW<br><br>**DECLARATION OF MICHAEL H. STEINBERG IN SUPPORT OF FIRST AMENDED PETITION TO COMPEL ARBITRATION** |

I, Michael H. Steinberg, declare as follows:

1. I am a partner in the law firm of Sullivan & Cromwell LLP, and I am responsible for the representation of Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty, Bruce E. Hosford and Donald S. Jefferson (collectively "Petitioners") in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of a letter dated March 19, 2007 from myself to Bruce D. Angiolillo, Esq.

3. Attached as Exhibit B is a true and correct copy of a letter dated March 23, 2007 from Mr. Angiolillo to me.

4. Attached as Exhibit C is a true and correct copy of a letter dated March 26, 2007 from myself to Mr. Angiolillo.

5. Attached as Exhibit D is a true and correct copy of a letter dated May 9, 2007 from myself to Mr. Angiolillo.

6. Attached as Exhibit E is a true and correct copy of a letter dated May 10, 2007 from Mr. Angiolillo to me.

7. Attached as Exhibit F is a true and correct copy of a letter dated May 14, 2007 from myself to Mr. Angiolillo.

8. Attached as Exhibit G is a true and correct copy of a letter dated May 25, 2007 from Christopher R. Edgar, Esq. to Paul C. Gluckow, Esq.

9. Attached as Exhibit H is a true and correct copy of a letter dated May 31, 2007 from Mr. Gluckow to Mr. Edgar.

//
//

1  //
2  //
3      I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct to the best of my knowledge.
5
6  Dated: June 7, 2007
7      Los Angeles, California
8                              _____
                                Michael H. Steinberg