# EXHIBIT D

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

May 9, 2007

*By Facsimile*

Bruce D. Angiolillo, Esq.,
    Simpson Thacher & Bartlett LLP,
        425 Lexington Avenue,
            New York, NY 10017-3954.

        Re:    <u>Tax Protection Agreement Dispute</u>

Dear Bruce:

        At least three times since after our call in early April I have asked for a list of "nationally recognized independent public accounting firms" that would not be materially conflicted so that our clients could proceed with the arbitration. We recognize that Blackstone and its affiliates have a number of relationships with accounting firms, but are hoping that we can find an independent firm, or at least agree on an alternative basis. When will I be getting the list?

        Further, Jon Gray told Ned Spieker that Ned would be receiving the tax information that he has (repeatedly) requested. Would you also please ensure that Ned receives these items?

                                           Very truly yours,

                                           Michael H. Steinberg

cc:    Ned Spieker

        Alison S. Ressler
        (Sullivan & Cromwell LLP)