# EXHIBIT E

MAY 10 2007 18:49 FR SIMPSON THACHER    212 455 2502    J #101039608648131 P.02

## SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3735

E-MAIL ADDRESS
bangiolillo@stblaw.com

<u>BY FACSIMILE (310) 712-8800</u>

May 10, 2007

Re:  <u>Tax Protection Agreement Claim of Warren E. Spieker, Jr.</u>

Michael H. Steinberg, Esq.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067-1725

Dear Michael:

Thank you for your voicemail and yesterday's letter.

We agree that we should begin to discuss how the arbitration of the Tax Protection Agreement claim of your client, Mr. Spieker, will occur. There are a number of issues that need to be addressed in connection with any arbitration. To help move the process along, here are issues that we have identified:

1. The selection of a nationally recognized independent public accounting firm. We will be prepared early next week to exchange a list of nationally recognized independent public accounting firms with you. Please let us know when you will have your list ready to exchange.

2. What procedure will be employed if we cannot agree on a nationally recognized independent accounting firm or who at such a firm should act as arbitrator. One approach is to engage the International Institute for Conflict Prevention and Resolution ("CPR") to make that selection if the parties cannot agree.

3. Which set of arbitration rules and procedures will govern the arbitration. We propose using the CPR rules.

SIMPSON THACHER & BARTLETT LLP

Michael H. Steinberg, Esq.                    -2-                                May 10, 2007

    4.      The place of arbitration. We propose New York, New York.

    5.      The applicable law that will apply to the resolution of Mr. Spieker's claim. The limited partnership is governed by Delaware law.

By sending this letter we do not mean to foreclose consideration of other issues.

Additionally, we have received a copy of Mr. Spieker's May 8, 2007 letter to Jon Gray. Given Mr. Spieker's decision to proceed to arbitration, EOP Operating Limited Partnership ("EOP") will not be responding to that letter, but reserves all of its rights.

Finally, without prejudice to our client's rights and defenses and noting that much of the information Mr. Spieker has requested, especially that relating to his 2001 transaction, should be in Mr. Spieker's possession, EOP is pulling together the requested information and we expect to be in a position to send you that information later next week.

Please let me know when you will be available to discuss next steps.

Sincerely,

Bruce Angiolillo

cc:    Paul C. Gluckow

## SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE DEPARTMENT: 212-455-2500

MAIN FACSIMILE
(212) 455-2502

SENDER'S FACSIMILE
(212) 455-2502

SENDER'S DIRECT DIAL
(212) 455-3735

SENDER'S E-MAIL ADDRESS
BANGIOLILLO@STBLAW.COM

LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
HONG KONG
LONDON
TOKYO

# FACSIMILE TRANSMISSION COVER SHEET

**TO: NAME**  Michael Steinberg
**FACSIMILE NO.**  310-712-8800
**CONFIRMATION NO.**

**FROM:** Bruce Angiolillo
**I.D. NUMBER (6 digits):** 00136
**SENDER'S FLOOR:**

**CLIENT/MATTER NO.:** 010396/0864
**DATE:** May 10, 2007
**OPERATOR:**

**TOTAL PAGES (incl. cover):** 3

**SPECIAL INSTRUCTIONS:**

☐ SENDER HAS ASKED THAT THE RECEIPT OF THIS FAX BE CONFIRMED BY VOICE.
☐ BLIND FAX – DO NOT SEND THIS COVERSHEET AND/OR DISTRIBUTION LIST     ☐ DO NOT NUMBER PAGES
☐ OKAY TO FAX AFTER 10:00 PM AND BEFORE 8:00 AM

**REMARKS:**  Please see the attached.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES OR FIND THAT THEY ARE ILLEGIBLE, PLEASE CALL:**
**CONFIDENTIALITY NOTE:**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address above via the Postal Service. Thank you.