# EXHIBIT F

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 14, 2007

*By Facsimile*

Bruce D. Angiolillo, Esq.,
   Simpson Thacher & Bartlett LLP,
      425 Lexington Avenue,
         New York, NY 10017-3954.

         Re:   <u>Tax Protection Agreement Dispute</u>

Dear Bruce:

         I write in reply to your letter of May 10, 2007.

         *First*, although your letter only references Ned Spieker's claims, we represent all of the Sale Restriction Partners under the Tax Protection Agreement (the "Agreement") in connection with their dispute regarding Section 2(a) of the Agreement. As I advised you in my letter of March 19, 2007, all of the Sale Restriction Partners have joined in Mr. Spieker's requests. To ensure that the matters can be handled efficiently, all Sale Restriction Partners are willing to engage in a consolidated arbitration of their claims.

         *Second*, to clarify your request to exchange lists of nationally recognized independent accounting firms, do you mean that you would like to exchange lists of accounting firms as to which the parties believe they have no conflicts? If so, when we exchange that information, I suggest that we each provide our understanding of "independent" within the meaning of Section 2(d) of the Agreement. This will help to resolve any potential disputes concerning the independence of the firms identified by the

Bruce D. Angiolillo, Esq. -2-

parties. Assuming I correctly understand your letter, we will be prepared to exchange such information early next week as well.

*Third*, we think it would be premature to discuss the issue of which organization may assist the parties in selecting an accounting firm before we exchange information regarding the firms each party considers to be "independent." We are considering your request that the parties use the International Institute for Conflict Prevention and Resolution Rules for Non-Administered Arbitration to govern the arbitration, to the extent that those rules do not conflict with the Agreement.

*Fourth*, we are not certain why you propose New York City as the place of arbitration, as the Protected Properties that are the subject of the dispute are located in California and Washington and New York had no nexus to the negotiation of the Agreement. Given California's connection to this dispute, we would propose San Francisco or Los Angeles as potential locations for resolving this matter. We will certainly consider any reasons you may offer for preferring New York.

*Fifth*, as Section 15.9 of the Third Amended and Restated Agreement of Limited Partnership of EOP Operating Limited Partnership (the "Partnership Agreement") provides for construing and enforcing that agreement under Delaware law and the Tax Protection Agreement incorporates the Partnership Agreement by reference, we agree that Delaware law should apply in an arbitration of the Sale Restriction Partners' claims.

I look forward to discussing these issues further.

Very truly yours,

Michael H. Steinberg

cc: Ned Spieker

Alison S. Ressler
(Sullivan & Cromwell LLP)

| | FAX COVER PAGE |
|---|---|

**SULLIVAN & CROMWELL LLP**   FAX NUMBER
1888 Century Park East                            VOICE NUMBER
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Date: May 14, 2007

| FROM: | SENDER'S NUMBER(S) | |
|---|---|---|
| Michael H. Steinberg | ☎ (310) 712-6670 | |

| TO: | COMPANY | NUMBER(S) |
|---|---|---|
| 1. Bruce D. Angiolillo | Simpson Tacher & Bartlett LLP | 📠 212-455-2502 |

*Message:*

Please see the attached.

**M.H.S.**

Number of pages sent (including cover sheet[s]): **3**

If there are any problems with this facsimile, please call Fax Department at this number: (310) 712-6656.

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

## Confirmation Report - Memory Send

```
                              Page         : 001
                              Date & Time  : 2007-May-14  12:24pm
                              Line 1       : 310 712 8860
                              Line 2       : 310 712 8860
                              Machine ID   : SULLIVAN & CROMWELL
```

| | |
|---|---|
| Job number | : 716 |
| Date | : May-14 12:23pm |
| To | : ☎912124552502 |
| Number of pages | : 003 |
| Start time | : May-14 12:23pm |
| End time | : May-14 12:24pm |
| Pages sent | : 003 |
| Status | : OK |
| Job number | : 716          *** SEND SUCCESSFUL *** |

---

**FAX COVER PAGE**

**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

📠 FAX NUMBER
☎ VOICE NUMBER

Date: May 14, 2007

FROM: Michael H. Steinberg      SENDER'S NUMBER(S): ☎ (310) 712-6670

TO:
1. Bruce D. Angiolillo   COMPANY: Simpson Thacher & Bartlett LLP   NUMBER(S): 📠 212-455-2502

Message: Please see the attached.

M.H.S.

Number of pages sent (including cover sheet(s)): **3**

If there are any problems with this facsimile, please call Fax Department at this number: (310) 712-6656.

Confidentiality Note: The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.