# EXHIBIT G

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-650-461-5600
FACSIMILE: 1-650-461-5700
WWW.SULLCROM.COM

*1870 Embarcadero Road*
*Palo Alto, California 94303-3308*

LOS ANGELES • NEW YORK • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

May 25, 2007

*By Facsimile*

Paul C. Gluckow, Esq.,
   Simpson Thacher & Bartlett LLP,
     425 Lexington Avenue,
       New York, NY 10017-3954.

     Re:   <u>Tax Protection Agreement Dispute</u>

Dear Paul:

       I write regarding our phone conversation on Wednesday concerning the meaning of the term "nationally recognized independent public accounting firm" in Section 2(d) of the Tax Protection Agreement. Based on our conversation, my understanding is that you take the position that an accounting firm's past or present relationship to the parties to the dispute is irrelevant to whether that firm is "independent" under Section 2(d). Accordingly, you do not see the need to exchange information regarding nationally recognized accounting firms' relationships to the parties as part of the arbitrator selection process.

       We disagree with this view. As you pointed out, "independent public accounting firm" is a common term of art. In our understanding, an accounting firm is generally referred to as "independent" if it complies with the standards for accounting firm independence prescribed by, among other sources, the rules of the SEC and the American Institute of Certified Public Accountants. Thus, to comply with Section 2(d), the parties need to tell each other which nationally recognized accounting firms are, to the parties' knowledge, "independent" with respect to the parties under those standards.

       The parties likely will also need to exchange such information to comply with the applicable law and arbitral rules. For instance, under California law, arbitrators are required to disclose their professional relationships with the parties. *See* CRC ETHICS STDS. FOR NEUTRAL ARBITRATORS IN CONTRACTUAL ARB., STD. 7(d)(8). Moreover, Rule 7.1 of the International Institute for Conflict Prevention and Resolution Rules for Non-

Paul C. Gluckow, Esq. -2-

Administered Arbitration, under which Mr. Angiolillo suggested that we proceed, provides that "[e]ach arbitrator shall be independent and impartial." The nationally recognized public accounting firms' relationships to the parties are plainly relevant to the determination of whether they are independent under these rules.

Please let me know if you are willing to exchange information regarding which nationally recognized public accounting firms meet the definition of "independent" under Section 2(d) of the Tax Protection Agreement. In addition, we continue to await receipt of the tax information that Blackstone has previously committed to provide to Ned Spieker.

Very truly yours,

Christopher R. Edgar

cc: Ned Spieker

   Bruce D. Angiolillo, Esq.
   (Simpson Thacher & Bartlett LLP)

   Alison S. Ressler
   Michael H. Steinberg
   (Sullivan & Cromwell LLP)

# FAX COVER PAGE

## SULLIVAN & CROMWELL LLP

1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

FAX NUMBER
VOICE NUMBER

Date: May 25, 2007

**FROM:**      SENDER'S NUMBER(S)

    Christopher R. Edgar, Esq.    650-461-5682
                                           650-461-5700

**TO:**                            COMPANY                                            NUMBER(S)

1. Paul c. Gluckow, Esq.     Simpson Thacher & Bartlett LLP    (212) 455-2502
    Bruce D. Angiolillo, Esq.                                                (212) 455-2653

*Message:*

Number of pages sent
(including cover sheet[s])   3

If there are any problems with this facsimile, please call Fax Department at this number: **650-461-5600.**

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

# Message Confirmation Report

MAY-25-2007 02:52 PM FRI

```
                        WorkCentre M20 Series
                        Machine ID        : SULLIVAN CROMWELL
                        Serial Number     : RYU279912.......
                        Fax Number        : 6504615700

Name/Number    : 912124552502
Page           : 3
Start Time     : MAY-25-2007 02:52PM FRI
Elapsed Time   : 00'40"
Mode           : Fine ECM
Results        :       O.K
```

---

**FAX COVER PAGE**

## SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

📠 FAX NUMBER
☎ VOICE NUMBER

Date: May 25, 2007

**FROM:**   SENDER'S NUMBER(S)

Christopher R. Edgar, Esq.   ☎ 650-461-5682
                             📠 650-461-5700

**TO:**   COMPANY   NUMBER(S)

1. Paul C. Gluckow, Esq.   Simpson Thacher & Bartlett LLP   📠 (212) 455-2502
   Bruce D. Angiolillo, Esq.                                ☎ (212) 455-2653

*Message:*

Number of pages sent
(including cover sheet[s])    3

If there are any problems with this facsimile, please call Fax Department at this number: 650-461-5600.

Confidentiality Note: The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.