**ECF FILER'S ATTESTATION**

I, Harrison J. Frahn IV, as the e-filing signatory, attest that concurrence in filing the Declaration of Timothy J. Cornell, Matt Koritz and Stanley M. Stevens in regard to the Memorandum of Points and Authorities in Opposition to Plaintiffs'/Petitioners' Petition to Compel Arbitration has been obtained from the signatories, Timothy J. Cornell, Esq., Matt Koritz, Esq. and Stanley M. Stevens, Esq.  In accordance with General Order 45, Section X(B), I shall maintain a record of the original signature to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action.

Dated:  August 10, 2007

By  /s/ Harrison J. Frahn IV
Harrison J. Frahn IV

ECF FILER'S ATTESTATION – C07-03001 RMW