1 | HARRISON J. FRAHN IV (BAR NO. 206822)
SIMPSON THACHER & BARTLETT LLP
2 | 2550 Hanover Street
Palo Alto, CA 94304
3 | Telephone: (650) 251-5000
Facsimile: (650) 251-5002
4 | hfrahn@stblaw.com

5 | BRUCE D. ANGIOLILLO (admitted *pro hac vice*)
PAUL C. GLUCKOW (admitted *pro hac vice*)
6 | SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
7 | New York, NY 10017-3954
Telephone: (212) 455-2000
8 | Facsimile: (212) 455-2502
bangiolillo@stblaw.com
9 | pgluckow@stblaw.com

10 | *Attorneys for Defendants/Respondents*
*Blackhawk Parent LLC and*
11 | *EOP Operating Limited Partnership, L.P.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD, and DONALD S. JEFFERSON,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Defendants/Respondents. | Case No. C 07-03001-RMW<br><br>**DECLARATION OF TIMOTHY J. CORNELL**<br><br>Date: **August 31, 2007**<br>Time: **9:00 A.M.**<br>Judge: **Hon. Ronald M. Whyte** |

DECLARATION OF TIMOTHY J. CORNELL                          Case No. C 07-03001-RMW

1	I, Timothy J. Cornell, declare as follows:

2	1.	I am a member of the bar of the state of New York and am associated with the law firm Simpson Thacher & Bartlett LLP, attorneys for Respondents Blackhawk Parent LLC ("Blackhawk Parent") and Equity Office Properties Operating Limited Partnership ("EOP").

	2.	I have personal knowledge of the facts set forth, and the documents cited, herein; if called as a witness, I could and would testify competently thereto.

	3.	Attached hereto as Exhibit A is a true and correct copy of the EOPT Form S-4A, Amendment No. 3 to Form S-4, filed with the Securities and Exchange Commission on June 6, 2001.

	4.	Attached hereto as Exhibit B is a true and correct copy of the Third Amended and Restated Agreement of Limited Partnership of EOP.

	5.	Attached hereto as Exhibit C is a true and correct copy of the EOPT Schedule 14A, Definitive Proxy Statement, filed with the Securities and Exchange Commission on December 29, 2006.

	6.	Attached hereto as Exhibit D are true and correct copies of letters from Blackhawk Parent to Petitioners dated January 30, 2007.

	7.	Attached hereto as Exhibit E is a true and correct copy of a letter from Bruce D. Angiolillo to Michael H. Steinberg dated May 10, 2007.

	8.	Attached hereto as Exhibit F is a true and correct copy of a letter from Michael H. Steinberg to Bruce D. Angiolillo dated May 14, 2007.

	9.	Attached hereto as Exhibit G is a true and correct copy of a letter from Christopher R. Edgar to Paul C. Gluckow dated May 25, 2007.

	10.	Attached hereto as Exhibit H is a true and correct copy of a letter from Paul C. Gluckow to Christopher R. Edgar dated May 31, 2007.

	11.	Attached hereto as Exhibit I is a true and correct copy of Respondents' Petition for an Order Compelling Arbitration, *EOP Operating Ltd. P'ship v. Spieker*, 07CH 19272 (Ill. Cir. Ct. Cook Cty. Jul. 20, 2007).

	12.	Attached hereto as Exhibit J is a true and correct copy of a letter from Paul C.

1 | Gluckow to Michael H. Steinberg dated August 7, 2007.

2 |     13.     Attached hereto as Exhibit K is a true and correct copy of a letter from Michael H.
3 | Steinberg to Bruce D. Angiolillo dated July 27, 2007.

4 |     14.     Attached hereto as Exhibit L is a true and correct copy of former petitioners in this
5 | action's Petition to Compel Arbitration and for Appointment of Arbitrator, *Spieker v. Blackhawk*
6 | *Parent LLC*, Civ 464823 (Cal. Sup. Ct. San Mateo Cty. Jul. 30, 2007).

7 |     15.     Attached hereto as Exhibit M is a true and correct copy of a letter from Michael H.
8 | Steinberg to Bruce D. Angiolillo dated July 31, 2007.

9 |     16.     Attached hereto as Exhibit N is a true and correct copy of a letter from Michael H.
10 | Steinberg to Paul C. Gluckow dated August 8, 2007.

12 |     I declare under penalty of perjury under the laws of the United States that the foregoing is
13 | true and correct to the best of my knowledge.
14 | Executed this 10th day of August, 2007 in New York, New York.

                                                                   /s/ Timothy J. Cornell

                                                                   Timothy J. Cornell