# Exhibit M

## FAX COVER PAGE

# SULLIVAN & CROMWELL LLP

1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800



FAX NUMBER
VOICE NUMBER

Date: July 31, 2007

**FROM:**

SENDER'S NUMBER(S)

Michael H. Steinberg    ☎ (310) 712-6670

**TO:**    COMPANY    NUMBER(S)

1. Bruce D. Angiolillo, Esq.    Simpson Thacher & Bartlett LLP    212-455-2502

2. cc: Paul C. Gluckow, Esq.    Simpson Thacher & Bartlett LLP    212-455-2502

*Message:*

Please see the attached.

M.H.S.

Number of pages sent (including cover sheet[s]): **3**

If there are any problems with this facsimile, please call Fax Department at this number: (310) 712-6656.

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

July 31, 2007

*Via Facsimile*

Bruce D. Angiolillo, Esq.,
   Simpson Thacher & Bartlett LLP,
      425 Lexington Avenue,
         New York, NY 10017-3954.

          Re:    <u>Tax Protection Agreement Dispute</u>

Dear Bruce:

      Since March, we have been seeking information from your clients regarding their relationship with the accounting firms they have advanced as potential arbitrators of the Tax Protection Agreement dispute. As I hope you can appreciate, my clients do not wish to select an "independent nationally recognized accounting firm" that is beholden to your clients.

      Today, you have told us that your clients may attempt to supply some information about their relationship with the accounting firms that they have proposed, but apparently on the condition that our clients move back for another two weeks the briefing deadlines in the Northern District of California case.

      I thought I was crystal clear on the call, but I will repeat: I will be pleased to recommend to my clients that we move the hearing, and continue the deadlines, but only if we see some information about the accounting firms your clients have proposed, and their relationships with your clients. While I appreciate that you will be out of town, your partner can easily shepherd this process while you are unavailable. We would also

Bruce D. Angiolillo, Esq. -2-

appreciate whether your clients have any relationships with the Grant Thornton or Reznick firms, which are the ones that we are proposing.

    Again, if there is any progress made, I am sure we can reach an accommodation. If you or Paul (or anyone else from your side) would like to discuss this further, please give me a call.

Very truly yours,

Michael H. Steinberg

cc: Paul C. Gluckow, Esq.
    (Simpson Thacher & Barlett LLP)