1  HARRISON J. FRAHN IV (BAR NO. 206822)
   SIMPSON THACHER & BARTLETT LLP
2  2550 Hanover Street
   Palo Alto, CA 94304
3  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
4
   BRUCE D. ANGIOLILLO (*pro hac vice* application pending)
5  PAUL C. GLUCKOW (admitted *pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
6  425 Lexington Avenue
   New York, NY 10017-3954
7  Telephone: (212) 455-2000
   Facsimile:  (212) 455-2502
8
   *Attorneys for Blackhawk Parent LLC and*
9  *EOP Operating Limited Partnership,*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD, and DONALD S. JEFFERSON, | Case No. C 07-03001-RMW |
| Plaintiffs/Petitioners, | **DECLARATION OF MATT KORITZ** |
| v. | |
| BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership, | **Date:   August 31, 2007**<br>**Time:   9:00 A.M.**<br>**Judge:  Hon. Ronald M. Whyte** |
| Defendants/Respondents. | |

DECLARATION OF MATT KORITZ                                       Case No. C 07-03001-RMW

1   I, Matt Koritz, declare as follows:

2   1.   I am the Vice President – Legal and General Counsel of Blackhawk Parent LLC, the General Partner of EOP Operating Limited Partnership ("EOP"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.   EOP is a limited partnership organized under Delaware law, with its headquarters and principal place of business in Chicago, Illinois.

3.   Frances Hilen is a citizen of the state of Washington and a limited partner of EOP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of August, 2007 in Chicago, Illinois.

                                                      __/s/ Matt Koritz_____
                                                      Matt Koritz