```
 1 │ Michael H. Steinberg (CSB 134179)
   │ SULLIVAN & CROMWELL LLP
 2 │ 1888 Century Park East
   │ Los Angeles, California 90067
 3 │ Telephone:    (310) 712-6600
   │ Facsimile:    (310) 712-8800
 4 │
   │ Christopher R. Edgar (CSB 229771)
 5 │ SULLIVAN & CROMWELL LLP
   │ 1870 Embarcadero Road
 6 │ Palo Alto, California 94303
   │ Telephone:    (650) 461-5600
 7 │ Facsimile:    (650) 461-5700
```

Attorneys for Plaintiffs/Petitioners Joel Benoliel, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD and DONALD S. JEFFERSON,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Defendants/Respondents. | Case No. C 07-03001 RMW<br><br>**DECLARATION OF MICHAEL H. STEINBERG IN SUPPORT OF REPLY ON FIRST AMENDED PETITION TO COMPEL <u>ARBITRATION</u>**<br><br>Hearing Date: August 31, 2007<br>Hearing Time: 9:00 a.m.<br>Judge:        Hon. Ronald M. Whyte |

SULLIVAN & CROMWELL LLP                                    DECLARATION OF MICHAEL H. STEINBERG

1 | I, Michael H. Steinberg, declare as follows:

2 | 1. I am a partner in the law firm of Sullivan & Cromwell LLP, and I am responsible for the representation of Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty, Bruce E. Hosford and Donald S. Jefferson (collectively "Petitioners") in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of a letter dated July 27, 2007 from myself to Bruce D. Angiolillo, Esq.

3. Attached as Exhibit B is a true and correct copy of a letter dated August 8, 2007 from myself to Paul C. Gluckow, Esq.

4. Attached as Exhibit C is a true and correct copy of the Declaration of Matt Koritz filed on July 20, 2007 by Respondents in the above-referenced matter.

5. Attached as Exhibit D is a true and correct copy of the Petition for an Order Compelling Arbitration filed on July 20, 2007 by Respondents in the Circuit Court of Cook County, Illinois.

6. Attached as Exhibit E is a true and correct copy of the 2005 Form 10-K filed by EOP Operating Limited Partnership with the Securities and Exchange Commission on March 15, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: August 17, 2007
Los Angeles, California

_____
Michael H. Steinberg

SULLIVAN & CROMWELL LLP

-2-

DECLARATION OF MICHAEL H. STEINBERG