# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

August 8, 2007

*Via Facsimile*

Paul C. Gluckow, Esq.,
　　Simpson Thacher & Bartlett LLP,
　　　　425 Lexington Avenue,
　　　　　　New York, NY 10017-3954.

　　　　　　Re:　　Tax Protection Agreement Dispute

Dear Paul:

　　　　　　I write in reply to your letter of yesterday.

　　　　　　First and unfortunately, your letter omits to mention that, although you have proposed that the parties use one of the Big Four accounting firms to preside over the Tax Protection Agreement arbitration, you have since March ignored our requests for information regarding your clients' relationships to those firms. By your continued refusal, you are simply reading out of the Tax Protection Agreement the word "independent" from the requirement that a "nationally recognized independent public accounting firm" resolve the dispute. As we have repeatedly stated, it would be ill-advised for us to advise our clients to retain an accounting firm without knowing the degree of its independence from your clients or Blackstone. We filed our petition to compel arbitration based on your clients' unyielding insistence on using the Big Four without disclosing any information regarding their potential conflicts, and in disregard of the terms of the Tax Protection Agreement. We have learned, in conversations with each of the Big Four firms, in combination with a review of your client's public SEC filings, that each of the Big Four provide extensive services to your clients.

Paul C. Gluckow, Esq.                                                                      -2-

     *Second,* your letter states that you are not conditioning the provision of information regarding the Big Four firms' independence on the extension of your deadline to oppose our petition, and that you are currently locating that information. If my understanding of your letter is correct, we are willing to extend the opposition deadlines in our federal and state actions by two weeks provided that, before the extended deadlines, you agree to provide us with information regarding your clients' conflicts with respect to the Big Four, Grant Thornton and Reznick Group. We would also like your agreement that you will take no further action in the Illinois case you have filed during that two-week period. Please let me know if this arrangement is acceptable to you, and if so we will file the appropriate papers.

     *Third,* in the interest of assisting you in determining the appropriate accounting firm to arbitrate the dispute, I can advise you that none of our clients has, over the past three years, had any business relationship with Grant Thornton or Reznick Group.

Very truly yours,

Michael H. Steinberg

cc:    Bruce D. Angiolillo, Esq.
       (Simpson Thacher & Barlett LLP)

# Confirmation Report — Memory Send

```
Page        : 001
Date & Time: 2007-Aug-08  11:30am
Line 1      : 310 712 8860
Line 2      : 310 712 8860
Machine ID : SULLIVAN & CROMWELL
```

| | | |
|---|---|---|
| Job number | : | 882 |
| Date | : | Aug-08 11:29am |
| To | : | ☎912124552502 |
| Number of pages | : | 003 |
| Start time | : | Aug-08 11:29am |
| End time | : | Aug-08 11:30am |
| Pages sent | : | 003 |
| Status | : | OK |

Job number     : 882          *** SEND SUCCESSFUL ***

---

**FAX COVER PAGE**

# SULLIVAN & CROMWELL LLP

☎ FAX NUMBER
☎ VOICE NUMBER

1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile:  (310) 712-8800

Date: August 8, 2007

**FROM:**                              SENDER'S NUMBER(S)

Michael H. Steinberg          ☎  (310) 712-6670

| TO: | | COMPANY | NUMBER(S) |
|---|---|---|---|
| 1. | Paul C. Gluckow, Esq. | Simpson Thacher & Bartlett LLP | ☎ 212.455.2502<br>☎ 212.455.2653 |
| 2. | cc: Bruce D. Angiolillo, Esq. | Simpson Thacher & Bartlett LLP | ☎ 212.455.2502<br>☎ 212.455.3735 |

*Message:*

Please see the attached.

M.H.S.

Number of pages sent
(including cover sheet[s])

3

If there are any problems with this facsimile, please call Fax Department at this number: (310) 712-6656.

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

**FAX COVER PAGE**

# SULLIVAN & CROMWELL LLP

1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile:  (310) 712-8800

FAX NUMBER

VOICE NUMBER

Date: August 8, 2007

| FROM: | SENDER'S NUMBER(S) | | |
|---|---|---|---|
| Michael H. Steinberg | ☎ (310) 712-6670 | | |

| TO: | | COMPANY | NUMBER(S) |
|---|---|---|---|
| 1. | Paul C. Gluckow, Esq. | Simpson Thacher & Bartlett LLP | 212.455.2502 ☎ 212.455.2653 |
| 2. | cc: Bruce D. Angiolillo, Esq. | Simpson Thacher & Bartlett LLP | 212.455.2502 ☎ 212.455.3735 |

*Message:*

**Please see the attached.**

**M.H.S.**

Number of pages sent
(including cover sheet[s])

**3**

**If there are any problems with this facsimile, please call Fax Department at this number: (310) 712-6656.**

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.