HARRISON J. FRAHN IV (BAR NO. 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

BRUCE D. ANGIOLILLO (*pro hac vice* application pending)
PAUL C. GLUCKOW (*pro hac vice* application pending)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Blackhawk Parent LLC and
EOP Operating Limited Partnership*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARREN E. SPIEKER, JR., DENNIS E. SINGLETON, JOHN K. FRENCH, BRUCE E. HOSFORD, BLAKE FAMILY TRUST, GREGG R. DAUGHERTY, JOHN G. DAVENPORT, JAMES C. EDDY, JOHN A. FOSTER, DONALD S. JEFFERSON, VINCENT D. MULROY, RICHARD L. ROMNEY, JILL T. SCHNUGG, PETER H. SCHNUGG, JOHN B. SOUTHER, JR., CRAIG G. VOUGHT and JOEL BENOLIEL,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Defendants/Respondents. | Case No. C 07-03001-RMW<br><br>**DECLARATION OF MATT KORITZ**<br><br><br><br>Date: August 10, 2007<br>Time: 9:00 A.M.<br>Judge: Hon. Ronald M. Whyte |

DECLARATION OF MATT KORITZ      Case No. C 07-03001-RMW

I, Matt Koritz, declare as follows:

1. I am the Vice President - Legal and General Counsel of Blackhawk Parent LLC, the General Partner of EOP Operating Limited Partnership ("EOP"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. EOP is a limited partnership organized under Delaware law, with its headquarters and principal place of business in Chicago, Illinois.

3. Robert H. Goldsmith is a citizen of the state of California and a limited partner of EOP.

4. Gaylene Adams is a citizen of the state of California and a limited partner of EOP.

5. Tad Danz is a citizen of the state of California and a limited partner of EOP.

6. Amco, Inc. is an Oregon corporation with its principal place of business in Oregon and a limited partner of EOP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of July, 2007 in Chicago, Illinois.

_____
Matt Koritz

DECLARATION OF MATT KORITZ                                                Case No. C 07-03001-RMW

- 2 -