Table of Contents

## EOP OPERATING LIMITED PARTNERSHIP
## CONSOLIDATED STATEMENTS OF CHANGES IN PARTNERS' CAPITAL

| | For the years ended December 31, | | |
| --- | --- | --- | --- |
| | 2005 | 2004 | 2003 |
| | | (Dollars in thousands) | |
| **Mandatorily Redeemable Preferred Units:** | | | |
| Balance, beginning of period | $ 299,500 | $ 299,500 | $ 299,500 |
| Conversion of Series B Cumulative Redeemable Preferred Units to Units | (3) | — | — |
| Balance, end of period | $ 299,497 | $ 299,500 | $ 299,500 |
| **Partners' Capital:** | | | |
| Balance, beginning of period | $ 10,338,574 | $ 11,257,494 | $ 12,047,987 |
| Redemption of Units for cash | (56,525) | (3,904) | (6,427) |
| Issuance of Units for acquisitions | 3,339 | 50 | — |
| Issuance of Units through exercise of share options | 141,982 | 59,269 | 37,744 |
| Offering costs | (92) | (84) | (257) |
| Amortization of offering costs | 2,611 | 6,737 | — |
| Units issued for restricted units, trustee fees and for the dividend reinvestment plan, net of restricted units retired, net of cancellations | (1,217) | 2,185 | — |
| Compensation expense related to restricted units and stock options issued to employees by Equity Office | 22,504 | 13,992 | 7,500 |
| Common Shares and Units repurchased by EOP Partnership | (959,129) | (37,774) | (363,486) |
| Preferred units redeemed | — | (114,073) | (250,000) |
| Preferred distributions | (34,803) | (39,093) | (51,872) |
| Distributions declared to partners | (894,591) | (902,009) | (901,472) |
| Balance, end of period | $ 8,562,653 | $ 10,242,790 | $ 10,519,717 |
| **Comprehensive Income:** | | | |
| Net income | $ 43,846 | $ 149,054 | $ 729,214 |
| Other comprehensive income (loss): | | | |
| Unrealized holding (losses) gains on forward starting interest rate swaps | — | (34,665) | 8,930 |
| Reversal of unrealized holding loss (gain) on settlement of forward starting interest rate swaps | | | |
| (Payments) proceeds from settlement of forward starting interest rate swaps | — | 45,115 | (768) |
| Reclassification of ineffective portion of swap settlement payment to net income | — | (69,130) | 768 |
| Amortization of payments (proceeds) from settlement of forward starting interest rate swaps | — | 212 | |
| Unrealized holding (losses) gains from investments arising during the year | 6,815 | 5,206 | (73) |
| Reclassification adjustment for realized (gains) included in net income | (250) | 23 | 848 |
| Net comprehensive income | | (31) | (1,142) |
| | 50,411 | 95,784 | 737,777 |
| Balance, end of period | $ 8,613,064 | $ 10,338,574 | $ 11,257,494 |
| **Deferred Compensation:** | | | |
| Balance, beginning of period | $ (1,916) | $ (5,889) | $ (15,472) |
| Amortization of restricted shares | 1,383 | 3,973 | 9,583 |
| Balance, end of period | $ (533) | $ (1,916) | $ (5,889) |

See accompanying notes.

72

Table of Contents

# EOP OPERATING LIMITED PARTNERSHIP
## CONSOLIDATED STATEMENTS OF CASH FLOWS

| | For the years ended December 31, | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| | | (Dollars in thousands) | |
| **Operating Activities:** | | | |
| Net income | $ 43,846 | $ 149,054 | $ 729,214 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization (including discontinued operations) | 818,172 | 806,620 | 716,773 |
| Compensation expense related to restricted shares and stock options issued to employees by Equity Office | 23,887 | 17,965 | 17,094 |
| Income from investments in unconsolidated joint ventures | (68,996) | (50,304) | (79,882) |
| Net distributions from unconsolidated joint ventures | 52,690 | 66,829 | 87,268 |
| Net (gain) on sales of real estate and provision for loss on properties held for sale (including discontinued operations) | (24,226) | (27,374) | (161,063) |
| Impairment (including discontinued operations) | 219,003 | 229,170 | 7,500 |
| Cumulative effect of a change in accounting principle | — | 33,697 | — |
| Provision for doubtful accounts | 6,428 | 5,455 | 12,803 |
| Income allocated to minority interests (including discontinued operations) | 40,190 | 11,193 | 8,116 |
| Other | 448 | (2,090) | — |
| Changes in assets and liabilities: | | | |
| (Increase) decrease in rent receivable | (21,933) | 7,289 | (6,893) |
| (Increase) in deferred rent receivable | (63,455) | (88,651) | (72,240) |
| (Increase) decrease in prepaid expenses and other assets | (34,580) | 49,824 | (8,409) |
| Increase (decrease) in accounts payable and accrued expenses | 2,222 | (7,659) | (17,487) |
| (Decrease) increase in other liabilities | (5,706) | 6,949 | (13,223) |
| Net cash provided by operating activities | 987,990 | 1,207,967 | 1,219,571 |
| **Investing Activities:** | | | |
| Property acquisitions (including deposits made for property acquisitions) | (1,266,584) | (472,053) | (189,415) |
| Property dispositions (including deposits received for property dispositions) | 1,828,954 | 414,256 | 1,345,554 |
| Distributions from (investments in) unconsolidated joint ventures related to disposition and acquisition activity | 89,961 | (220,833) | 24,854 |
| Distributions from unconsolidated joint ventures related to mortgage financings | 148,278 | 16,820 | 29,512 |
| Capital and tenant improvements (including development costs) | (370,595) | (453,227) | (438,601) |
| Lease commissions and other costs | (122,724) | (123,037) | (138,979) |
| Sale of investment in CT Convertible Trust I preferred shares | — | 32,089 | — |
| Decrease in escrow deposits and restricted cash | 664,123 | 124,167 | 23,329 |
| Investments in notes receivable | (50,000) | (3,515) | — |
| Repayments of notes receivable | — | — | 1,299 |
| Net cash provided by (used for) investing activities | 921,413 | (685,333) | 657,553 |
| **Financing Activities:** | | | |
| Proceeds from mortgage debt | 518,855 | — | — |
| Principal payments on mortgage debt | (1,077,322) | (438,828) | (233,809) |
| Proceeds from unsecured notes | 40,549 | 2,061,979 | 494,810 |
| Repayment of unsecured notes | (675,000) | (1,205,000) | (700,000) |
| Proceeds from lines of credit | 13,867,270 | 6,123,300 | 5,215,400 |
| Repayment of lines of credit | (12,784,270) | (5,909,300) | (5,087,100) |
| Payments of loan costs and offering costs | (8,920) | (3,004) | (8,935) |
| Settlement of interest rate swap agreements | (8,677) | (69,130) | 768 |
| (Distributions to) minority interests in partially owned properties | (11,208) | (12,810) | (10,062) |
| Proceeds from exercise of stock options | 141,982 | 59,269 | 37,744 |
| Distributions to unitholders | (893,779) | (902,865) | (901,259) |
| Repurchase of Units through Equity Office's common share repurchase program | (959,129) | (37,774) | (363,486) |
| Redemption of Units | (56,525) | (3,904) | (6,427) |
| Repurchase of preferred units | — | (114,073) | (250,000) |
| Payment of preferred distributions | (32,191) | (32,766) | (53,841) |
| Net cash (used for) financing activities | (1,938,365) | (484,906) | (1,866,197) |
| Net (decrease) increase in cash and cash equivalents | (28,962) | 37,728 | 10,927 |
| Cash and cash equivalents at the beginning of the year | 107,126 | 69,398 | 58,471 |
| Cash and cash equivalents at the end of the year | $ 78,164 | $ 107,126 | $ 69,398 |

73

Table of Contents

## EOP OPERATING LIMITED PARTNERSHIP
## CONSOLIDATED STATEMENTS OF CASH FLOWS — (Continued)

|  | For the years ended December 31, | | |
| --- | --- | --- | --- |
|  | 2005 | 2004 | 2003 |
|  |  | (Dollars in thousands) |  |
| Supplemental Information: |  |  |  |
| Interest paid during the period, including a reduction of interest expense for capitalized interest of $441, $4,648 and $10,089, respectively | $ 829,209 | $ 824,289 | $ 849,337 |
| Non-Cash Investing and Financing Activities: |  |  |  |
| Investing Activities: |  |  |  |
| Escrow deposits used for property acquisitions | $ — | $ 36,541 | $ — |
| Escrow deposits related to property dispositions | $ (639,439) | $ (117,144) | $ (69,330) |
| Mortgage loan repayment as a result of a property disposition (including prepayment expense of $375 in the year ended December 31, 2004) | $ (13,386) | $ (5,830) | $ (16,279) |
| Mortgage loan assumed upon acquisition of property | $ 118,487 | $ 82,970 | $ — |
| Mortgage loan assumed upon consolidation of property | $ — | $ — | $ 59,166 |
| Loan issued in connection with a property disposition | $ (66,300) | $ — | $ — |
| Units issued in connection with a property acquisition | $ 3,339 | $ 50 | $ — |
| Changes in accounts due to a like-kind exchange: |  |  |  |
| Increase in investment in real estate due to property acquisition | $ — | $ 130,203 | $ — |
| Decrease in investment in real estate due to property disposition | $ — | $ (130,865) | $ — |
| Decrease in accumulated depreciation | $ — | $ 9,137 | $ — |
| Decrease in other assets and liabilities | $ — | $ (1,770) | $ — |
| Changes in accounts due to consolidation of existing interest in a property as a result of acquiring the remaining economic interest: |  |  |  |
| Decrease in investment in unconsolidated joint ventures | $ — | $ (157,659) | $ — |
| Increase in investment in real estate | $ — | $ 612,411 | $ — |
| Increase in accumulated depreciation | $ — | $ (44,440) | $ — |
| Increase in mortgage debt | $ — | $ (451,285) | $ — |
| Increase in other assets and liabilities | $ — | $ 40,973 | $ — |
| Changes in accounts due to partial sale of real estate: |  |  |  |
| Increase in investment in unconsolidated joint ventures | $ 36,349 | $ 18,445 | $ 155,710 |
| Decrease in investment in real estate | $ (43,931) | $ (21,726) | $ (169,390) |
| Decrease in accumulated depreciation | $ 8,403 | $ 4,310 | $ 19,336 |
| Decrease in other assets and liabilities | $ (940) | $ (1,030) | $ (4,460) |
| Financing Activities: |  |  |  |
| Mortgage loan repayment as a result of a property disposition (including prepayment expense of $375 in the year ended December 31, 2004) | $ 13,386 | $ 5,830 | $ 16,279 |
| Mortgage loan assumed upon acquisition of property | $ (118,487) | $ (82,970) | $ — |
| Mortgage loan assumed upon consolidation of property | $ — | $ — | $ (59,166) |
| Loan issued in connection with a property disposition | $ 66,300 | $ — | $ — |
| Units issued in connection with a property acquisition | $ (3,339) | $ (50) | $ — |

See accompanying notes.

74

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 1 — BUSINESS OF EOP PARTNERSHIP

EOP Operating Limited Partnership ("EOP Partnership") is a Delaware limited partnership. Our general partner is Equity Office Properties Trust, a Maryland real estate investment trust ("REIT"). The use of the words "EOP Partnership", "we", "us", or "our" in this Form 10-K refers to EOP Partnership, its subsidiaries and Equity Office Properties Trust ("Equity Office"), except where the context otherwise requires. Equity Office has elected to be taxed as a REIT for federal income tax purposes and generally will not be subject to federal income tax if it distributes 100% of its taxable income and complies with a number of organizational and operational requirements.

We are a fully integrated, self-administered and self-managed real estate company principally engaged, through our subsidiaries, in owning, managing, leasing and developing office properties. As of December 31, 2005, we owned whole or partial interests in 622 office buildings comprising 111.5 million square feet in 16 states and the District of Columbia ("Total Office Portfolio"). After excluding the partial interests owned by our joint venture partners, our share of the Total Office Portfolio is 101.7 million square feet and is referred to as the "Effective Office Portfolio." The Effective Office Portfolio represents our economic interest in the office properties from which we derive the net income we recognize in accordance with U.S. generally accepted accounting principles ("GAAP"). Properties that have been taken out of service and properties under development are not included in these property statistics. Throughout this report, information is disclosed for both the Total Office Portfolio and the Effective Office Portfolio. The information disclosed throughout this report with respect to number of buildings, square feet and occupancy and leased levels is unaudited. The table below shows, in summary, the property statistics for each portfolio as of December 31, 2005.

|  | Number of Buildings | Total Office Portfolio | | Effective Office Portfolio | |
|---|---|---|---|---|---|
|  |  | Occupied Square Feet | Square Feet | Occupied Square Feet | Square Feet |
| Wholly-Owned Properties | 562 | 77,309,801 | 85,927,640 | 77,309,801 | 85,927,640 |
| Consolidated Joint Ventures | 22 | 10,585,857 | 11,143,588 | 9,529,373 | 9,983,557 |
| Unconsolidated Joint Ventures | 38 | 12,990,416 | 14,437,825 | 5,146,371 | 5,797,094 |
| Total | 622 | 100,886,074 | 111,509,053 | 91,985,545 | 101,708,291 |
| Percent Occupied |  | 90.5% |  | 90.4% |  |
| Percent Leased |  | 91.8% |  | 91.9% |  |

### NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

*Basis of Presentation*

The consolidated financial statements represent our financial condition and results of operations and those of our subsidiaries. All intercompany transactions and balances have been eliminated in consolidation. Property holding entities and other subsidiaries of which we own 100% of the equity or receive all of the economics are consolidated. We consolidate certain property holding entities and other subsidiaries in which we own less than a 100% equity interest if the entity is a variable interest entity and we are the primary beneficiary (as defined in Financial Accounting Standards Board ("FASB") Interpretation 46(R) *Consolidation of Variable Interest Entities*, an Interpretation of ARB No. 51, as revised ("FIN 46(R)")). We also consolidate those joint ventures of which we own less than 100% of the equity interest, if we receive substantially all of the economics or have the direct or indirect ability to control major decisions with regards to participating rights. Major decisions are defined in the respective joint venture agreements and generally include participating and protective rights such as decisions regarding annual operating budgets, the execution of major leases, encumbering a property with mortgage debt and whether to dispose of the properties.

75

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES — (Continued)

*Investments in Real Estate*

Rental property and improvements, including interest and other costs capitalized during construction, are included in investments in real estate and are stated at cost. Expenditures for ordinary repairs and maintenance are expensed as incurred. Significant renovations and improvements, which improve or extend the useful life of the assets, are capitalized. Rental property and improvements, excluding land, are depreciated over their estimated useful lives using the straight-line method. The estimated useful lives by asset category are:

| Asset Category | Estimated Useful Life |
|---|---|
| Building | 18-59 years |
| Building improvements | 3-40 years |
| Tenant improvements | Shorter of the asset's useful life or the non-cancelable term of lease |
| Furniture and fixtures | 3-12 years |

In accordance with Statement of Financial Accounting Standards No. 141 *Business Combinations* ("FAS 141"), we allocate the purchase price of real estate to land, building, in-place tenant improvements and intangible assets and liabilities (such as the value of above, below and at-market leases, origination costs associated with the in-place leases, and the value of tenant relationships, if any). The values of the above and below market leases are recorded to "deferred leasing costs and other related intangibles" and "other liabilities," respectively, in the consolidated balance sheets and are amortized and recorded as either a decrease (in the case of above market leases) or an increase (in the case of below market leases) to rental income over the remaining term of the associated lease. The value assigned to ground leases assumed upon acquisition of a property is recorded in "deferred leasing costs and other related intangibles" in the consolidated balance sheets and amortized to ground rent expense over the remaining term of the associated lease. The value, if any, associated with in-place leases and tenant relationships is recorded in "deferred leasing costs and other related intangibles" and amortized to amortization expense over the expected term, which includes an estimated probability of the lease renewal and its estimated term.

The weighted-average amortization period for the value assigned to in-place leases, origination costs and above/below market leases (excluding the value assigned to above/below market ground leases assumed upon acquisition) is seven years. The weighted-average amortization period for the value assigned to above/below market ground leases is 52 years. The table below shows the estimated aggregate amortization expense related to our intangible assets and liabilities over the next five years:

| Year | (Dollars in thousands) |
|---|---|
| 2006 | |
| 2007 | $ 34,695 |
| 2008 | 21,139 |
| 2009 | 17,859 |
| 2010 | 15,622 |
| Total | 14,372 |
| | $ 103,687 |

If a tenant vacates its space prior to the contractual termination of the lease or the estimated renewal term and no rental payments are being made on the lease, any unamortized balance of the related intangible asset or liability will be written off. The tenant improvements are depreciated and origination costs are amortized over the remaining term of the lease or charged against earnings if the lease is terminated prior to its contractual expiration date.

76

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES — (Continued)

In accordance with FAS 141 and its applicability to acquired in-place leases, we engage a third party to perform the following procedures fo properties we acquire:

1) calculate the fair value of assumed debt, if any;

2) estimate the value of the real estate "as if vacant" or arrive at a "go dark" value as of the acquisition date;

3) calculate the value of the property and allocate that value among land, building, building improvements and equipment and determine the associated useful life for each;

4) calculate the value and associated life of the above and below market leases;

5) calculate the value and associated life of tenant relationships, if any, by taking the direct identifiable benefits of the tenant relationship and discounting them to present value;

6) estimate the fair value of the in-place tenant improvements, legal costs and leasing commissions incurred in obtaining the leases and calculate the associated useful lives; and

7) calculate the intangible value of the in-place leases and their associated useful lives.

We account for the impairment or disposal of long-lived assets in accordance with Statement of Financial Accounting Standards No. 144, *Accounting for the Impairment or Disposal of Long Lived Assets* ("FAS 144"). Rental properties are individually evaluated for impairment when conditions exist which may indicate that it is probable that the sum of expected future cash flows (on an undiscounted basis) over the anticipated holding period is less than its historical cost. Upon determination that a permanent impairment has occurred, rental properties are reduced to their fair value. If a property is considered held for sale, a provision for loss is recognized if the fair value of the property, less the estimated cost to sell, is less than the carrying amount of the property. Depreciation and amortization expense ceases once a property is considered held for sale.

Developments in process are carried at cost, which includes land acquisition cost, architectural fees, general contractor fees, capitalized interest, internal costs related directly to the development and other costs related directly to the construction of the property. Depreciation is recorded when the property is placed in service, which typically occurs after a certificate of occupancy is obtained.

Land available for development is carried at cost and is not depreciated.

*Investments in Unconsolidated Joint Ventures*

Investments in unconsolidated joint ventures are accounted for using the equity method of accounting because we do not have majority control over the activities of the joint ventures but we do have substantive participating rights with respect to operating and financing policies. Our net equity investment is reflected on our consolidated balance sheets and our consolidated statements of operations include our share of net income or loss from the unconsolidated joint ventures. Any difference between the carrying amount of these investments and the historical cost of the underlying equity is primarily the result of a step-up in basis as a result of acquisitions. This increase in basis is depreciated generally over 40 years and is included in net income from unconsolidated joint ventures.

*Deferred Leasing Costs*

Deferred leasing costs consist primarily of costs incurred to execute new and renewal leases. Deferred leasing costs are amortized over the terms of the respective leases on a straight-line basis. We also record deferred leasing costs in accordance with FAS 141 when allocating the purchase price to acquired in-place leases and tenant relationships, if any (see *Investments in Real Estate* above).

77

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES — (Continued)

*Deferred Financing Costs*

Deferred financing costs consist primarily of fees paid for financing transactions. Deferred financing costs are amortized over the terms of the respective financings on a straight-line basis, which approximates the effective-yield method.

*Revenue Recognition*

We recognize revenue from rent, tenant reimbursements, parking and other revenue once all of the following criteria are met in accordance with SEC Staff Accounting Bulletin 104:

• the agreement has been fully executed and delivered;

• services have been rendered;

• the amount is fixed or determinable; and

• the collectibility of the amount is reasonably assured.

*Rental Revenues*

We record rental revenue on a straight-line basis as it is earned during the lease term. Certain leases provide for tenant occupancy during periods for which no rent is due or where minimum rent payments change during the lease term. Accordingly, a receivable is recorded representing the difference between the straight-line rent and the rent that is contractually due from the tenant. These amounts are classified as deferred rent receivable on the consolidated balance sheets. When a property is acquired, the terms of existing leases are considered to commence as of the acquisition date for purposes of this calculation. Deferred rental revenue included in rental revenue from continuing operations for the years ended December 31, 2005, 2004 and 2003 totaled $57.2 million, $73.1 million and $68.5 million, respectively. Deferred rental revenue is not recognized for income tax purposes.

We begin recognizing rental revenue when the tenant takes possession or controls the physical use of the leased space. In order for the tenant to take possession of the finished space, the leased space must be substantially ready for its intended use. When we are the owner of the tenant improvements, the leased space is ready for its intended use when the tenant improvements are substantially completed. In limited instances, when the tenant is the owner of the tenant improvements, straight-line rent is recognized when the tenant takes possession of the unimproved space.

The determination of who owns the tenant improvements is subject to significant judgment. In making that determination, we consider various factors, including, but not limited to:

• Whether the lease agreement specifies what or how the tenant improvement allowance is spent;

• Whether the tenant improvements are unique to the tenant or general-purpose in nature;

• Whether the ownership of the tenant improvements remains with the landlord or remains with the tenant at the end of the lease term;

• Who bears substantial construction risk and cost of the tenant improvements.

When we are the owner of the tenant improvements, we record our cost to construct the tenant improvements as an asset and depreciate the cost over the shorter of the asset's useful life or the non-cancelable lease term. To the extent we funded all or a portion of an improvement that is owned by the tenant, we treat the cost as a lease incentive and amortize the costs as a reduction to rental revenue on a straight-line basis over the term of the lease. Lease incentives may also include cash payments to or on behalf of tenants or

78

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES — (Continued)

the buy-out of a prospective tenant's existing lease obligation with a third party and are amortized as a reduction to rental revenue on a straight-line basis over the term of the lease.

### Tenant Reimbursement Revenues

Tenant reimbursements represent amounts due from tenants for items such as common area maintenance, real estate taxes, insurance, repairs and maintenance and other recoverable costs. Tenant reimbursement revenue is recognized as the related expenses are incurred.

### Parking Revenues

Parking revenue represents amounts generated from contractual and transient parking at our office building garages. Revenue is recognized in accordance with contractual terms or as services are rendered.

### Other Revenues

Other revenues primarily consist of income from early lease terminations. Income from early lease terminations represents amounts received from tenants (net of any deferred rent receivable) in connection with the early termination of their remaining lease obligations. If, upon termination of the lease, it is probable that the tenant will file for bankruptcy within 90 days, or if significant contingencies in the lease termination agreement exist, we will defer recognizing the lease termination fee as revenue until such uncertainties have been eliminated.

### Allowance for Doubtful Accounts

An allowance for doubtful accounts is maintained for estimated losses resulting from the inability of certain tenants to meet the contractual obligations under their lease agreements. Management actively reviews receivables from tenants and determines the probability of collection for receivables identified as potentially uncollectible. The amount of the allowance is recorded net of any security deposits or outstanding letters of credit held by us from the tenant.

### Cash Equivalents

Cash equivalents are highly liquid investments with a maturity of three months or less at the date of purchase.

### Escrow Deposits and Restricted Cash

Escrow deposits primarily consist of amounts held by mortgage lenders to provide for future real estate tax expenditures and tenant improvements, earnest money deposits on acquisitions and proceeds from property sales that were executed as tax-deferred dispositions. Restricted cash represents amounts on deposit for various utility and security deposits.

### Fair Value of Financial Instruments

Our debt consists of notes that have fixed and variable interest rates. The fair market value of variable rate debt approximates book value because the interest rate is based on LIBOR plus a spread, which approximates a market interest rate. As of December 31, 2005 and 2004, the fair value of our fixed-rate debt was $0.7 billion and $1.1 billion higher than the book value of $10.8 billion and $10.9 billion, respectively, primarily due to the general decrease in market interest rates on secured and unsecured debt since the date of issuance of our debt. In the determination of these fair values, we engage a third party and use internally developed models based on our estimates of current market conditions. The net present value of the difference between future contractual interest payments and future interest payments based on a current market rate

79

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES — (Continued)

represents the difference between the book value and the fair value. The current market rates are determined by adding an estimated risk premium to the quoted yields on federal government debt securities with similar maturity dates to our own debt. The risk premium estimates are based on our historical experience in obtaining either secured or unsecured financing and are also affected by current market conditions.

In accordance with Statement of Financial Accounting Standards No. 133 *Accounting for Derivative Instruments and Hedging Activities* ("FAS 133"), the carrying values of interest rate swaps, as well as the underlying hedged liability, if applicable, are reflected at their fair value. We rely on quotations from a third party to determine these fair values.

In addition, the carrying values of cash equivalents, restricted cash, escrow deposits, tenant and other receivables, prepaid expenses and other assets, accounts payable and accrued expenses and other liabilities approximate their fair value.

### Derivatives and Hedging Activities

We may periodically enter into certain interest rate protection and interest rate swap agreements to effectively convert fixed rate debt to a floating rate basis, convert floating rate debt to a fixed rate basis or to hedge anticipated future financings. Amounts paid or received under these agreements are recognized as an adjustment to interest expense when such amounts are incurred or earned. For effective cash flow hedges, settlement amounts paid or received in connection with settled or unwound interest rate protection agreements and interest rate swap agreements are deferred and recorded to accumulated other comprehensive income and then amortized as an adjustment to interest expense over the remaining term of the related financing transaction. For effective fair value hedges, changes in the fair value of the derivative will be offset against the corresponding change in fair value of the hedged asset, liability, or firm commitment through net income or recognized in other comprehensive income until the hedged item is recognized in net income. The ineffective portion of a derivative's change in fair value will be recognized in net income. All derivative instruments are recorded at fair value. Derivatives that do not qualify for hedge accounting are recorded at fair value through net income.

### Income Taxes

We are generally not liable for federal taxes because our partners recognize their proportionate share of our income or loss on their tax returns. Our properties are primarily owned by limited partnerships or limited liability companies, which are substantially pass-through entities. Some of the pass-through entities have corporate general partners or members, which are subject to federal and state income and franchise taxes. Our property management business, which provides management services to properties owned by third parties and provides certain other services to many of our properties, is owned by a corporation and is subject to federal and state income and franchise taxes.

Equity Office has elected to be taxed as a REIT under Sections 856 through 860 of the Internal Revenue Code of 1986, as amended (the "Code"). As a REIT, Equity Office generally will not be subject to federal income tax if it distributes 100% of its annual taxable income to its shareholders. REITs are subject to a number of organizational and operational requirements. If Equity Office fails to qualify as a REIT in any taxable year, it will be subject to federal income tax (including any applicable alternative minimum tax) on its taxable income at regular corporate tax rates. Even if Equity Office qualifies for taxation as a REIT, Equity Office may be subject to state and local income taxes and to federal income tax and excise tax on any undistributed income. In addition, taxable income from Equity Office's taxable REIT subsidiaries is subject to federal, state and local income taxes. The aggregate cost of land and depreciable property, net of accumulated tax depreciation, for federal income tax purposes as of December 31, 2005 and 2004 was $14.9 billion and $13.9 billion, respectively.

80

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES — (Continued)

*Minority Interests — Partially Owned Properties*

We consolidate certain properties that we control, but do not wholly own. The minority interest partners' share of the equity of these consolidated properties is reflected in the consolidated balance sheets as "Minority Interests — Partially owned properties." The net income from these properties attributable to the minority interest partners is reflected as "Minority Interests — Partially owned properties" in the consolidated statements of operations.

In May 2003, the FASB issued Statement of Financial Accounting Standards No. 150 *Accounting for Certain Financial Instruments with Characteristics of both Liabilities and Equity* ("FAS 150"). FAS 150 establishes standards for classifying and measuring as liabilities certain financial instruments that embody obligations of the issuer and have characteristics of both liabilities and equity. FAS 150 is effective for all financial instruments created or modified after May 31, 2003, and otherwise is effective July 1, 2003. In November 2003, the FASB issued FSP No. FAS 150-3, which deferred for an indefinite period the classification and measurement provisions, but not the disclosure provisions, of FAS 150 as it relates to certain noncontrolling interests that are classified as equity in the financial statements of a subsidiary but would be classified as a liability in the parent's financial statements under FAS 150 (e.g., minority interests in consolidated limited-life subsidiaries).

We are the controlling partner in various consolidated entities having a minority interest book value of $92.7 million at December 31, 2005. The organizational documents of these entities contain provisions that require the entities to be liquidated through the sale of their assets upon reaching a future date as specified in each respective organizational document. As controlling partner, we have an obligation to cause these property owning entities to distribute proceeds of liquidation to the minority interest partners in these partially owned properties only if the net proceeds received by each of the entities from the sale of its assets warrant a distribution based on the agreements. In accordance with the disclosure provisions of FAS 150, we estimate the value of minority interest distributions would have been $155 million ("Settlement Value") had the entities been liquidated as of December 31, 2005. This Settlement Value is based on the estimated third party consideration realizable by the entities upon a hypothetical disposition of the properties and is net of all other assets and liabilities and yield maintenance (or prepayment penalties) associated with the hypothetical repayment of any mortgages encumbering the properties, that would have been due. The amount of any actual distributions to minority interest holders in our partially owned properties is very difficult to predict due to many factors, including the inherent uncertainty of real estate sales. If the entities' underlying assets are worth less than the underlying liabilities, we have no obligation to remit any consideration to the minority interest holders in partially owned properties.

*Use of Estimates*

The preparation of the consolidated financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting periods. Actual results could differ from those estimates.

*Reclassifications*

Certain reclassifications have been made to the previously reported 2004 and 2003 statements in order to provide comparability with the 2005 statements reported herein. These reclassifications have not changed the 2004 or 2003 results of operations or combined partners' capital and mandatorily redeemable preferred units.

81

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES — (Continued)

*Share Based Employee Compensation Plans*

Effective January 1, 2003, we adopted Statement of Financial Accounting Standards No. 123, *Accounting for Stock-Based Compensation* ("FAS 123"), which requires a fair value based accounting method for determining compensation expense associated with the issuance of share options and other equity awards. In accordance with Statement of Financial Accounting Standards No. 148, *Accounting for Stock-Based Compensation — Transition and Disclosure — an Amendment of FASB Statement No. 123*, we adopted FAS 123 using the prospective method, which requires the recognition of compensation expense based on the fair value method for share options and other equity awards granted on or after January 1, 2003 and for certain modifications made subsequent to December 31, 2002 to share options and other equity awards that were outstanding as of December 31, 2002.

The following table illustrates the unaudited effect on net income available to unitholders and earnings per unit if the fair value based method had been applied to all outstanding and unvested share options for the last three years. Compensation expense related to restricted share awards is not presented in the table below because the expense amount is the same under Accounting Principles Board Opinion No. 25, *Accounting for Stock Issued to Employees* ("APB 25"), which we applied prior to adopting FAS 123, and FAS 123 and, therefore, is already reflected in net income.

| | For the years ended December 31, | | |
| --- | --- | --- | --- |
| | 2005 | 2004 | 2003 |
| | (Dollars in thousands, except per unit amounts) | | |
| Historical net income available to unitholders | $ 9,043 | $ 109,961 | $ 677,342 |
| Add back compensation expense for share options included in historical net income available to unitholders | 6,758 | 5,150 | 2,907 |
| Deduct compensation expense for share options determined under fair value based method | (7,259) | (9,493) | (10,916) |
| Pro forma net income available to unitholders | $ 8,542 | $ 105,618 | $ 669,333 |
| Earnings per unit — basic: | | | |
| Historical net income available to unitholders per unit | $ 0.02 | $ 0.24 | $ 1.50 |
| Pro forma net income available to unitholders per unit | $ 0.02 | $ 0.24 | $ 1.49 |
| Earnings per unit — diluted: | | | |
| Historical net income available to unitholders per unit | $ 0.02 | $ 0.24 | $ 1.50 |
| Pro forma net income available to unitholders per unit | $ 0.02 | $ 0.23 | $ 1.48 |

*Impact of New Accounting Standards*

In December 2004, the FASB issued Statement of Financial Accounting Standards No. 123 (revised 2004), *Share-Based Payment* ("FAS 123 (R)"), which replaced FAS 123. FAS 123(R) requires compensation cost related to share-based payment transactions to be recognized in the financial statements. The provisions of FAS 123(R) may be adopted using either a modified-prospective or a modified-retrospective transition method. We will adopt FAS 123(R) effective January 1, 2006 using the modified-prospective method. Because we used a fair value based method of accounting for determining compensation expense associated with the issuance of all share options and other equity awards granted or modified after January 1, 2003, we do not expect the adoption of this standard will have a material effect on our results of operations and financial position. Had we adopted FAS 123(R) in prior periods, the impact of that standard would have

82

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 2 — SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES — (Continued)

approximated the impact of FAS 123 as described in the disclosure of pro forma net income and earnings per unit above.

In June 2005, the FASB ratified the consensus in Emerging Issues Task Force 04-5, *Determining Whether a General Partner, or the Genera Partners as a Group, Controls a Limited Partnership or Similar Entity When the Limited Partners Have Certain Rights* ("EITF 04-5"), which states that the general partner in a limited partnership is presumed to control that limited partnership. This presumption may be overcome if the limited partners have either (1) the substantive ability to dissolve the limited partnership or otherwise remove the general partner without cause (2) substantive participating rights, which provide the limited partners with the ability to effectively participate in significant decisions that woul be expected to be made in the ordinary course of business and thereby preclude the general partner from exercising unilateral control over the partnership. EITF 04-5 is effective June 30, 2005 for new or modified limited partnership arrangements and effective January 1, 2006 for existin limited partnership arrangements. Although our adoption had no effect on net income available to unitholders or partners' capital, we will be required to consolidate certain existing joint ventures effective January 1, 2006 that we previously accounted for under the equity method. The consolidation of these joint ventures effective January 1, 2006 will result in an increase in total assets of $2 billion and total liabilities of $790 million (including mortgage debt of $680 million, our share of which is $307 million).

In May 2005, the FASB issued Statement of Financial Accounting Standards No. 154, *Accounting Changes and Error Corrections — a replacement of APB Opinion No. 20 and FASB Statement No. 3* ("FAS 154"). FAS 154 changes the requirements for the accounting and reporting of a change in accounting principle by requiring retrospective application to prior periods' financial statements, unless it is impracticable to do so. FAS 154 is effective for accounting changes and corrections of errors made in fiscal years beginning after December 15, 2005. We will apply the provisions of FAS 154 beginning January 1, 2006.

In March 2005, the FASB issued Interpretation No. 47, *Accounting for Conditional Asset Retirement Obligations — an interpretation of FASB Statement No. 143* ("FIN 47"). FIN 47 clarifies that the term "conditional asset retirement obligation" as used in Statement of Financial Accounting Standards No. 143, *Accounting for Asset Retirement Obligations*, represents a legal obligation to perform an asset retirement activity in which the timing and/or method of settlement is conditional on a future event that may or may not be within a company's control. Under this standard, a liability for a conditional asset retirement obligation must be recorded if the fair value of the obligation can be reasonably estimated. FIN 47 is effective for fiscal years ending after December 15, 2005. Certain of our real estate assets contain asbestos. The asbestos is appropriately contained and we believe we are compliant with current environmental regulations. If these properties undergo major renovations or are demolished, certain environmental regulations are in place, which specify the manner in which the asbestos must be handled and disposed. As of December 31, 2005, we recorded an asset retirement obligation of $7.0 million related to asbestos at a redevelopment property we acquired in late 2005. We have asbestos at other properties, but because the obligations to remove the asbestos from these properties have indeterminable settlement dates, we are unable to reasonably estimate the fair value.

### NOTE 3 — VARIABLE INTEREST ENTITIES

Under the provisions of FIN 46(R), which we adopted on January 1, 2004, we consolidated the assets, liabilities and results of operations of two properties, as follows:

*SunAmerica Center*

We consolidated SunAmerica Center, an office property comprising 780,063 square feet located in Century City, California. We own a 67% share of a $202.2 million mezzanine-level debt position, for which we paid $73.9 million in 1999. As a result of this ownership position, we determined we were the primary

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 3 — VARIABLE INTEREST ENTITIES — (Continued)

beneficiary of this variable interest entity. As of December 31, 2003, this investment was recorded as a note receivable and was included in other assets. The note matures in August 2014 and prior to then interest is payable based on available cash flow. Our maximum exposure to loss as a result of the investment is equivalent to the $73.9 million we invested in 1999 and an additional $2.5 million which we may be required to loan the entity in the event of a cash shortfall. Our payment recourse is limited to the mezzanine borrower's equity in the property.

As a result of the consolidation of SunAmerica Center, we recorded a cumulative effect of a change in accounting principle loss of $33.7 million in 2004. The effect on our assets and liabilities as a result of the consolidation of SunAmerica Center as of January 1, 2004 was:

|  | | (Dollars in thousands) |
| --- | --- | --- |
| Investment in real estate | $ | 330,787 |
| Accumulated depreciation | $ | (31,219) |
| Mortgage debt | $ | (203,225) |
| Net other assets and liabilities, including a net discount of $31,476 | $ | (130,040)(a) |

(a)    As of January 1, 2004, our joint venture partner's share of the mezzanine-level debt of $49.7 million is recorded in other liabilities, which is net of a discount of $31.5 million. Interest expense on the $66 million face amount of the joint venture partner's debt is accrued at 7.25% per annum and the discount is amortized to interest expense through the maturity of the mezzanine-level loan in 2014. The remaining debt of $15 million does not accrue interest.

*Concar*

We consolidated Concar, an office property comprising 218,985 square feet located in San Mateo, California. We owned a 79.96% economic interest in this property. As a result of this ownership position, we determined that we were the primary beneficiary of this variable interest entity, and therefore, we consolidated the property effective January 1, 2004. We sold our interest in this property in 2005.

The effect on our assets and liabilities as a result of the consolidation of Concar as of January 1, 2004 was:

|  | | (Dollars in thousands) |
| --- | --- | --- |
| Investment in real estate | $ | 53,154 |
| Accumulated depreciation | $ | (1,274) |
| Investment in unconsolidated joint ventures | $ | (54,731) |
| Minority Interests — partially owned properties | $ | (3,054) |
| Net other assets and liabilities | $ | 5,905 |

84

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 4 — INVESTMENTS IN REAL ESTATE

The following major accounts comprise our real estate investments:

|  | December 31, | |
|---|---|---|
|  | 2005 | 2004 |
|  | (Dollars in thousands) | |
| Land | $ 2,673,797 | $ 2,947,605 |
| Land available for development | 176,868 | 252,524 |
| Buildings | 18,311,143 | 20,082,105 |
| Building improvements | 578,609 | 547,262 |
| Tenant improvements | 1,290,239 | 1,173,684 |
| Furniture and fixtures | 95,935 | 84,560 |
| Developments in process | 567,129 | 40,492 |
| Investment in real estate held for sale, net of accumulated depreciation | 75,211 | 163,390 |
| Investments in real estate | 23,768,931 | 25,291,622 |
| Accumulated depreciation | (3,336,789) | (3,151,446) |
| Net investments in real estate | $ 20,432,142 | $ 22,140,176 |

We have acquired whole or partial interests in the following properties since January 1, 2003:

|  |  |  |  | Effective Office Portfolio | |
|---|---|---|---|---|---|
| Property | Location | Acquisition Date | Number of Buildings | Square Feet | Purchase Price(a) |
|  |  |  |  |  | (Dollars in thousands) |
| **2005:** |  |  |  |  |  |
| Office properties: |  |  |  |  |  |
| Summit at Douglas Ridge I | Roseville, CA | January 21 | 1 | 92,941 | $ 25,000 |
| Park 22 | Austin, TX | March 22 | 3 | 203,716 | 35,650 |
| 11111 Sunset Hills Road (fka XO Building)(b) | Reston, VA | May 4 | 1 | 216,469 | 50,700 |
| Summit at Douglas Ridge II(c) | Roseville, CA | May 20 | — | — | 18,650 |
| Shorebreeze I & II(b)(d) | Redwood City, CA | June 9 | 2 | 230,853 | 56,500 |
| Research Park Plaza I & II | Austin, TX | June 16 | 2 | 271,882 | 55,000 |
| Golden Gate Plaza | Novato, CA | June 30 | 2 | 114,364 | 24,499 |
| Woodside Office Center | Novato, CA | June 30 | 1 | 89,031 | 23,950 |
| 1179 North McDowell | Petaluma, CA | June 30 | 1 | 53,846 | 9,200 |
| Parkway Plaza (fka 3850 & 3880 Brickway) | Santa Rosa, CA | June 30 | 2 | 126,585 | 23,734 |
| Oak Valley Business Center | Santa Rosa, CA | July 7 | 3 | 129,523 | 24,450 |
| 25 Mall Road | Burlington, MA | July 19 | 1 | 277,647 | 54,750 |
| The Lakes | Santa Rosa, CA | July 28 | 5 | 135,332 | 21,505 |
| 333 Twin Dolphin Plaza | Redwood City, CA | August 19 | 1 | 185,285 | 52,700 |
| Stonebridge Plaza II | Austin, TX | September 27 | 1 | 193,131 | 36,800 |
| Clocktower Square(e) | Palo Alto, CA | September 29 | 4 | 97,133 | 41,250 |
| 1095 Avenue of the Americas(f) | New York, NY |  | — | — | 504,600 |

85

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 4 — INVESTMENTS IN REAL ESTATE — (Continued)

| Property | Location | Acquisition Date | Number of Buildings | Effective Office Portfolio Square Feet | Purchase Price(a) (Dollars in thousands) |
|---|---|---|---|---|---|
| 300 W. 6th Street | Austin, TX | October 4 | 1 | 446,637 | 131,685 |
| Waterfall Towers(b) | Santa Rosa, CA | October 11 | 3 | 90,671 | 16,800 |
| Redwood Business Park I(b) | Petaluma, CA | October 28 | 4 | 101,201 | 16,531 |
| Redwood Business Park II(b) | Petaluma, CA | October 28 | 5 | 169,389 | 29,781 |
| Redwood Business Park V(b) | Petaluma, CA | October 28 | 1 | 57,587 | 9,640 |
| Fountaingrove I | Santa Rosa, CA | October 28 | 1 | 37,428 | 9,872 |
| Redwood Business Park III (including vacant land)(b) | Petaluma, CA | November 2 | 2 | 144,000 | 26,648 |
| Redwood Business Park IV (including vacant land)(b) | Petaluma, CA | November 2 | 1 | 66,656 | 13,750 |
| Parkpoint Business Center(b) | Santa Rosa, CA | November 2 | 5 | 67,869 | 11,225 |
| 211 Perimeter Center | Atlanta, GA | November 10 | 1 | 225,447 | 43,500 |
| Great Hills Plaza | Austin, TX | December 21 | 1 | 135,333 | 16,240 |
| | | Total office properties: | 55 | 3,959,956 | 1,384,610 |
| Vacant land: | | | | | |
| Two Main Place | Portland, OR | March 14 | — | — | 7,600 |
| Other: | | | | | |
| 375 Park Avenue Mezzanine Loan(g) | New York, NY | October 19 | — | — | 50,000 |
| | | Total 2005 acquisitions: | 55 | 3,959,956 | $ 1,442,210 |
| **2004:** | | | | | |
| Office properties: | | | | | |
| 1301 Avenue of the Americas(h) | New York, NY | February/ April | — | 274,212 | $ 151,132 |
| American Center | Tyson's Corner, VA | May 25 | 2 | 328,741 | 60,500 |
| 500 Orange Tower(i) | Orange, CA | May 25 | — | — | 50 |
| Yahoo! Center (fka Colorado Center)(j) | Santa Monica, CA | July 30 | 6 | 545,545 | 221,785 |
| 717 Fifth Avenue(k) | New York, NY | September 8 | 1 | 323,984 | 160,500 |
| Olympus Corporate Centre | Roseville, CA | September 22 | 4 | 191,494 | 37,923 |
| Redstone Plaza(l) | Newport Beach, CA | September 23 | 2 | 166,562 | 38,000 |
| Commerce Plaza(l) | Oakbrook, IL | September 23 | 3 | 510,757 | 99,000 |
| 5800 & 6000 Meadows | Lake Oswego, OR | September 30 | 2 | 198,347 | 49,000 |
| La Jolla Executive Tower | La Jolla, CA | November 17 | 1 | 227,570 | 70,500 |
| Westech 360 | Austin, TX | November 19 | 4 | 178,777 | 28,604 |
| Shoreline Office Center(e) | Mill Valley, CA | December 14 | 2 | 97,910 | 19,175 |
| Foundry Square II(m) | San Francisco, CA | December 30 | — | 60,129 | 2,700 |
| | | Total office properties: | 27 | 3,104,028 | 938,869 |

86

<u>Table of Contents</u>

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**

**NOTE 4 — INVESTMENTS IN REAL ESTATE — (Continued)**

| Property | Location | Acquisition Date | Number of Buildings | Effective Office Portfolio | |
|---|---|---|---|---|---|
| | | | | Square Feet | Purchase Price(a) |
| | | | | | (Dollars in thousands) |
| Vacant land: | | | | | |
| Station Oaks Landing | Walnut Creek, CA | January 14 | — | — | 15 |
| Dulles Station(n) | Herndon, VA | September 15 | — | — | 7,600 |
| La Jolla Centre III & IV | San Diego, CA | December 22 | — | — | 5,526 |
| | | Total vacant land: | — | — | 13,141 |
| | | Total 2004 acquisitions: | 27 | 3,104,028 | $ 952,010 |
| **2003:** | | | | | |
| Office properties: | | | | | |
| The John Hancock Complex(o) | Boston, MA | May 21 | — | — | $ 25,132 |
| U.S. Bank Tower | Denver, CO | August 12 | 1 | 485,902 | 80,200 |
| Key Center(p) | Bellevue, WA | September 10 | — | 94,586 | 15,600 |
| 225 West Santa Clara Street | San Jose, CA | December 31 | 1 | 343,391 | 103,041 |
| | | Total office properties: | 2 | 923,879 | 223,973 |
| Vacant land: | | | | | |
| Parkshore Plaza Phase V | Folsom, CA | September 30 | — | — | 3,423 |
| Other: | | | | | |
| Riverside Centre Land | Portland, OR | August 15 | — | — | 360 |
| | | Total 2003 acquisitions: | 2 | 923,879 | $ 227,756 |

(a)   The purchase price shown above represents the gross purchase price related to property acquisitions, of which $84.2 million, $85.3 million and $21.9 million were recorded to intangible assets during the years ended December 31, 2005, 2004 and 2003, respectively. The purchase price shown above for the year ended December 31, 2004 also includes our share of the intangible assets associated with properties acquired in 2004 that we account for under the equity method, which was $20.1 million.

The allocations of the purchase prices and other costs related to the acquisition of tangible and intangible assets are estimates and are subject to adjustment within one year of the closing date of each respective acquisition.

87

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 4 — INVESTMENTS IN REAL ESTATE — (Continued)

(b)    The purchase price includes the assumption of the following mortgage debt:

| Property | Principal Balance (Dollars in thousands) | | Coupon Rate | Effective Rate | Maturity Date |
|---|---|---|---|---|---|
| 11111 Sunset Hills Road | $ | 22,546 | 6.12% | 4.97% | July 2008 |
| Shorebreeze I & II | | 22,428 | 4.19% | 5.43% | March 2007 |
| Waterfall Towers | | 7,739 | 6.08% | 5.58% | January 2013 |
| Redwood Business Park I | | 10,389 | 7.41% | 5.87% | August 2011 |
| Redwood Business Park II | | 18,227 | 7.41% | 5.86% | August 2011 |
| Redwood Business Park V | | 6,439 | 7.41% | 5.85% | August 2011 |
| Redwood Business Park III | | 15,096 | 7.46% | 5.95% | August 2011 |
| Redwood Business Park IV | | 8,193 | 7.41% | 5.92% | August 2011 |
| Parkpoint Business Center | | 7,429 | 5.53% | 5.62% | January 2015 |
| Total | $ | 118,486 | | | |

The effective rates shown in the table above include the effects of recording the assumed debt at fair value and transaction costs.

(c)    Summit at Douglas Ridge II, which consists of one building comprising 93,349 square feet, is classified as a development property and, therefore, is not included in the total number of buildings or total square footage statistics.

(d)    The purchase price for Shorebreeze I & II includes the issuance of 108,190 Units valued at $3.3 million.

(e)    This property is subject to a ground lease.

(f)    1095 Avenue of the Americas, which consists of one building comprising 1,020,000 square feet, is classified as a development property and, therefore, is not included in the total number of buildings or total square footage statistics.

(g)    In October 2005, we invested $50.0 million in junior mezzanine debt as part of a debt refinancing on the 375 Park Avenue property located in New York, NY. The mezzanine debt bears interest at a rate of 8.95% and matures in 2015. We account for this investment as a note receivable, which is included in "Prepaid expenses and other assets" on the consolidated balance sheet.

(h)    In 2004, we acquired certain partners' interests in 1301 Avenue of the Americas for $68.2 million and we assumed our partner's share of the mortgage notes of $83.0 million. This property was previously accounted for under the equity method. As a result of these transactions, our economic interest in the joint venture is 100% and effective February 2004, we consolidated the property. The mortgage debt encumbering this property upon consolidation was $534.3 million.

(i)    In May 2004, we acquired our partner's interest in the 500 Orange office property by issuing 1,930 Units valued at $50,000.

(j)    In July 2004, we acquired a 50% interest in Yahoo! Center for $221.8 million and account for our investment under the equity method (see Note 7 — Investments in Unconsolidated Joint Ventures).

(k)    This property consists of both office and retail space. We acquired the office space, except for the fourth floor.

(l)    These properties were acquired through a like-kind exchange transaction in which we disposed of certain industrial properties (see Note 5 — Gains/ Losses on Sales of Real Estate, Provisions for Loss on Assets Held for Sale and Impairments).

(m)    In December 2004, we acquired our partner's 12.5% interest in Foundry Square II for $2.7 million. Following this transaction, we owned 100% of this property. We subsequently sold this property in 2005.

88

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 4 — INVESTMENTS IN REAL ESTATE — (Continued)

(n)   In September 2004, we acquired a 70% interest in Dulles Station for $7.6 million. We subsequently sold our interest in this joint venture in 2005 (see Note 14 — Minority Interests in Partially Owned Properties).

(o)   In May 2003, we acquired 8.1% of the equity in the joint venture that owns The John Hancock Complex in Boston, Massachusetts for $25.0 million. The investment in the joint venture is accounted for under the cost method of accounting because we own a noncontrolling interest in the property. Our investment is included in "Prepaid expenses and other assets" in the consolidated balance sheets. In 2005, we received $17.3 million of cash proceeds from additional mortgage financing placed on this property, which effectively reduced our book basis investment in the joint venture.

(p)   In September 2003, we acquired the remaining 20% equity interest in Key Center from Wright Runstad Associates Limited Partnership ("WRALP") and affiliates in exchange for our 30% equity interest in WRALP and a cash payment by us of $7.9 million. This property was previously accounted for under the equity method. As a result of this acquisition, effective September 2003, we consolidated the property.

### NOTE 5 — GAINS/ LOSSES ON SALES OF REAL ESTATE, PROVISIONS FOR LOSS ON ASSETS HELD FOR SALE AND IMPAIRMENTS

*Sales of Real Estate*

During the last three years, we sold whole or partial interests in the following properties:

| | For the years ended December 31, | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| **Office Properties and Vacant Land Parcels(a)(b):** | | | |
| Number of buildings | 131 | 5 | 53 |
| Number of vacant land parcels | 5 | 1 | 4 |
| Effective Office Portfolio: | | | |
| Square feet | 17,644,205 | 1,922,755 | 7,543,381 |
| Sales price (in thousands) | $ 2,736,505 | $ 252,194 | $ 1,517,779 |
| **Industrial Properties(c):** | | | |
| Number of buildings | — | 71 | 2 |
| Square feet | — | 5,125,622 | 216,900 |
| Sales price (in thousands) | — | $ 432,033 | $ 11,850 |

(a)   The number of buildings sold during the years ended December 31, 2005, 2004 and 2003 exclude the sale of partial interests in two buildings, two buildings, and 13 buildings, respectively.

The number of buildings and square feet sold during the year ended December 31, 2005 excludes eight buildings comprising 0.2 million square feet relating to properties previously taken out of service, which were no longer included in building and square footage statistics. Properties taken out of service represent office properties we are no longer attempting to lease and may be sold in the future or redeveloped.

The sales price shown for the year ended December 31, 2003 also includes the disposition of 32 residential units, which are excluded from the number of buildings shown above.

(b)   During the year ended December 31, 2004, we sold our 3% interest in an office property that we accounted for under the cost method. This property is excluded from the number of buildings and square feet shown above.

(c)   Of the 71 industrial properties disposed of during 2004, 29 were sold in a single transaction to an unrelated party for $73.3 million in cash (before closing costs) and two office properties valued at

89

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 5 —GAINS/ LOSSES ON SALES OF REAL ESTATE, PROVISIONS FOR LOSS ON ASSETS HELD FOR SALE AND IMPAIRMENTS — (Continued)

$137.0 million for total consideration of $210.3 million (35% monetary/65% nonmonetary). The net book value of the 29 industrial properties sold was $198.0 million. This transaction was accounted for as a like-kind exchange transaction, which also included cash. Because the transaction included a monetary and nonmonetary component, we recognized a gain on sale of $3.6 million on the monetary portion of the transaction. The nonmonetary portion of this transaction yielded no gain or loss. The remaining book value of the industrial properties, or $130.0 million, represents the book value of the two office properties acquired in the transaction. The two office properties acquired are Commerce Plaza and Redstone Plaza, as further described in Note 4 — Investments in Real Estate.

*Gains/ Losses on Sales of Real Estate, Provisions for Loss on Assets Held for Sale and Impairments*

During the years ended December 31, 2005, 2004 and 2003, we recognized gains/losses on sales of real estate, provisions for loss on assets held for sale and impairments, as follows:

|  | For the years ended December 31, | | |
|---|---|---|---|
|  | **2005** | **2004** | **2003** |
|  | | (Dollars in thousands) | |
| Gains on partial sales of real estate included in Income from Continuing Operations | $ 46,308 | $ 21,901 | $ 99,110 |
| Gain on sales of real estate included in Discontinued Operations | 184,916 | 7,596 | 61,953 |
| Minority interests' share of gains on sales of real estate | (29,699) | (214) | — |
| Our share of gains on sales of real estate classified as income from unconsolidated joint ventures | 26,499 | — | 7,063 |
| Our share of the gains on sales of real estate | $ 228,024 | $ 29,283 | $ 168,126 |
| Impairment on properties anticipated to be sold deducted from Income from Continuing Operations | $ (65,738) | $ (38,534) | $ — |
| Discontinued Operations: | | | |
| Impairment on properties sold | (153,265) | (190,636) | (7,500) |
| Loss on properties sold | (169,566) | — | — |
| Provision for loss on properties held for sale | (37,432) | (2,123) | — |
| Total non-cash charge | $ (426,001) | $ (231,293) | $ (7,500) |

### 2005

Due to favorable market conditions, our previously announced disposition program was accelerated in 2005 and expanded to include certain non-strategic assets in core markets. As a result, we reduced our intended holding period for 63 assets comprising 7.0 million square feet and several land parcels and recognized non-cash impairment charges of $219.0 million ($65.7 million of this charge is included in continuing operations and $153.3 million is included in discontinued operations). The fair values of these assets were calculated either by discounting estimated future cash flows and sales proceeds, based on the sales price contained in the respective sales contracts or based on market comparables.

In addition, we recognized provisions for loss of $37.4 million to write-down the carrying value of seven assets comprising 2.5 million square feet deemed held for sale during the year to their fair value less costs to sell. The fair values less costs to sell for these properties were determined based on the sales prices and estimated transaction costs.

90

<u>Table of Contents</u>

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 5 —GAINS/ LOSSES ON SALES OF REAL ESTATE, PROVISIONS FOR LOSS ON ASSETS HELD FOR SALE AND IMPAIRMENTS — (Continued)

**2004**

During 2004, in order to reposition our portfolio for long-term growth, we announced a program to dispose of certain assets in non-core markets over a five-year period, as market conditions warrant. After an in-depth review of our portfolio on an asset-by-asset basis, we reduced our intended holding period for 96 non-core assets comprising 17.7 million square feet due to our intent to sell these assets over a five-year period. Based on our analysis of the future cash flows of each asset over the shortened holding period, we determined that 46 of the assets comprising 2.8 million square feet were permanently impaired. The difference between the fair value (calculated either by discounting estimated future cash flows and sales proceeds or utilizing market comparables) and the net book value was $229.2 million, which was reflected as a non-cash impairment charge in 2004 ($38.5 million of this charge is included in continuing operations and $190.6 million is included in discontinued operations).

We also recognized a provision for loss of $2.1 million to write-down the carrying value of one building comprising 0.3 million square feet deemed held for sale at December 31, 2004 to its fair value less costs to sell. The fair value less costs to sell for this property was determined based on the sales price and estimated transaction costs.

**2003**

During 2003, we determined that one office property was permanently impaired based on our analysis of the future cash flows. As a result, we recognized a non-cash impairment charge of $7.5 million, which reduced the book value of the property to its fair value of $3.8 million. Fair value was determined as the present value of estimated future cash flows including residual proceeds. This office property was sold in 2005; therefore the impairment loss is included in discontinued operations.

*Deferred Gain*

During 2005, we deferred the recognition of a $25.6 million gain on the sale of one office property until 2006. We sold the office property for $76.3 million and received $10 million of cash consideration from the buyer in December 2005. We loaned the buyer $66.3 million to finance the remaining portion of the sales price. The loan had a term of 60 days and bore interest at LIBOR plus 1.70%, with an option to extend the term for an additional 60 days at an interest rate of LIBOR plus 2.20%. We accounted for this loan as a note receivable, which is included in "Prepaid expenses and other assets" on the consolidated balance sheet at December 31, 2005, and deferred recognition of the gain on sale of this property until January 2006 when the loan was repaid. The gain was deferred in accordance with the provisions of Statement of Financial Accounting Standards No. 66, *Accounting for Sales of Real Estate*, because the buyer's initial investment of $10 million was not deemed adequate to demonstrate the buyer's commitment to pay for the property. The deferred gain of $25.6 million is included in "Prepaid expenses and other assets" on the consolidated balance sheet, as an offset against the related note receivable at December 31, 2005 (see Note 25 — Subsequent Events).

91

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 5 —GAINS/ LOSSES ON SALES OF REAL ESTATE, PROVISIONS FOR LOSS ON ASSETS HELD FOR SALE AND IMPAIRMENTS — (Continued)

*Properties Held for Sale*

The following properties were classified as held for sale as of December 31, 2005 and December 31, 2004:

| Property | Location | Disposition Date | Number of Buildings | Effective Office Portfolio Square Feet |
|---|---|---|---|---|
| **As of December 31, 2005:** | | | | |
| 120 Montgomery | San Francisco, CA | 1/20/2006 | 1 | 430,523 |
| 3001 Stender Way(a) | Santa Clara, CA | (a) | 1 | 61,825 |
| 8-16 Perimeter | Atlanta, GA | 2/17/2006 | 5 | 65,350 |
| | | Total | 7 | 557,698 |
| **As of December 31, 2004:** | | | | |
| Northland Plaza | Bloomington, MN | 1/4/2005 | 1 | 296,967 |

(a)    This disposition is subject to certain contingencies and is expected to close in the first quarter of 2006.

The net (loss) income for properties sold and properties held for sale is reflected in the consolidated statements of operations as Discontinued Operations for the periods presented. The properties that were partially sold are not reflected as Discontinued Operations in accordance with FAS 144. Below is a summary of the results of operations for properties classified as Discontinued Operations:

| | For the years ended December 31, | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| | | (Dollars in thousands) | |
| Property operating revenues | $ 161,969 | $ 354,788 | $ 453,641 |
| Expenses: | | | |
| Depreciation and amortization | 47,676 | 105,442 | 112,890 |
| Property operating | 66,782 | 139,016 | 158,209 |
| Ground rent | 2,413 | 4,555 | 78 |
| Impairment | 153,265 | 190,636 | 7,500 |
| Total expenses | 270,136 | 439,649 | 278,677 |
| Operating (loss) income | (108,167) | (84,861) | 174,964 |
| Other income (expense): | | | |
| Interest income | 340 | 263 | 315 |
| Interest expense and amortization of deferred financing costs and prepayment expenses | (619) | (2,717) | (14,051) |
| Total other (expense) income | (279) | (2,454) | (13,736) |
| (Loss) income before income taxes, allocations to minority interests, net gain on sales of real estate and provision for (loss) on properties held for sale | (108,446) | (87,315) | 161,228 |
| Income taxes | (62) | (36) | 123 |
| (Income) loss allocated to minority interests — partially owned properties (including gain on sales of real estate of $29,699, $214 and $0, respectively) | (30,365) | (929) | 1,155 |
| Net gain on sales of real estate | 15,350 | 7,596 | 61,953 |
| Provision for (loss) on properties held for sale | (37,432) | (2,123) | — |
| Net (loss) income | $ (160,955) | $ (82,807) | $ 224,459 |
| Property net operating income from discontinued operations | $ 95,187 | $ 215,772 | $ 295,432 |

92

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 5 —GAINS/ LOSSES ON SALES OF REAL ESTATE, PROVISIONS FOR LOSS ON ASSETS HELD FOR SALE AND IMPAIRMENTS — (Continued)

For the properties sold during 2005 and included in discontinued operations, the investments in real estate, net of accumulated depreciation, and mortgage debt balances were $2.5 billion and $61.7 million, respectively, at December 31, 2004.

### NOTE 6 —REALIZED GAIN ON SETTLEMENT OF DERIVATIVES AND SALE OF MARKETABLE SECURITIES

**2004**

In May 2004, we settled five forward-starting interest rate swaps that had a combined notional amount of $500 million and recognized a gain of $24.0 million (see Note 12 — Derivative Financial Instruments).

In July 2004, we disposed of our investment in common shares of Capital Trust and recognized a gain of $2.3 million (see Note 21 — Related Party Transactions).

We also recognized a gain of $2.7 million from the sale of other securities during 2004.

**2003**

We recognized a gain of $8.1 million from the sale of common stock received in connection with an early lease termination and an additional $1.2 million due to the sale of other securities.

### NOTE 7 — INVESTMENTS IN UNCONSOLIDATED JOINT VENTURES

The properties listed below are owned by us and other unaffiliated parties in joint ventures, which we account for using the equity method. Our ownership interest shown for each period below represents our economic interest in the office properties from which we derive the net income we recognize in accordance with GAAP. Net income, cash flow from operations and capital transactions for these properties are allocated to us and our joint venture partners in accordance with the respective partnership agreements.

| Property | Location | Total Office Portfolio Square Feet | Effective Office Portfolio Square Feet | Our Ownership Interest as of December 31, | |
|---|---|---|---|---|---|
| | | | | 2005 | 2004 |
| One Post Office Square | Boston, MA | 765,296 | 382,648 | 50% | 50% |
| 75-101 Federal Street | Boston, MA | 813,195 | 419,704 | 51.61% | 51.61% |
| Rowes Wharf | Boston, MA | 344,645 | 151,644 | 44% | 44% |
| 10 & 30 South Wacker | Chicago, IL | 2,003,288 | 1,502,466 | 75% | 75% |
| Chase Center (fka Bank One Center)(a) | Indianapolis, IN | — | — | — | 25% |
| Pasadena Towers | Los Angeles, CA | 439,366 | 109,842 | 25% | 25% |
| Promenade II | Atlanta, GA | 774,344 | 387,172 | 50% | 50% |
| SunTrust Center(b) | Orlando, FL | 640,741 | 160,185 | 25% | 25% |
| Preston Commons(c) | Dallas, TX | — | — | — | 50% |
| Sterling Plaza(c) | Dallas, TX | — | — | — | 50% |
| Columbia Center (fka Bank of America Tower) | Seattle, WA | 1,545,008 | 774,049 | 50.1% | 50.1% |
| One Post | San Francisco, CA | 421,121 | 210,561 | 50% | 50% |
| 161 North Clark(d) | Chicago, IL | 1,010,520 | 252,630 | 25% | 25% |
| Prominence in Buckhead(d) | Atlanta, GA | 424,309 | 106,077 | 25% | 25% |
| World Trade Center East(d) | Seattle, WA | 186,912 | 46,728 | 25% | 25% |

93

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 7 — INVESTMENTS IN UNCONSOLIDATED JOINT VENTURES — (Continued)

| Property | Location | Total Office Portfolio Square Feet | Effective Office Portfolio Square Feet | Our Ownership Interest as of December 31, | |
|---|---|---|---|---|---|
| | | | | 2005 | 2004 |
| Treat Towers(d) | Walnut Creek, CA | 367,313 | 91,828 | 25% | 25% |
| Parkshore Plaza I(d) | Folsom, CA | 114,356 | 28,589 | 25% | 25% |
| Parkshore Plaza II(d) | Folsom, CA | 155,497 | 38,874 | 25% | 25% |
| Bridge Pointe Corporate Center I & II(d) | San Diego, CA | 372,653 | 93,163 | 25% | 25% |
| 1111 19th Street(d) | Washington, DC | 252,014 | 50,403 | 20% | 20% |
| 1620 L Street(d) | Washington, DC | 156,272 | 31,254 | 20% | 20% |
| 1333 H Street(d) | Washington, DC | 244,585 | 48,917 | 20% | 20% |
| Yahoo! Center (fka Colorado Center)(e) | Santa Monica, CA | 1,087,628 | 543,814 | 50% | 50% |
| 1601 Market Street(f) | Philadelphia, PA | 681,289 | 74,942 | 11% | 11% |
| 1700 Market Street(f) | Philadelphia, PA | 841,172 | 92,529 | 11% | 11% |
| 201 Mission Street(g) | San Francisco, CA | 483,289 | 120,822 | 25% | 100% |
| 580 California(g) | San Francisco, CA | 313,012 | 78,253 | 25% | 100% |
| Foundry Square IV(h) | San Francisco, CA | — | — | — | — |
| Total | | 14,437,825 | 5,797,094 | | |

(a) In 2005, we sold our 25% interest in Chase Center (fka Bank One Center), which consisted of two office buildings comprising 1,057,877 square feet, for $45.0 million (which includes the transfer of $16.3 million of mortgage debt encumbering this property to the buyer).

(b) In December 2005, the joint venture refinanced the mortgage debt encumbering the SunTrust Center. The new mortgage debt has a principal balance of $77.0 million, bears interest at a fixed coupon rate of 5.34% and matures in January 2016. Our share of the principal balance is $19.3 million. Our share of the prior mortgage, which bore interest at a variable rate based on LIBOR plus 80 basis points, was $12.5 million.

(c) In 2005, we sold our 50% interest in Preston Commons and Sterling Plaza, which consisted of four office buildings comprising 721,351 square feet, for $69.2 million.

(d) In December 2003, we sold partial interests in these office properties for $596.5 million.

(e) In July 2004, we acquired a 50% interest in Yahoo! Center for $221.8 million. In 2005, the joint venture obtained a $250 million mortgage financing, which bears interest at a fixed coupon rate of 5.27% and matures in October 2015. Our share of the principal balance is $125.0 million.

(f) In November 2004, we sold partial interests in these office properties for $172.2 million. We account for our remaining interest under the equity method of accounting because we have participating rights with respect to certain significant policies.

(g) In July 2005, we sold partial interests in these office properties for $162.8 million.

(h) In 2000, we formed a joint venture with Wilson Investors to develop, construct, lease and manage Foundry Square IV, a 225,490 square foot office building located in San Francisco, California. Through the sale of the office building in July 2003, we disposed of our 40% indirect interest. Our share of the gain on the sale of the property was $7.1 million and is included in income from investments in unconsolidated joint ventures. Our share of the gross proceeds from the sale was $56.6 million, which includes the repayment of a $44.5 million construction loan. Wilson Investors' share of the proceeds was $17.1 million.

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 7 — INVESTMENTS IN UNCONSOLIDATED JOINT VENTURES — (Continued)

Combined summarized financial information for our unconsolidated joint ventures is as follows:

| | December 31, | |
|---|---|---|
| | 2005 | 2004 |
| | (Dollars in thousands) | |
| **Balance Sheets:** | | |
| **Assets:** | | |
| Real estate, net of accumulated depreciation | $ 3,002,906 | $ 3,068,975 |
| Other assets | 356,016 | 343,075 |
| Total Assets | $ 3,358,922 | $ 3,412,050 |
| **Liabilities and Partners' and Shareholders' Equity:** | | |
| Mortgage debt(a) | $ 1,138,455 | $ 931,976 |
| Other liabilities | 151,303 | 138,010 |
| Partners' and shareholders' equity | 2,069,164 | 2,342,064 |
| Total Liabilities and Partners' and Shareholders' Equity | $ 3,358,922 | $ 3,412,050 |
| Our share of historical partners' and shareholders' equity | $ 878,225 | $ 1,032,664 |
| Net excess of cost of investments over the net book value of underlying net assets (net of accumulated depreciation of $21,303 and $22,797, respectively)(b) | 69,764 | 84,479 |
| Carrying value of investments in unconsolidated joint ventures | $ 947,989 | $ 1,117,143 |
| Our share of unconsolidated non-recourse mortgage debt | $ 473,725 | $ 361,032 |

(a)     Our share of the scheduled principal payments on non-recourse mortgage debt through maturity as of December 31, 2005 is as follows:

| Year | Dollars in thousands |
|---|---|
| 2006 | $ 52,217 |
| 2007 | 3,999 |
| 2008 | 18,610 |
| 2009 | 11,645 |
| 2010 | 96,174 |
| Thereafter | 291,080 |
| Total | $ 473,725 |

(b)     This amount represents the aggregate difference between the Company's historical cost basis and the basis reflected at the joint venture level, which is typically amortized over the life of the related asset. The basis differentials occur primarily upon the transfer of assets that were previously owned by the Company into a joint venture or the acquisition of partial interests in joint ventures by us.

95

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 7 — INVESTMENTS IN UNCONSOLIDATED JOINT VENTURES — (Continued)

| | For the years ended December 31, | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| | | (Dollars in thousands) | |
| **Statements of Operations:** | | | |
| Revenues | $ 528,273 | $ 485,770 | $ 472,124 |
| Expenses: | | | |
| Interest expense and loan cost amortization | 55,732 | 45,026 | 75,289 |
| Depreciation and amortization | 132,819 | 121,722 | 92,196 |
| Operating expenses, ground rent and general and administrative expenses | 252,804 | 204,567 | 180,087 |
| Total expenses | 441,355 | 371,315 | 347,572 |
| Net income before gain on sale of real estate | 86,918 | 114,455 | 124,552 |
| Gain on sale of real estate | 39,585 | — | 43,255 |
| Net income | $ 126,503 | $ 114,455 | $ 167,807 |
| Our share of: | | | |
| Net income | $ 68,996 | $ 50,304 | $ 79,882 |
| Interest expense and loan cost amortization | $ 22,015 | $ 21,319 | $ 50,059 |
| Depreciation and amortization (real estate related) | $ 50,823 | $ 46,621 | $ 53,208 |
| Gain on sale of real estate | $ 26,499 | $ — | $ 7,063 |

### NOTE 8 — LEASE TERMINATION

In 2005, we executed amendments to a lease that reduced a tenant's space at the 1301 Avenue of the Americas office property, located in New York, NY, from 564,000 square feet to 217,000 square feet. In connection with these amendments, we recognized lease termination income of $53.2 million, which is included in "Other revenues" in the consolidated statements of operations.

### NOTE 9 — MORTGAGE DEBT

Payments on mortgage debt are generally due in monthly installments of principal and interest or interest only. The historical cost, net of accumulated depreciation, of encumbered properties at December 31, 2005 and 2004 was $4.0 billion and $5.0 billion, respectively.

96

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 9 — MORTGAGE DEBT — (Continued)

During the last two years, the following transactions occurred:

| | For the years ended December 31, | |
| --- | --- | --- |
| | 2005 | 2004 |
| | (Dollars in thousands) | |
| Balance at beginning of year(a) | $ 2,622,750 | $ 2,329,552 |
| Repayments and scheduled principal amortization(b) | (1,077,322) | (438,828) |
| Assumed through property acquisitions (see Note 4 — Investments in Real Estate) | 118,486 | 534,256 |
| Recorded in connection with the consolidation of a property (see Note 3 — Variable Interest Entities) | — | 203,225 |
| Repaid upon sale of property | (13,386) | (5,455) |
| Refinancing(c) | 150 | — |
| Issuances(d) | 518,705 | — |
| Balance at end of year(a) | $ 2,169,383 | $ 2,622,750 |

(a)    Excludes net discounts on mortgage debt of $5.2 million and $13.7 million as of December 31, 2005 and 2004, respectively.

(b)    During 2005, we repaid mortgage debt on the following properties: Sixty State Street, Island Corporate Center, San Mateo BayCenter II, 1740 Technology, One Market, Central Park, Perimeter Center and 1301 Avenue of the Americas. During 2004, we repaid mortgage debt on the following properties: 580 California, BP Tower, 110 Atrium Place, Fremont Bayside, Industrial Drive Warehouse, John Marshall and Worldwide Plaza.

(c)    During 2005, we refinanced the mortgage debt encumbering the Washington Mutual Tower property. The new mortgage has a principal balance of $79.25 million, bears interest at a fixed coupon rate of 4.55% and matures in June 2010. The prior mortgage had a principal balance of $79.1 million, bore interest at a fixed coupon rate of 7.53% and was scheduled to mature in November 2005. The effective interest rate on the new debt is 4.56% as compared to 7.77% on the prior mortgage.

During 2005, we also refinanced the mortgage debt encumbering the Wells Fargo Center property. The new mortgage has a principal balance of $110 million, bears interest at LIBOR plus 55 basis points and matures in January 2011. The prior mortgage bore interest at a fixed coupon rate of 8.74%. The effective interest rate on the new debt is LIBOR plus 68 basis points as compared to 7.97% on the prior mortgage.

(d)    During 2005, we obtained mortgage financing for the 1301 Avenue of the Americas property. The financing includes senior mortgage debt and a mezzanine loan. The senior mortgage debt has a principal balance of $420.8 million, bears interest at a fixed coupon rate of 5.37% and matures in January 2016. The mezzanine loan has a principal balance of $65.8 million, bears interest at LIBOR plus 90 basis points and matures in January 2009. The effective interest rates on the senior mortgage debt and the mezzanine loan are 5.39% and 5.36%, respectively, as of December 31, 2005.

Prior to the disposition of the San Felipe Plaza property in 2005, the property was encumbered by a 5.81% mortgage note with an outstanding principal balance of $47.8 million that was scheduled to mature in 2013. The lender agreed to substitute the 1300 North 17th Street property, located in Arlington, Virginia, as replacement collateral. As a result, no prepayment penalty was incurred. The terms of the mortgage note were otherwise unchanged as a result of this transaction. In December 2005, we obtained additional mortgage financing on the 1300 North 17th Street property. This additional mortgage has a principal balance of $32.1 million, bears interest at a fixed coupon rate of 6.03% and an effective interest rate of 6.07%. The mortgage matures in January 2013.

97

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 9 — MORTGAGE DEBT — (Continued)

The table below summarizes our mortgage debt outstanding at December 31, 2005 and 2004:

|  | December 31, | |
|---|---|---|
|  | 2005 | 2004 |
|  | (Dollars in thousands) | |
| **Balance** |  |  |
| Fixed interest rate mortgage debt | $ 1,993,562 | $ 2,516,554 |
| Variable interest rate mortgage debt | 175,821 | 106,196 |
| Subtotal | 2,169,383 | 2,622,750 |
| Net discount on mortgage debt | (5,185) | (13,683) |
| Total mortgage debt | $ 2,164,198 | $ 2,609,067 |
| **Weighted average effective interest rate at end of period** |  |  |
| Fixed interest rate mortgage debt(a) | 7.01% | 7.80% |
| Variable interest rate mortgage debt(b) | 5.17% | 5.53% |
| Effective interest rate | 6.86% | 7.71% |

(a)   As of December 31, 2005 and 2004, the effective interest rates on the fixed interest rate mortgage debt ranged from 4.56% to 8.51% and 5.81% to 8.51%, respectively.

(b)   As of December 31, 2005, the effective interest rates on the variable interest rate mortgage debt ranged from 5.06% to 5.36%.

*Repayment Schedule*

Our mortgage debt matures at various times through January 2016. As of December 31, 2005, scheduled principal payments through maturity are as follows:

| Year | Dollars in thousands |
|---|---|
| 2006 | $ 108,704 |
| 2007 | 263,018 |
| 2008 | 158,178 |
| 2009 | 630,698 |
| 2010 | 264,076 |
| Thereafter | 744,709 |
| Total | $ 2,169,383 |

98

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 10 — UNSECURED NOTES

During the last two years, the following transactions occurred:

**2005:**

*Unsecured Notes — Issued:*

| Original Term | Month of Issuance | Amount | Coupon Rate | Effective Rate(a) | Year of Maturity |
|---|---|---|---|---|---|
| | | | (Dollars in thousands) | | |
| 2 Years to 4 Years | January | $ 6,221 | 3.45% – 4.15% | 3.76% – 4.39% | 2007-2009 |
| 2 Years to 4 Years | February | 3,220 | 3.70% – 4.15% | 4.01% – 4.39% | 2007-2009 |
| 3 Years to 5 Years | March | 4,997 | 4.05% – 4.75% | 4.33% – 5.00% | 2008-2010 |
| 2 Years to 4 Years | April | 7,672 | 4.30% – 4.80% | 4.61% – 5.04% | 2007-2009 |
| 2 Years to 6 Years | June | 6,426 | 4.10% – 4.63% | 4.41% – 4.87% | 2007-2011 |
| 3 Years to 4 Years | July | 4,722 | 4.40% – 4.55% | 4.68% – 4.79% | 2008-2009 |
| 3 Years to 6 Years | September | 5,739 | 4.40% – 4.70% | 4.68% – 4.92% | 2008-2011 |
| 3 Years to 6 Years | October | 1,805 | 4.55% – 5.00% | 4.83% – 5.22% | 2008-2011 |
| Less Issuance Costs | | (253) | | | |
| Net Proceeds | | $40,549 | | | |

*Unsecured Notes — Repaid:*

| Month Repaid | Amount | Coupon Rate | Effective Rate(a) |
|---|---|---|---|
| | | (Dollars in thousands) | |
| February | $ 125,000 | 6.88% | 6.40% |
| February | 400,000 | 6.63% | 4.99% |
| July | 100,000 | 8.00% | 6.49% |
| September | 50,000 | 7.36% | 7.69% |
| Total/ Weighted Average | $ 675,000 | 6.93% | 5.67% |

99

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 10 — UNSECURED NOTES — (Continued)

**2004:**

*Unsecured Notes — Issued:*

| Original Term | Month of Issuance | Amount | Coupon Rate | Effective Rate(a) | Year of Maturity |
|---|---|---|---|---|---|
| | | (Dollars in thousands) | | | |
| 10 Years | March | $ 1,000,000 | 4.75% | 4.25% | 2014 |
| 10 Years | May | 45,000 | 3.16%(b) | 3.26% | 2014 |
| 4 Years to 6 Years | June | 4,342 | 4.75% – 5.25% | 4.98% – 5.46% | 2008 – 2010 |
| 4 Years to 6.5 Years | July | 17,570 | 3.70% – 5.15% | 3.97% – 5.36% | 2008 – 2011 |
| 6 Years | October | 800,000 | 4.65% | 4.81% | 2010 |
| 6 Years | October | 200,000 | 2.64%(b) | 2.77% | 2010 |
| 4 Years | October | 3,771 | 3.80% – 4.00% | 4.04% – 4.24% | 2008 |
| 2 Years to 4 Years | November | 1,677 | 3.30% – 3.90% | 3.61% – 4.14% | 2006 – 2008 |
| 2 Years to 4.5 Years | December | 6,894 | 3.35% – 4.10% | 3.66% – 4.34% | 2006 – 2009 |
| Less Issuance Costs | | (17,275) | | | |
| Net Proceeds | | $ 2,061,979 | | | |

*Unsecured Notes — Repaid:*

| Month Repaid | Amount | Coupon Rate | Effective Rate(a) |
|---|---|---|---|
| | (Dollars in thousands) | | |
| January | $ 300,000 | 6.50% | 4.59% |
| January | 100,000 | 6.90% | 6.27% |
| May | 200,000 | 6.80% | 6.10% |
| June | 250,000 | 6.50% | 5.31% |
| September | 30,000 | 7.24% | 7.26% |
| November | 325,000(c) | 7.25% | 7.64% |
| Total/ Weighted Average | $ 1,205,000 | 6.80% | 6.02% |

The table below summarizes the unsecured notes outstanding as of December 31, 2005:

| Original Term | Coupon Rate | Effective Rate(a) | Principal Balance | Maturity Date |
|---|---|---|---|---|
| | | | (Dollars in thousands) | |
| **Fixed Rate Unsecured Notes:** | | | | |
| 6 Years | 8.38% | 7.65% | $ 500,000 | 03/15/06 |
| 9 Years | 7.44% | 7.74% | 50,000 | 09/01/06 |
| 10 Years | 7.13% | 6.74% | 100,000 | 12/01/06 |
| 9 Years | 7.00% | 6.80% | 1,500 | 02/02/07 |
| 9 Years | 6.88% | 6.83% | 25,000 | 04/30/07 |
| 9 Years | 6.76% | 6.76% | 300,000 | 06/15/07 |
| 10 Years | 7.41% | 7.70% | 50,000 | 09/01/07 |
| 7 Years | 7.75% | 7.91% | 600,000 | 11/15/07 |

100

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 10 — UNSECURED NOTES — (Continued)

| Original Term | Coupon Rate | Effective Rate(a) | Principal Balance (Dollars in thousands) | Maturity Date |
|---|---|---|---|---|
| 10 Years | 6.75% | 6.97% | 150,000 | 01/15/08 |
| 10 Years | 6.75% | 7.01% | 300,000 | 02/15/08 |
| 10 Years | 6.80% | 6.94% | 500,000 | 01/15/09 |
| 10 Years | 7.25% | 7.14% | 200,000 | 05/01/09 |
| 11 Years | 7.13% | 6.97% | 150,000 | 07/01/09 |
| 10 Years | 8.10% | 8.22% | 360,000 | 08/01/10 |
| 6 Years | 4.65% | 4.81% | 800,000 | 10/01/10 |
| 10 Years | 7.65% | 7.20% | 200,000 | 12/15/10 |
| 10 Years | 7.00% | 6.83% | 1,100,000 | 07/15/11 |
| 10 Years | 6.75% | 7.02% | 500,000 | 02/15/12 |
| 10 Years | 5.88% | 5.98% | 500,000 | 01/15/13 |
| 10 Years(d) | 4.75% | 5.54% | 1,000,000 | 03/15/14 |
| 20 Years | 7.88% | 8.08% | 25,000 | 12/01/16 |
| 20 Years | 7.35% | 8.08% | 200,000 | 12/01/17 |
| 20 Years | 7.25% | 7.54% | 250,000 | 02/15/18 |
| 30 Years | 7.50% | 8.24% | 150,000 | 10/01/27 |
| 30 Years | 7.25% | 7.31% | 225,000 | 06/15/28 |
| 30 Years | 7.50% | 7.55% | 200,000 | 04/19/29 |
| 30 Years | 7.88% | 7.94% | 300,000 | 07/15/31 |
| EOP InterNotes(e) | 4.30% | 4.56% | 75,056 | 11/15/06 – 10/15/11 |
| Total/ Weighted Average Fixed Rate Unsecured Notes | 6.67% | 6.80% | 8,811,556 | |
| **Variable Rate Unsecured Notes:** | | | | |
| 6 Years | 4.65% | 4.78% | 200,000 | 10/01/10 |
| 10 Years | 5.17% | 5.27% | 45,000 | 05/27/14 |
| Total/ Weighted Average Variable Rate Unsecured Notes | 4.75% | 4.87% | 245,000 | |
| Total/ Weighted Average Unsecured Notes | 6.62% | 6.75% | 9,056,556 | |
| Net Discount on Unsecured Notes | | | (23,936) | |
| Total Unsecured Notes | | | $ 9,032,620 | |

(a)    Includes the effect of settled interest rate protection and interest rate swaps, offering and transaction costs and premiums and discounts.

(b)    The $45 million notes have a variable interest rate of LIBOR plus 77.5 basis points plus an additional 10 basis points attributed to loan costs. The $200 million notes have a variable interest rate of LIBOR plus 60 basis points plus an additional 13 basis points attributed to loan costs.

(c)    In November 2004, we redeemed our 7.25% Senior Exchangeable Notes due November 15, 2008. The total paid on the redemption date was the principal amount of $325 million plus accrued interest. In conjunction with the redemption, we expensed $5.3 million of unamortized loan costs, which are included

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 10 — UNSECURED NOTES — (Continued)

in amortization of deferred financing costs and prepayment expenses on the consolidated statements of operations.

(d)    In March 2004, we entered into four interest rate swaps that each had a notional amount of $250 million for a combined notional amount of $1 billion that effectively converted these notes to a variable interest rate based on the 6-month LIBOR rate. One of the interest rate swaps was terminated during June 2005 and the remaining swaps were terminated in September 2005. The termination of the swaps effectively converted the notes back to a fixed interest rate (see Note 12 — Derivative Financial Instruments).

(e)    In June 2004, we launched a new program allowing for the issuance of up to $500 million of unsecured medium-term notes for sale to retail investors through licensed brokers ("EOP InterNotes"). The rates shown are weighted average rates. The coupon rates on the EOP InterNotes range from 3.30% to 5.25%. Including all offering expenses, the all-in effective rates of the EOP InterNotes range from 3.61% to 5.46%.

*Restrictions and Covenants under Unsecured Notes*

The terms of our unsecured notes contain financial covenants described below. As of December 31, 2005, we believe we were in compliance with each of these financial covenants. If we fail to comply with any of these covenants, the indebtedness could become due and payable before its stated due date.

Set forth below are the financial covenants to which we are subject under our unsecured note indentures as of December 31, 2005:

**Covenants (in each case as defined in the respective indenture)**

• Debt to Adjusted Total Assets may not be greater than 60%;

• Secured Debt to Adjusted Total Assets may not be greater than 40%;

• Consolidated Income Available for Debt Service to Annual Debt Service Charge may not be less than 1.50:1; and

• Total Unencumbered Assets to Unsecured Debt may not be less than 150% (a)

(a)    The unsecured notes we assumed in the merger with Spieker, of which $1.2 billion are still outstanding at December 31, 2005, are subject to a minimum ratio of 165%.

## NOTE 11 — LINES OF CREDIT

*Line of Credit*

In August 2005, we obtained a $1.25 billion revolving line of credit, which bore interest at LIBOR plus 47.5 basis points and had an annual facility fee of 15 basis points, or $1.875 million. The $1.25 billion line of credit matures in August 2009. We have one option to extend the maturity date for an additional year for an extension fee of $1.875 million. The previously existing $1.0 billion line of credit that was scheduled to mature in May 2006 (which bore interest at LIBOR plus 60 basis points plus an annual facility fee of 20 basis points) terminated in August 2005 effective with the first funding of the $1.25 billion line of credit. As a result of a downgrade in our debt rating in December 2005, the interest rate on the $1.25 billion line of credit increased to LIBOR plus 60 basis points and the annual facility fee increased to 20 basis points, or $2.5 million. As of December 31, 2005 and 2004, $881 million and $548 million was outstanding under our $1.25 billion and $1.0 billion line of credit facility, respectively.

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 11 — LINES OF CREDIT — (Continued)

*Bridge Facilities*

In October 2005, we obtained and fully drew upon a $500 million unsecured term loan facility, bearing interest at LIBOR plus 45 basis point (the spread is subject to change based on our credit rating) and is scheduled to mature in October 2006. As a result of a downgrade in our debt rating in December 2005, the interest rate on the term loan facility increased to LIBOR plus 55 basis points. In December 2005, we entered into an amendment that increased the facility to $750 million with an option to draw an additional $250 million, which was exercised in January 2006 (see Note 25 — Subsequent Events). As of December 31, 2005, $750 million was outstanding under this facility.

In February 2005, we obtained a $250 million unsecured term loan facility, which bore interest at LIBOR plus 35 basis points and was scheduled to mature in February 2006. We repaid and terminated the term loan facility in July 2005.

In July 2004, we obtained a $500 million unsecured term loan facility, which bore interest at LIBOR plus 65 basis points and had an annual facility fee of $750,000 payable quarterly. This credit facility had a term of 364 days and was terminated in October 2004.

In December 2003, we obtained a $1.0 billion unsecured term loan facility, which bore interest at LIBOR plus 65 basis points and had an annual facility fee of $1.5 million payable quarterly. This credit facility had a term of 364 days and was terminated in March 2004.

*Financial Covenants*

The terms of our line of credit and term loan facility contain financial covenants summarized below. As of December 31, 2005, we believe we were in compliance with each of these financial covenants. If we fail to comply with any of these covenants, the indebtedness could become due and payable before its stated date.

- total debt to total asset value may not exceed 0.60:1 at any time and, in certain circumstances, may not exceed 0.65:1;

- cash flow to fixed charges may not be less than 1.5:1;

- secured debt to total asset value may not exceed 0.40:1;

- unsecured debt to unencumbered asset value may not exceed 0.60:1 and, in certain circumstances, may not exceed 0.65:1; and

- our investments in unimproved assets, developments, joint venture interests, mortgages and securities, and properties which constitute primarily warehouse distribution facilities, in the aggregate, may not exceed 30% of our total asset value.

### NOTE 12 — DERIVATIVE FINANCIAL INSTRUMENTS

*Interest Rate Swaps*

In March 2004, we entered into four fixed-to-floating interest rate swaps that had a combined notional amount of $1.0 billion in order to hedge $1.0 billion of unsecured notes issued in March 2004. We were the variable interest rate payer and the counterparty was the fixed rate payer. The swaps effectively converted the unsecured notes to a variable interest rate based on LIBOR plus 43 basis points plus an additional 79 basis points for loan costs, which were incurred when the notes were issued. These swaps were terminated in 2005. By converting the $1.0 billion of unsecured notes from a fixed interest rate to a variable interest rate, we reduced interest expense by $16.0 million during the period that these swaps were in place. The swaps were deemed perfectly effective fair value hedges because the periodic settlement dates and other key terms corresponded to the dates and other key terms of the hedged unsecured notes. In June 2005, we terminated

103

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 12 — DERIVATIVE FINANCIAL INSTRUMENTS — (Continued)

one of these swaps in the notional amount of $250 million at no cost to us. In September 2005, we paid $8.7 million to terminate the remaining $750 million of swaps. This amount was recorded as a discount on the $1.0 billion unsecured notes and is being amortized to interest expense over their remaining term. These terminations effectively converted the $1.0 billion of unsecured notes issued in March 2004 back to a fixed interest rate.

The fixed-to-floating interest rate swaps were reflected on the consolidated balance sheets at market value. The hedged unsecured notes were adjusted on the consolidated balance sheets by the amount that they changed in value due to changes in interest rates during the hedged period. The market value of the swaps at December 31, 2004 represented a liability of $29.5 million and was included in other liabilities. The corresponding market adjustment to the hedged unsecured notes was recorded as a discount on the unsecured notes. There are no swaps outstanding at December 31, 2005.

*Forward-Starting Interest Rate Swaps*

As of December 31, 2003, we had forward-starting interest rate swaps with a combined notional amount of $1.3 billion outstanding. All of the forward-starting interest rate swaps were terminated in 2004, as follows:

- In May 2004, we settled five forward-starting interest rate swaps with a combined notional amount of $500 million and recognized a gain of $24.0 million, which is classified as "realized gain on settlement of derivatives and sale of marketable securities" on the consolidated statements of operations. The swaps were entered into in 2003 to hedge an unsecured note offering that was expected to occur in June 2004, but did not occur. The market value of these swaps at December 31, 2003 represented an asset of $11.1 million which was recorded in other assets with a corresponding adjustment to accumulated other comprehensive income.

- In conjunction with the issuance of $1.0 billion of 4.75% unsecured notes in March 2004 due March 2014, we paid $69.1 million to settle four forward-starting interest rate swaps that had a combined notional amount of $800 million that were previously entered into to hedge the interest rate of the $1.0 billion notes. $0.2 million of the settlement amount was immediately recognized in interest expense because the hedge was not perfectly effective and the remaining $68.9 million was charged to accumulated other comprehensive income. The amount charged to accumulated other comprehensive income is being amortized to interest expense over the 10-year term of the hedged notes. The market value of these swaps at December 31, 2003 represented a liability of $21.5 million which was recorded in other liabilities and a corresponding adjustment to accumulated other comprehensive income.

- $6.8 million will be reclassified from accumulated other comprehensive income to interest expense in 2006 related to amortization of net payments on settlements of forward starting interest rate swaps.

### NOTE 13 — IMPACT OF HURRICANE KATRINA

In August 2005, One Lakeway Center, Two Lakeway Center, and Three Lakeway Center located in Metairie, LA sustained extensive damage due to Hurricane Katrina. As a result, we recorded $10.6 million of property damage and lost $1.9 million of rental revenue during the third quarter 2005. During the fourth quarter 2005, we revised our previous estimate with respect to the extent of the property damage and recorded an additional $20.9 million of expenses due to increased costs related to clean up and remediation and greater than expected wind damage, primarily to windows. The total property damage of $31.5 million is classified as "Insurance expense" on the consolidated statement of operations. We also lost an additional $2.4 million of rental revenue during the fourth quarter 2005, resulting in a total loss of $4.3 million of revenues during the year ended December 31, 2005. These losses are not covered by third-party insurance because we are self-insured up to $50 million as discussed further in Note 24. While we believe that the assumptions used to determine estimated damages as a result of Hurricane Katrina are reasonable, actual results could differ from these estimates.

104

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 14 — MINORITY INTERESTS IN PARTIALLY OWNED PROPERTIES

The assets, liabilities and results of operations of the following properties are consolidated because we receive substantially all of the economics or have the direct or indirect ability to control major decisions, except for SunAmerica Center (see Note 3 — Variable Interest Entities).

The amounts shown below approximate our economic ownership interest for the periods presented. Net income, cash flow from operations and capital transactions are allocated to us and our minority interest partners in accordance with the respective partnership agreements. Our share of these items is subject to change based upon, among other things, the operations of the property and the timing and amount of capital transactions.

| Property | Location | Total Office Portfolio Square Feet | Effective Office Portfolio Square Feet | Our Economic Interest As of December 31, | |
|---|---|---|---|---|---|
| | | | | 2005 | 2004 |
| *Joint Ventures with Contractual Termination Dates:* | | | | | |
| The Plaza at La Jolla Village | San Diego, CA | 635,419 | 423,634 | 66.7% | 66.7% |
| 222 Berkley Street | Boston, MA | 519,608 | 475,441 | 91.5% | 91.5% |
| 500 Boylston Street | Boston, MA | 706,864 | 646,781 | 91.5% | 91.5% |
| Wells Fargo Center | Minneapolis, MN | 1,117,439 | 838,079 | 75.0% | 75.0% |
| Ferry Building(a) | San Francisco, CA | 243,812 | 243,812 | 75.0% | 75.0% |
| 2951 28th Street | Santa Monica, CA | 85,000 | 83,300 | 100.0% | 100.0% |
| San Felipe Plaza(b) | Houston, TX | — | — | 98.0% | 98.0% |
| Four Forest Plaza(b) | Dallas, TX | — | — | | 100.0% |
| Market Square | Washington, D.C. | 681,051 | 681,051 | | 100.0% |
| One Ninety One Peachtree Tower | Atlanta, GA | 1,215,288 | 1,215,288 | 100.0% | 100.0% |
| Brea Corporate Plaza | Brea, CA | 117,195 | 117,195 | 100.0% | 100.0% |
| Northborough Tower(b) | Houston, TX | — | — | 100.0% | 100.0% |
| Sixty State Street | Boston, MA | 823,014 | 823,014 | | 100.0% |
| Worldwide Plaza Amenities | New York, NY | 108,391 | 108,391 | 100.0% | 100.0% |
| | | | | 100.0% | 100.0% |
| Total Joint Ventures with Contractual Termination Dates: | | 6,253,081 | 5,655,986 | | |
| *Joint Ventures without Contractual Termination Dates:* | | | | | |
| Water's Edge(b) | Playa Vista, CA | — | — | | 87.5% |
| Park Avenue Tower | New York, NY | 568,060 | 568,060 | 100.0% | 100.0% |
| 850 Third Avenue | New York, NY | 568,867 | 563,178 | 99.0% | 99.0% |
| Washington Mutual Tower | Seattle, WA | 1,207,823 | 905,867 | 75.0% | 75.0% |
| 1301 Avenue of the Americas | New York, NY | 1,765,694 | 1,765,694 | 100.0% | 100.0% |
| SunAmerica Center | Century City, CA | 780,063 | 524,772 | 67.27% | 67.27% |
| Concar(b) | San Mateo, CA | — | — | | 79.96% |
| Dulles Station(b) | Herndon, VA | — | — | | 70.0% |
| Total Joint Ventures without Contractual Termination Dates: | | 4,890,507 | 4,327,571 | | |
| Total: | | 11,143,588 | 9,983,557 | | |

(a)  A joint venture between us and other unaffiliated parties leased the Ferry Building from the City and County of San Francisco, through its Port Commission (the "Port"). Under this lease, the Port is paid a stated base rent. In addition, once the joint venture has received from the project a cumulative preferred

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 14 — MINORITY INTERESTS IN PARTIALLY OWNED PROPERTIES — (Continued)

return of 8% (prior to stabilization) and 11% (after stabilization), then 50% of the proceeds from the operation and ownership of the project are paid to the Port as percentage rent.

The joint venture redeveloped the Ferry Building in a manner to permit the use of federal rehabilitation tax credits ("Historic Tax Credits"). Since the original members of the joint venture could not take full advantage of the Historic Tax Credits, the joint venture admitted a new member who could do so. This investor member contributed $24.7 million in equity and is entitled to a 3% preferred return. This investor member's interest is subject to put/call rights during 2009 and 2010. Upon the purchase of the investor member's interest pursuant to the put/call, it is estimated that the joint venture will retain $11 million of the capital contributed by the investor member (based on a formula to determine the purchase price for the investor member's interest and after taking into account the preferred return that will have been paid to the investor member by such time).

Through the creation of a master lease, our effective ownership percentage in the net cash flow of the Ferry Building project is 100% after the payment to the Port of the percentage rent described above and the distribution of the preferred returns.

(b)    During 2005, we sold our entire interests in these properties.

### NOTE 15 — PARTNERS' CAPITAL AND MANDATORILY REDEEMABLE PREFERRED UNITS

*Units*

The following table presents the changes in the issued and outstanding Units since January 1, 2004:

| | For the years ended December 31, | |
| --- | --- | --- |
| | 2005 | 2004 |
| Outstanding at January 1, | 451,337,142 | 449,492,618 |
| Repurchased and retired under Equity Office's open market repurchase program (at an average purchase price of $30.68 and $25.80 per unit, respectively)(a) | (30,986,900) | (1,260,600) |
| Repurchased and retired under Equity Office's Supplemental Retirement Savings Plan (at an average purchase price of $31.44 and $29.44 per unit, respectively) | (267,410) | (152,630) |
| Repurchased in 2004 under Equity Office's Supplemental Retirement Savings Plan, but retired in 2005 (at an average purchase price of $29.63 per unit) | (25,728) | — |
| Issued to Equity Office upon exercise of share options | 5,256,055 | 2,489,462 |
| Units redeemed to satisfy tax withholding obligations | (5,046) | (10,074) |
| Units redeemed for cash (at an average purchase price of $30.67 and $28.03 per unit, respectively) | (1,843,164) | (139,256) |
| Issued to Equity Office related to restricted shares issued to employees, net of cancellations | 720,612 | 915,692 |
| Units issued as compensation for Equity Office's Board of Trustee fees | 20,915 | — |
| Issued to Equity Office upon conversion of 70 Series B Preferred Units | 98 | — |
| Units issued in connection with a property acquisition (see Note 4 — Investments in Real Estate) | 108,190 | 1,930 |
| Outstanding at December 31, | 424,314,764 | 451,337,142 |

(a)    Under Equity Office's open market repurchase program announced in July 2002, as amended, Equity Office has been authorized to repurchase in the open market or in privately-negotiated transactions up to

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 15 — PARTNERS' CAPITAL AND MANDATORILY REDEEMABLE PREFERRED UNITS — (Continued)

$2.1 billion of Common Shares through May 31, 2006. As of December 31, 2005, $557.3 million of Common Shares are available for repurchase under the program. Common Shares repurchased to fund Equity Office's employee benefit programs, including the Employee Share Purchase Plan and Supplemental Retirement Savings Plan, are not considered part of the repurchase program. During the years ende December 31, 2005 and 2004, 30,986,900 and 1,260,600 Common Shares were repurchased under Equity Office's open market purchase program for $950.7 million and $32.5 million, respectively. In conjunction with such repurchases, we purchased from Equity Office and retired a corresponding number of Units for an aggregate cash purchase price equal to the aggregate purchase price for all Common Share repurchases.

### Ownership of EOP Partnership

As of December 31, 2005 and 2004, Equity Office had a 1% general partnership interest and an 88.7% and 88.5% limited partnership interes in us, respectively. The remaining limited partners had a 10.3% and 10.5% interest in us, respectively, and consist of various individuals and entities that contributed their properties in exchange for partnership interests. Each of our limited partners, excluding Equity Office, may, subject to certain limitations, require that we redeem its Units. Under our partnership agreement, Equity Office has the right to assume directly and satisfy the redemption right of a limited partner by issuing its Common Shares or cash in exchange for any Units tendered for redemption. If Equity Office does not assume our obligation to redeem the Units, upon redemption, the limited partner will receive cash in an amount equal to the market value of the Common Shares for which the Units would have been redeemed if Equity Office had elected to assume and satisfy our obligation by paying Common Shares. Under an assignment and assumption agreement entered into on June 29, 2001, if Equity Office elects to assume directly and satisfy the redemption right of a limited partner, we are entitled to make the election as to whether Equity Office issues Common Shares or cash in exchange for Units tendered for redemption.

### Distributions

The quarterly distribution through the fourth quarter of 2005 was $0.50 per Unit. For the years ended December 31, 2005, 2004 and 2003, the per unit distributions were $2.00.

### Mandatorily Redeemable Preferred Units

Under the terms of the Series B Convertible, Cumulative Redeemable Preferred Units ("Series B Preferred Units"), in connection with any redemption by Equity Office of its outstanding 5.25% Series B Convertible, Cumulative Redeemable Preferred Shares ("Series B Preferred Shares"), we are obligated to provide to Equity Office cash equal to the redemption price and one Series B Preferred Unit is required to be cancelled with respect to each Series B Preferred Share redeemed by Equity Office. The Series B Preferred Shares are mandatorily redeemable by Equity Office on February 15, 2008 at a price of $50.00 per share, plus accumulated and unpaid distributions at the redemption date, if any.

### Preferred Units

We have $212.5 million of Series G Cumulative Redeemable Preferred Units outstanding as of December 31, 2005 and 2004. We are the original issuer of these preferred units and have recorded the associated $7.0 million of deferred issuance costs as partners' capital. Upon any redemption of these preferred units, we will recognize the deferred issuance costs as an additional preferred distribution in accordance with EITF Topic D-42 *The Effect on the Calculation of Earnings per Share for the Redemption or Induced Conversion of Preferred Stock*. The preferred unitholders are entitled to receive, when and as authorized by the Board of Trustees of Equity Office, cumulative preferential cash distributions at an annual distribution rate

107

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 15 —PARTNERS' CAPITAL AND MANDATORILY REDEEMABLE PREFERRED UNITS — (Continued)

of 7.75% or $1.9375 per unit. We are obligated to redeem the preferred units at their liquidation preference plus all accrued distributions in connection with any redemption by Equity Office of the corresponding series of Equity Office preferred shares. Equity Office may, but is not obligated to, redeem the corresponding series of its preferred shares in whole or in part on or after July 29, 2007 at a cash redemption price equal to $25.00 per share plus all accrued dividends at the redemption date, if any. Equity Office may redeem the corresponding series of its preferred shares during these periods solely out of the sale proceeds of other equity shares of Equity Office, except for the portion of the redemption price equal to any accrued but unpaid dividends. Under our partnership agreement, sale proceeds from the sale of shares by Equity Office must be contributed to us in exchange for additional units. The number of shares redeemed is limited to the aggregate sales proceeds received from such other equity shares of Equity Office. Equity Office may acquire any outstanding preferred shares that have been transferred to a charitable beneficiary under Article VII of the declaration of trust of Equity Office because they were owned or acquired by a shareholder of Equity Office in violation of the ownership limits. If Equity Office redeems or acquires any or all of its outstanding preferred shares, we will redeem and cancel an equal number of preferred units and provide cash to Equity Office with respect thereto in an amount equal to the amount paid with respect to the Equity Office preferred shares redeemed or acquired by Equity Office. We are not subject to sinking fund requirements pertaining to the preferred units.

The annual per unit distributions were as follows:

|  | For the years ended December 31, | | |
|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Series B | $ 2.625 | $ 2.625 | $ 2.625 |
| Series C(a) | $ — | $ 0.12578125 | $ 2.15625 |
| Series E(b) | $ — | $ — | $ 1.3015625 |
| Series F(c) | $ — | $ — | $ 1.00 |
| Series G | $ 1.9375 | $ 1.9375 | $ 1.9375 |

(a)    In January 2004, Equity Office redeemed all of its 4,562,900 outstanding 8.625% Series C Cumulative Redeemable Preferred Shares of Beneficial Interest ("Series C Preferred Shares"). The Series C Preferred Shares were redeemed at a redemption price of $25.00 per share for an aggregate redemption price of $114.1 million. The deferred issuance costs of $4.1 million were reflected as a preferred distribution. In connection with such redemption, we redeemed all of the Series C Preferred Units from Equity Office.

(b)    In June 2003, Equity Office redeemed all of its 6,000,000 outstanding 7.875% Series E Cumulative Redeemable Preferred Shares, which were issued in connection with the Spieker Merger, at a redemption price of $25.00 per share for an aggregate redemption price of $151.9 million, which includes $1.9 million of accrued and unpaid distributions. In connection with such redemption, we redeemed all of the Series E Preferred Units from Equity Office.

(c)    In June 2003, Equity Office redeemed all of its 4,000,000 outstanding 8.0% Series F Cumulative Redeemable Preferred Shares, which were issued in connection with the Spieker Merger, at a redemption price of $25.00 per share for an aggregate redemption price of $100.0 million. In connection with such redemption, we redeemed all of the Series F Preferred Units from Equity Office.

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 15 —PARTNERS' CAPITAL AND MANDATORILY REDEEMABLE PREFERRED UNITS — (Continued)

*Accumulated Other Comprehensive Loss*

The table below summarizes the changes in accumulated other comprehensive loss over the past three years and the accumulated balances by item:

| | Forward-Starting Interest Rate Swaps | | | | | Investments in Marketable Securities | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Unrealized holding (losses) gains | Reversal of unrealized holding (gain) loss on settlements | Proceeds (payments) from settlements | Reclassification of ineffective portion of swap settlement payment to net income | Amortization of (proceeds) payments from settlements | Unrealized holding gains (losses) from investments | Reclassification adjustment for realized losses (gains) from investments included in net income | Total Accumulated Other Comprehensive Loss |
| | (Dollars in thousands) | | | | | | | |
| Balance at December 31, 2002 | $ (18,611) | $ — | $ — | $ — | $ — | $ 280 | $ 116 | $ (18,215) |
| Change during the period | 8,930 | (768) | 768 | — | (73) | 848 | (1,142) | 8,562 |
| Balance at December 31, 2003 | (9,682) | (768) | 768 | — | (73) | 1,128 | (1,026) | (9,653) |
| Change during the period | (34,665) | 45,115 | (69,130) | 212 | 5,206 | 23 | (31) | (53,270) |
| Balance at December 31, 2004 | (44,347) | 44,347 | (68,362) | 212 | 5,133 | 1,151 | (1,057) | (62,923) |
| Change during the period | — | — | — | — | 6,815 | (250) | — | 6,565 |
| Balance at December 31, 2005 | $ (44,347) | $ 44,347 | $ (68,362) | $ 212 | $ 11,948 | $ 901 | $ (1,057) | $ (56,358) |

### NOTE 16 — FUTURE MINIMUM RENTS

Future minimum rental receipts due on noncancelable operating leases as of December 31, 2005 were as follows:

| Year | Dollars in thousands |
| --- | --- |
| 2006 | $ 2,356,994 |
| 2007 | 2,164,140 |
| 2008 | 1,917,083 |
| 2009 | 1,632,476 |
| 2010 | 1,331,385 |
| Thereafter | 3,889,649 |
| Total | $ 13,291,727 |

We are subject to the usual business risks associated with the collection of the above scheduled rents. The future minimum rental receipts due on noncancelable operating leases from our joint ventures accounted for under the equity method are not included.

109

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 17 — FUTURE MINIMUM LEASE PAYMENTS

Certain properties are subject to ground leases. Some of these leases require rental payment increases based upon the appraised value of the property at specified dates, increases in pricing indexes or certain financial calculations based on the operations of the respective property. Any incremental changes in the rental payments as a result of these adjustments are not included in the table below because the amount of the change is not determinable. Future minimum lease obligations under these noncancelable leases and our corporate office lease as of December 31, 2005 were as follows:

| Year | Dollars in thousands |
|---|---|
| 2006 | $ 22,124 |
| 2007 | 22,119 |
| 2008 | 21,855 |
| 2009 | 21,644 |
| 2010 | 21,733 |
| Thereafter | 1,211,027 |
| Total | $ 1,320,502 |

Rental expense deducted in calculating income from continuing operations for the years ended December 31, 2005, 2004 and 2003 was $27.2 million, $25.0 million and $24.2 million, respectively. Of the total rental expense recorded in the years ended December 31, 2005, 2004 and 2003, $22.5 million, $20.9 million and $20.2 million is included in ground rent expense in the consolidated statements of operations and $4.7 million, $4.1 million and $4.0 million is included in corporate general and administrative expense, respectively.

### NOTE 18 — EARNINGS PER UNIT

The following table sets forth the computation of basic and diluted earnings per unit:

| | For the years ended December 31, | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| | (Dollars in thousands, except per unit amounts) | | |
| **Numerator:** | | | |
| Income from continuing operations | $ 204,801 | $ 265,558 | $ 504,755 |
| Preferred distributions | (34,803) | (39,093) | (51,872) |
| Income from continuing operations available to unitholders | 169,998 | 226,465 | 452,883 |
| Discontinued operations (including net gain on sales of real estate and provision for (loss) on properties held for sale of $(22,082), $5,473 and $61,953, respectively) | (160,955) | (82,807) | 224,459 |
| Cumulative effect of a change in accounting principle | — | (33,697) | — |
| Numerator for basic and diluted earnings per unit — net income available to unitholders | $ 9,043 | $ 109,961 | $ 677,342 |
| **Denominator:** | | | |
| Denominator for basic earnings per unit — weighted average Units outstanding | 448,346,887 | 448,919,302 | 450,594,465 |
| Effect of dilutive potential units: | | | |
| Units issuable upon exercise of Equity Office share options and restricted shares | 3,699,568 | 2,077,945 | 1,966,888 |
| Denominator for diluted earnings per unit — weighted average Units outstanding and dilutive potential units | 452,046,455 | 450,997,247 | 452,561,353 |

110

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 18 — EARNINGS PER UNIT — (Continued)

| | For the years ended December 31, | | |
| --- | --- | --- | --- |
| | 2005 | 2004 | 2003 |
| | (Dollars in thousands, except per unit amounts) | | |
| **Earnings per unit — basic:** | | | |
| Income from continuing operations available to unitholders | $   0.38 | $   0.50 | $   1.01 |
| Discontinued operations | (0.36) | (0.18) | 0.50 |
| Cumulative effect of a change in accounting principle | — | (0.08) | |
| Net income available to unitholders(a) | $   0.02 | $   0.24 | $   1.50 |
| **Earnings per unit — diluted:** | | | |
| Income from continuing operations available to unitholders | $   0.38 | $   0.50 | $   1.00 |
| Discontinued operations | (0.36) | (0.18) | 0.50 |
| Cumulative effect of a change in accounting principle | — | (0.07) | — |
| Net income available to unitholders(a) | $   0.02 | $   0.24 | $   1.50 |

(a)   Net income available to unitholders per unit may not total the sum of the per unit components due to rounding.

The following securities were not included in the diluted earnings per unit computation because they would have had an antidilutive effect:

| | Weighted Average | For the years ended December 31, | | |
| --- | --- | --- | --- | --- |
| **Antidilutive Securities** | **Exercise Price** | **2005** | **2004** | **2003** |
| Share options | $   32.960 | 562,765 | — | — |
| Share options | $   29.134 | — | 15,153,748 | — |
| Share options | $   29.220 | — | — | 13,436,967 |
| Series B Preferred Units(b) | $   35.700 | 8,389,265 | 8,389,354 | 8,389,354 |
| Total | | 8,952,030 | 23,543,102 | 21,826,321 |

(b)   The amounts shown represent the resulting Units upon conversion (see Note 15 — Partners' Capital and Mandatorily Redeemable Preferred Units).

For additional disclosures regarding employee share options and restricted shares, see Note 2 — Summary of Significant Accounting Policies and Note 22 — Share-Based Employee Compensation Plans.

### NOTE 19 — SEGMENT INFORMATION

As discussed in Note 1, our primary business is the ownership and operation of office properties, which represents our only reportable segment. The primary financial measure that our chief operating decision makers use for our office properties is property net operating income, which represents rental revenue, tenant reimbursements, parking and other operating revenues less real estate taxes, insurance, repairs and maintenance and property operating expense (all as reflected in the accompanying consolidated statements of operations). We believe that property net operating income is helpful to investors as a supplemental measure of our operating performance because it represents the actual operating results of our properties. Total assets consists primarily of the assets in our office properties operating segment. There are other assets such as

111

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 19 — SEGMENT INFORMATION — (Continued)

corporate furniture, fixtures and equipment that are not associated with the office property segment, but these assets are immaterial.

| | As of or for the years ended December 31, | | |
|---|---|---|---|
| | 2005 | 2004 (Dollars in thousands) | 2003 |
| **Property Operating Revenues:** | | | |
| Rental | $ 2,340,922 | $ 2,278,286 | $ 2,224,934 |
| Tenant reimbursements | 422,436 | 403,816 | 405,290 |
| Parking | 114,057 | 108,061 | 103,107 |
| Other(a) | 105,434 | 69,643 | 76,628 |
| Total Property Operating Revenues | 2,982,849 | 2,859,806 | 2,809,959 |
| **Property Operating Expenses:** | | | |
| Real estate taxes | 339,006 | 324,481 | 305,588 |
| Insurance | 59,567 | 29,521 | 19,846 |
| Repairs and maintenance | 340,904 | 312,928 | 297,677 |
| Property operating | 441,834 | 390,454 | 370,487 |
| Total Property Operating Expenses | 1,181,311 | 1,057,384 | 993,598 |
| Property Net Operating Income from Continuing Operations | $ 1,801,538 | $ 1,802,422 | $ 1,816,361 |
| **Property Operating Margin from Continuing Operations(b)** | 60.4% | 63.0% | 64.6% |
| **Reconciliation of Property Net Operating Income from Continuing Operations to Income from Continuing Operations:** | | | |
| Property Net Operating Income from Continuing Operations | $ 1,801,538 | $ 1,802,422 | $ 1,816,361 |
| Add: Fee income | 17,740 | 14,226 | 15,861 |
| Less: | | | |
| Depreciation | (656,102) | (614,748) | (561,033) |
| Amortization | (93,663) | (72,954) | (56,428) |
| Ground rent | (22,517) | (20,912) | (20,227) |
| Corporate general and administrative | (66,536) | (52,242) | (62,479) |
| Impairment | (65,738) | (38,534) | — |
| Operating Income | 914,722 | 1,017,258 | 1,132,055 |
| Less: | | | |
| Other expenses | | | |
| Income taxes | (815,672) | (811,660) | (791,592) |
| Minority interests — partially owned properties | 272 | (1,981) | (5,429) |
| Add: | (9,825) | (10,264) | (9,271) |
| Income from investments in unconsolidated joint ventures (including gain on sales of real estate of $26,499, $0 and $7,063, respectively) | 68,996 | 50,304 | 79,882 |
| Gain on sales of real estate | 46,308 | 21,901 | 99,110 |
| Income from Continuing Operations | $ 204,801 | $ 265,558 | $ 504,755 |
| Capital and tenant improvements and lease commissions | $ 471,020 | $ 565,538 | $ 545,183 |
| Investments in unconsolidated joint ventures | $ 947,557 | $ 1,116,748 | $ 1,128,175 |

112

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 19 — SEGMENT INFORMATION — (Continued)

(a)   Other income consists primarily of income from early lease terminations and ancillary income from tenants.

(b)   Defined as Property Net Operating Income from Continuing Operations divided by Total Property Operating Revenues.

### NOTE 20 — QUARTERLY DATA (UNAUDITED)

| | For the three months ended | | | |
| --- | --- | --- | --- | --- |
| | 12/31/05 | 9/30/05 | 6/30/05 | 3/31/05 |
| | (Dollars in thousands, except per unit amounts) | | | |
| Total revenues(a) | $ 786,555 | $ 732,081 | $ 723,839 | $ 758,114 |
| Operating income(a) | $ 177,291 | $ 221,652 | $ 220,689 | $ 295,089 |
| (Loss) income from continuing operations(a) | $ (4,778) | $ 81,457 | $ 39,473 | $ 88,649 |
| Discontinued operations(a) | $ 34,560 | $ 31,700 | $ 39,473 | $ 32,676 |
| Net income (loss) | $ 29,782 | $ 113,157 | $ (259,891) | $ 121,325 |
| Earnings (loss) per unit — basic: | | | | |
|    Net income (loss) per unit | $ 0.05 | $ 0.23 | $ (0.51) | $ 0.25 |
| Earnings (loss) per unit — diluted: | | | | |
|    Net income (loss) per unit | $ 0.05 | $ 0.23 | $ (0.51) | $ 0.25 |

(a)   The amounts presented for the first three quarters are not equal to the same amounts previously reported in Form 10-Q for each period as a result of discontinued operations. Below is a reconciliation to the amounts previously reported in Form 10-Q:

| | For the three months ended | | |
| --- | --- | --- | --- |
| | 9/30/05 | 6/30/05 | 3/31/05 |
| | (Dollars in thousands) | | |
| Total revenues previously reported | $ 738,594 | $ 757,093 | $ 825,756 |
| Discontinued operations | (6,513) | (33,254) | (67,642) |
| Revised total revenues | $ 732,081 | $ 723,839 | $ 758,114 |
| Operating income previously reported | $ 223,554 | $ 77,819 | $ 316,559 |
| Discontinued operations | (1,902) | 142,870 | (21,470) |
| Revised operating income | $ 221,652 | $ 220,689 | $ 295,089 |
| Income (loss) from continuing operations previously reported | $ 83,614 | $ (103,324) | $ 109,794 |
| Discontinued operations | (2,157) | 142,797 | (21,145) |
| Revised income from continuing operations | $ 81,457 | $ 39,473 | $ 88,649 |
| Discontinued operations previously reported | $ 29,543 | $ (117,094) | $ 11,531 |
| Additional discontinued operations from properties sold subsequent to the respective reporting period | 2,157 | (142,797) | 21,145 |
| Revised discontinued operations | $ 31,700 | $ (259,891) | $ 32,676 |

113

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 20 — QUARTERLY DATA (UNAUDITED) — (Continued)

| | For the three months ended | | | |
| --- | --- | --- | --- | --- |
| | 12/31/04 | 9/30/04 | 6/30/04 | 3/31/04 |
| | (Dollars in thousands, except per unit amounts) | | | |
| Total revenues(b) | $ 738,724 | $ 715,130 | $ 713,591 | $ 706,587 |
| Operating income(b) | $ 248,060 | $ 220,255 | $ 267,577 | $ 281,368 |
| Income from continuing operations(b) | $ 61,907 | $ 25,713 | $ 91,737 | $ 86,206 |
| Discontinued operations(b) | $ 15,448 | $ (161,620) | $ 29,881 | $ 33,479 |
| Income (loss) before cumulative effect of a change in accounting principle | $ 77,355 | $ (135,907) | $ 121,618 | $ 119,685 |
| Cumulative effect of a change in accounting principle | $ — | $ — | $ — | $ (33,697) |
| Net income (loss) | $ 77,355 | $ (135,907) | $ 121,618 | $ 85,988 |
| Earnings (loss) per unit — basic: | | | | |
| Income (loss) before cumulative effect of a change in accounting principle per unit | $ 0.15 | $ (0.32) | $ 0.25 | $ 0.23 |
| Earnings (loss) per unit — diluted: | | | | |
| Income (loss) before cumulative effect of a change in accounting principle per unit | $ 0.15 | $ (0.32) | $ 0.25 | $ 0.23 |

(b)   The amounts presented for the four quarters are not equal to the same amounts previously reported in Form 10-Q or Form 10-K for each period as a result of discontinued operations. Below is a reconciliation to the amounts previously reported in Form 10-Q or Form 10-K:

| | For the three months ended | | | |
| --- | --- | --- | --- | --- |
| | 12/31/04 | 9/30/04 | 6/30/04 | 3/31/04 |
| | (Dollars in thousands) | | | |
| Total revenues previously reported | $ 819,528 | $ 721,883 | $ 748,930 | $ 777,803 |
| Discontinued operations | (80,804) | (6,753) | (35,339) | (71,216) |
| Revised total revenues | $ 738,724 | $ 715,130 | $ 713,591 | $ 706,587 |
| Operating income previously reported | $ 266,594 | $ 214,537 | $ 278,723 | $ 305,857 |
| Discontinued operations | (18,534) | 5,718 | (11,146) | (24,489) |
| Revised operating income | $ 248,060 | $ 220,255 | $ 267,577 | $ 281,368 |
| Income from continuing operations previously reported | $ 80,137 | $ 20,699 | $ 102,859 | $ 109,425 |
| Discontinued operations | (18,230) | 5,014 | (11,122) | (23,219) |
| Revised income from continuing operations | $ 61,907 | $ 25,713 | $ 91,737 | $ 86,206 |
| Discontinued operations previously reported | $ (2,782) | $ (156,606) | $ 18,759 | $ 10,260 |
| Additional discontinued operations from properties sold subsequent to the respective reporting period | 18,230 | (5,014) | 11,122 | 23,219 |
| Revised discontinued operations | $ 15,448 | $ (161,620) | $ 29,881 | $ 33,479 |

114

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 21 — RELATED PARTY TRANSACTIONS

Amounts paid to related parties for the years ended December 31, 2005, 2004 and 2003 were as follows:

| | For the years ended December 31, | | |
| --- | --- | --- | --- |
| | 2005 | 2004 | 2003 |
| | (Dollars in thousands) | | |
| Office rent(a) | $ 4,726 | $ 3,755 | $ 3,959 |
| Development fees, leasing commissions and management fees(b) | | 1,532 | 3,569 |
| Total | $ 4,726 | $ 5,287 | $ 7,528 |
| Payable to related parties at year end(a)(b)(c) | $ 1,018 | $ 313 | $ 273 |

(a)    We lease office space from Two North Riverside Plaza Joint Venture, a partnership composed of trusts established for the benefit of the families of Samuel Zell, the Chairman of the Board of Trustees of Equity Office ("Mr. Zell"), and Robert Lurie, a deceased former business partner of Mr. Zell. The term of the lease expires on May 31, 2014.

Amounts payable to related parties as of December 31, 2005 and 2004 include $0.3 million of office rent expense incurred but not yet paid.

(b)    The amounts paid for the periods shown above were paid to an affiliate of William Wilson III, a Trustee on the Board of Trustees of Equity Office through May 2004. We entered into a joint venture agreement with Wilson Investors in 2000 for the purpose of developing, constructing, leasing and managing developments in northern California. We own 49.9% of Wilson/ Equity Office, LLC ("W/ EO") and Wilson Investors owns 50.1% of W/ EO. William Wilson III, through his ownership of Wilson Investors, indirectly owns 22% of W/ EO and 30% of any promote to which Wilson Investors is entitled under the joint venture agreement. Our investment in W/ EO as of December 31, 2004 and 2003 was $0.4 million and $1.3 million, respectively, which represents an indirect interest in Concar (a consolidated office property sold during 2005). As of December 31, 2005, our investment in W/ EO was $0.4 million.

We created joint ventures with W/ EO and also, in certain cases, unaffiliated parties for the development of various office properties. We agreed to provide first mortgage financing to the ownership entities of each of these developments at the greater of 6.5% or LIBOR plus 3.25%, generally maturing 36 months after initial funding or earlier at our option, in the event alternative financing sources are available on terms reasonably acceptable to Wilson Investors and any unaffiliated party. The aggregate amount of any such financing would generally be capped at 70% of budgeted construction costs (76% in the case of Concar). At December 31, 2002, we had committed to make mortgage loans for Foundry Square IV and Concar totaling $96 million of which $74 million in principal and $0.4 million in accrued interest was outstanding. The mortgage loan for Foundry Square IV was repaid in 2003 in connection with the sale of the property. Following this sale, W/ EO's sole asset was its ownership interest in Concar. The total principal and interest outstanding on the mortgage loans at December 31, 2004 and 2003 was $40 million, which was repaid in 2005 in connection with the sale of Concar.

A Wilson Investors subsidiary provided development management services to the Foundry Square II, Ferry Building and Concar properties through project stabilization. In 2004, the final project reached stabilization and accordingly, the subsidiary of Wilson Investors has ceased providing development management services. We also engaged a subsidiary of Wilson Investors to provide leasing brokerage services for Foundry Square II and the Ferry Building. As of December 31, 2003, $0.3 million was payable to Wilson Investors in relation to such services. These services for Foundry Square II were terminated by us and these services for the Ferry Building were terminated in part by us in January 2004.

(c)    We owned the San Felipe Plaza office property in a partnership with an affiliate of Mr. Zell. In accordance with the agreements governing the ownership of this property, we agreed to pay any capital

115

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 21 — RELATED PARTY TRANSACTIONS — (Continued)

gains tax incurred by the affiliate if the property was sold. As a result of the sale of this property in August 2005, we are obligated to pay $0.7 million to this affiliate, which is due in April 2006, to cover its capital gains tax liability.

*Amounts Received from Related Parties*

In July 2004, we disposed of common shares of Capital Trust for $32.1 million and recognized a gain of $2.3 million. Prior to selling our investment, we received $1.5 million and $3.0 million of dividends from the shares during 2004 and 2003, respectively. Mr. Zell is Chairman of the Board and a principal stockholder of Capital Trust, Mr. Dobrowski (a Trustee on the Board of Trustees of Equity Office) is also a Trustee of Capital Trust, and Ms. Rosenberg (a Trustee on the Board of Trustees of Equity Office) was a Trustee of Capital Trust during the time we owned securities in Capital Trust.

We have entered into property management contracts and a licensing agreement to provide property management and leasing services at certain properties owned or controlled by affiliates of Mr. Zell. Income recognized by us for providing these management services during 2005, 2004 and 2003 was $0.9 million, $0.9 million and $0.8 million, respectively.

In addition, we provided real estate tax consulting and risk management services to related parties for which we received $0.5 million, $0.5 million and $0.3 million, during 2005, 2004 and 2003, respectively.

We lease office space to Navigant Consulting, Inc. ("Navigant"), of which William Goodyear, a Trustee on the Board of Trustees of Equity Office, is the Chairman of the Board and Chief Executive Officer. During the years ended December 31, 2005, 2004 and 2003, we received $3.4 million, $2.5 million and $2.0 million, respectively, from Navigant in connection with such space. These leases were executed at market terms.

During 2003, we received $0.8 million from W/ EO for lease commissions.

### NOTE 22 — SHARE-BASED EMPLOYEE COMPENSATION PLANS

Equity Office has three share-based employee compensation plans: the 1997 Share Option and Share Award Plan, as amended (the "1997 Plan"), the 2003 Share Option and Share Incentive Plan, as amended (the "2003 Plan") and the 1997 Non-Qualified Share Purchase Plan, as amended (the "Non-Qualified Share Purchase Plan"). We also have assumed individual options in connection with prior merger transactions.

The following is a description of the 1997 Plan, as amended, which is included in the financial statements because any Common Shares issued pursuant to the 1997 Plan will result in us issuing Units to Equity Office, on a one-for-one basis. The purpose of the 1997 Plan is to attract and retain highly qualified executive officers, trustees, employees and consultants. Through the 1997 Plan, eligible officers, trustees, employees and consultants are offered the opportunity to acquire Common Shares pursuant to grants of (a) options to purchase Common Shares ("Options") and (b) Share Awards (defined below). The 1997 Plan is administered by the Compensation Committee of the Board of Trustees of Equity Office (the "Compensation Committee"), which is appointed by the Board of Trustees of Equity Office. The Compensation Committee interprets the 1997 Plan and determines the terms and provisions of Options and Share Awards. In 2005, 2004 and 2003 the Common Shares subject to Options and Share Awards under the 1997 Plan were limited to 32.1 million, 32.0 million and 32.7 million, respectively. The maximum aggregate number of Options and Share Awards that may be granted under the 1997 Plan may not exceed 6.8% of the outstanding Common Shares calculated on a fully diluted basis and determined annually on the first day of each calendar year. The issuance of awards or shares under the 2003 Plan does not increase the number of shares that may be issued under the 1997 Plan. No more than one-half of the maximum aggregate number of Options and Share Awards may be granted as Share Awards. To the extent that Options expire unexercised or are terminated, surrendered or canceled, the Options and Share Awards become available for future grants under the 1997 Plan, unless the 1997 Plan has terminated.

116

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 22 — SHARE-BASED EMPLOYEE COMPENSATION PLANS — (Continued)

The 1997 Plan permits the issuance of Share Awards to executive officers, trustees and key employees. A Share Award is an award of a Common Share which (a) may be fully vested upon issuance ("Share Award") or (b) may vest over time ("Restricted Share Award"). Generally, members of the Board of Trustees of Equity Office have been granted Share Awards pursuant to the 1997 Plan or the 2003 Plan as payment of their board fees. In each case, the number of Share Awards granted to trustees was equal to the dollar value of the fee divided by the fair market value of a Common Share on the date the fee was payable.

Equity Office's shareholders approved the 2003 Plan at its 2003 annual meeting of shareholders. A total of 20,000,000 Common Shares are reserved for issuance under the 2003 Plan to trustees, officers, employees and consultants of Equity Office and its subsidiaries. The 2003 Plan provides for awards of share options, restricted shares, unrestricted shares, share units, dividend equivalent rights, share appreciation rights and performance awards. No more than 10,000,000 of the Common Shares reserved under the 2003 Plan may be issued in connection with awards other than options. The maximum number of shares subject to options and share appreciation rights that can be awarded to any person is 750,000 per year, and the maximum number of shares that can be awarded to any person, other than pursuant to an option or share appreciation right, is 300,000 per year. In 2005, 2004 and 2003 the Common Shares available for issuance under the 2003 Plan were limited to 14.6 million, 19.0 million and 20.0 million, respectively. The 2003 Plan is administered by the Compensation Committee. Subject to the terms of the 2003 Plan, the Compensation Committee may select participants to receive awards, determine the types of awards and the terms and conditions of awards, and interpret the provisions of the 2003 Plan.

Under both the 1997 Plan and 2003 Plan, the Compensation Committee determines the vesting schedule of each Share Award and Option. All Restricted Share Awards granted in 2005 and all Restricted Share Awards granted in 2004, except for officers' bonuses, vest evenly over a four-year period, 25% per year on each of the first four anniversaries of the grant date. During 2004, officers' bonuses were paid in Restricted Share Awards. Twelve days after the grant date 75% of the Restricted Share Awards granted to vice presidents vested and 50% of the Restricted Share Awards granted to senior vice presidents, executive vice presidents and the president vested. The remaining unvested Restricted Share Awards vest evenly over a four-year period on each of the first four anniversaries of the grant date. Restricted Share Awards granted in 2003 vest evenly over a five-year period, 20% per year on each of the first five anniversaries of the grant date. As to the Options that have been granted, each vests evenly over a three year period, one-third per year on each of the first three anniversaries of the grant date. The exercise price for Options is equivalent to the fair market value of the underlying Common Shares at the grant date. The Compensation Committee also determines the term of each Option, which shall not exceed 10 years from the grant date.

The fair value for Options granted in 2005, 2004 and 2003 was estimated at the time the Options were granted using the Black-Scholes option-pricing model applying the following weighted average assumptions:

| Assumptions: | Options Granted in | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
| Risk-free interest rate | 4.1% | 3.6% | 3.2% |
| Expected dividend yield | 7.0% | 7.0% | 6.6% |
| Volatility | 0.21 | 0.21 | 0.22 |
| Weighted average expected life of the Options | 7 years | 7 years | 7 years |
| Weighted average fair value of Options granted | $ 2.37 | $ 2.18 | $ 2.36 |

The Black-Scholes option-pricing model was developed for use in estimating the fair value of traded options, which have no vesting restrictions and are fully transferable. In addition, option-pricing models require the input of highly subjective assumptions, including the expected stock price volatility.

117

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 22 — SHARE-BASED EMPLOYEE COMPENSATION PLANS — (Continued)

In 2005, 2004 and 2003 we recognized compensation expense related to Restricted Shares and Options issued to employees of $23.9 million $18.0 million and $17.1 million, respectively.

The table below summarizes the Option activity under our 1997 Plan and 2003 Plan for the last three years:

|  | Common Shares Subject to Options | Weighted Average Exercise Price Per Option |
|---|---|---|
| Balance at December 31, 2002 | 20,495,093 | $ 27.18 |
| Options granted | 3,550,017 | 24.70 |
| Options canceled | (1,358,070) | 27.78 |
| Options exercised | (1,661,333) | 22.72 |
| Balance at December 31, 2003 | 21,025,707 | 27.10 |
| Options granted | 3,929,195 | 28.50 |
| Options canceled | (1,237,162) | 28.42 |
| Options exercised | (2,489,462) | 23.81 |
| Balance at December 31, 2004 | 21,228,278 | 27.66 |
| Options granted | 4,003,203 | 29.59 |
| Options canceled | (303,206) | 27.67 |
| Options exercised | (5,256,055) | 27.01 |
| Balance at December 31, 2005 | 19,672,220 | $ 28.23 |

The following table summarizes information regarding Options outstanding at December 31, 2005:

| | Options Outstanding | | | Options Exercisable | | Options Not Exercisable | |
|---|---|---|---|---|---|---|---|
| Range of Exercise Prices | Options | Weighted-Average Remaining Contractual Life in Years (a) | Weighted-Average Exercise Price | Options | Weighted-Average Exercise Price | Options | Weighted-Average Exercise Price |
| $18.10 to $23.40 | 573,000 | 2.0 | $ 21.60 | 573,000 | $ 21.60 | — | $ — |
| $24.23 to $26.95 | 3,533,105 | 6.1 | 24.66 | 2,654,738 | 24.62 | 878,367 | 24.80 |
| $27.45 to $28.36 | 3,395,856 | 5.8 | 28.32 | 3,387,725 | 28.32 | 8,131 | 27.57 |
| $28.54 to $29.19 | 3,214,339 | 8.0 | 28.56 | 1,017,874 | 28.60 | 2,196,465 | 28.54 |
| $29.50 to $29.76 | 5,490,685 | 6.9 | 29.51 | 1,797,490 | 29.50 | 3,693,195 | 29.52 |
| $29.98 to $33.30 | 3,465,235 | 4.6 | 30.53 | 3,382,699 | 30.48 | 82,536 | 32.73 |
| $18.10 to $33.30 | 19,672,220 | 6.2 | $ 28.23 | 12,813,526 | $ 28.01 | 6,858,694 | $ 28.64 |

(a)  Expiration dates ranged from January 2006 to December 2015.

*Restricted Shares*

During 2005, 2004 and 2003, there were 952,157, 1,235,225 and 944,121 Restricted Share Awards granted, respectively. The Restricted Shares Awards issued in 2005, 2004 and 2003 were valued at an average price of $29.54, $28.50 and $24.60 each, respectively. The value of the Restricted Share Awards is recognized as compensation expense evenly over the vesting period.

118

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 22 — SHARE-BASED EMPLOYEE COMPENSATION PLANS — (Continued)

*Non-Qualified Purchase Plan*

The Non-Qualified Purchase Plan was adopted to encourage eligible employees and trustees to purchase Common Shares. Under the Non-Qualified Purchase Plan, a total of 2,000,000 Common Shares are reserved for issuance. The minimum amount an eligible employee can contribute is $10 per pay period. The maximum amount an eligible employee can contribute is 20% of gross pay per pay period, up to $100,000 per calendar year. Trustees may contribute up to $100,000 per year. Contributions are held as part of the general assets of Equity Office. All contributions are fully vested. At the end of each purchase period, participant contributions are used to purchase Common Shares. Th price for the Common Shares is 85% of the lesser of: (a) the closing price of the Common Shares on the last business day of the applicable purchase period or (b) the average closing price of the Common Shares for the purchase period. The number of Common Shares purchased is calculated on a per participant basis by dividing the contributions made by each participant during the Purchase Period by the purchase price. Only whole Common Shares are purchased, with any partial share of remaining cash being rolled over to the next purchase period. Shares purchased under the Non-Qualified Purchase Plan generally may not be sold, transferred or disposed of until the first anniversary of the purchase If a participant violates this restriction, he or she is required to pay Equity Office an amount equal to the discount on the shares when purchased less, the excess, if any, of the amount the participant paid for the shares over the then current market price of the shares. At December 31, 2005, a total of 1,341,160 Common Shares remained available for issuance under the Non-Qualified Purchase Plan. Common Share purchases under this plan totaled 85,061, 83,222 and 93,815 in 2005, 2004 and 2003, respectively. In 2005, 2004 and 2003, we recognized compensation expense related to Common Shares issued under this plan of $0.5 million, $0.4 million and $0.5 million, respectively.

### NOTE 23 — 401(K) PLAN

Our 401(k) Plan was established to cover eligible employees and employees of any designated affiliate. The 401(k) Plan permits eligible persons to defer up to 50% of their annual compensation into the 401(k) Plan, subject to certain limitations imposed by the Internal Revenue Code. Employees' elective deferrals are immediately vested upon contribution to the 401(k) Plan. We match employee contributions to the 401 (k) Plan dollar for dollar up to 4% of the employee's annual salary. In addition, we may elect to make an annual discretionary profit-sharing contribution. In each of the years ended December 31, 2005, 2004 and 2003, we recognized $8.0 million, $7.9 million and $6.7 million as expense, respectively.

### NOTE 24 — COMMITMENTS AND CONTINGENCIES

*Concentration of Credit Risk*

We maintain our cash and cash equivalents at various high quality financial institutions. The combined account balances at each institution typically exceed FDIC insurance coverage and, as a result, there is a concentration of credit risk related to amounts on deposit in excess of FDIC insurance coverage. We believe this risk is not significant.

*Environmental*

As an owner of real estate, we are subject to various environmental laws of federal, state and local governments. Compliance with existing environmental laws has not had a material adverse effect on our financial condition and results of operations, and management does not believe it will have such an impact in the future. However, we cannot predict the impact of unforeseen environmental contingencies or new or changed laws or regulations on our properties, properties that we have sold or on properties that may be acquired in the future.

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

## NOTE 24 — COMMITMENTS AND CONTINGENCIES — (Continued)

*Litigation*

We are not presently subject to material litigation nor, to our knowledge, is any material litigation threatened against us, other than routine actions for negligence and other claims and administrative proceedings arising in the ordinary course of business. Some of this litigation is expected to be covered by liability insurance or third party indemnifications. We do not expect any or all of this litigation to have a material adverse effect on our financial condition, results of operations or liquidity.

*Property Acquisitions*

We signed an agreement to acquire the Fountaingrove II office property located in Santa Rosa, California upon completion of construction for $8.9 million. This property will comprise approximately 40,000 square feet. This acquisition is subject to certain contingencies and is expected to close in the second quarter of 2006.

We signed an agreement to acquire a 75% interest in the 124 West 42nd Street office property comprising 37,035 square feet located in New York, New York for $12.4 million. This acquisition is subject to certain contingencies and is expected to close in the first quarter of 2006.

We signed an agreement to acquire the One and Three Harbor Drive office properties comprising 111,772 square feet located in Sausalito, California for $32.5 million. This acquisition closed in the first quarter of 2006.

*Contingencies*

Certain joint venture agreements contain buy/sell options in which each party has the option to acquire the interest of the other party but do not generally require that we buy our partners' interests. We have one joint venture which allows our unaffiliated partners, at their election, to require that we buy their interests during a specified future time period commencing in 2009 based on a formula contained in the agreement. In addition, we have granted options to each of three tenants to purchase the property it occupies. In accordance with Statement of Accounting Standards No. 5 *Accounting for Contingencies*, we have not recorded a liability or the related asset that would result from the acquisition (in connection with the above potential obligations) because the probability of our unaffiliated partners requiring us to buy their interest is not currently determinable and we are unable to estimate the amount of the payment required for that purpose.

195 of our properties, consisting of 27.9 million square feet, are subject to restrictions on taxable dispositions under tax protection agreements entered into with some of the contributors of the properties. The carrying value of these properties was $5.9 billion at December 31, 2005. The restrictions on taxable dispositions are effective for periods expiring at different times through 2021. The terms of these tax protection agreements generally prevent us from selling the properties in taxable transactions unless we indemnify the contributing partners for their income tax liability on the portion of the gain on sale allocated to them as a result of the property's value at the time of its contribution to us or to our predecessor. We do not believe that the tax protection agreements materially affect the conduct of our business or our decisions whether to dispose of restricted properties because we generally hold our properties for long-term investment purposes. However, where we have deemed it to be in our unitholders' best interests to dispose of restricted properties, we have endeavored to do so, when practicable, through transactions structured as tax-deferred transactions under section 1031 of the Internal Revenue Code.

Whenever practicable, we anticipate structuring most future dispositions of restricted properties as transactions intended to qualify for tax-deferred treatment. We therefore view the likelihood of incurring any material indemnification obligations as a result of our tax protection agreements to be remote. Were we to dispose of a restricted property in a taxable transaction, we generally would be required to pay to a partner (that is a beneficiary of one of the tax protection agreements) an amount based on the amount of income tax the partner would be required to pay on the incremental gain allocated to such partner as a result of the built-

120

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 24 — COMMITMENTS AND CONTINGENCIES — (Continued)

in gain that existed with respect to such property at the time of its contribution to us or to our predecessor. In some cases there is a further requirement to reimburse any additional tax liability arising from the indemnification payment itself. The exact amount that would be payable with respect to any particular taxable sale of a restricted property would depend on a number of factors, many of which can only be calculated at the time of any future sale, including the sale price of the property at the time of the sale, the partnership's basis in the property at the time of the sale, the partner's basis in the assets at the time of the contribution, the partner's applicable rate of federal, state and local taxation at the time of the sale and the timing of the sale itself.

*Insurance*

   **Property Damage, Business Interruption, Earthquake and Terrorism:** We have a captive insurance company which is a wholly-owned taxable REIT subsidiary. As described below, we are responsible for losses up to certain levels for property damage (including wind and flood damage resulting from hurricanes), business interruption, earthquakes, terrorism and other events prior to third-party insurance coverage. Accordingly, any losses incurred up to our loss exposure amounts or in excess of third-party coverage limitations will be reflected in our financial statements as insurance expense. The insurance coverage provided through third-party insurance carriers is subject to coverage limitations.

| Type of Insurance Coverage | Our Loss Exposure/Deductible | Third-Party Coverage Limitation |
|---|---|---|
| Property damage and business interruption (a) | $50 million per occurrence and $75 million annual aggregate exposure (which includes amounts paid for earthquake loss), plus $1 million per occurrence deductible | $1.0 billion per occurrence(c) |
| Earthquake(a)(b) | $75 million per occurrence and annual aggregate exposure (which includes amounts paid for property damage and business interruption loss), plus $1 million per occurrence deductible | $325 million in the aggregate per year(c) |
| Acts of terrorism(d) | $4.9 million per occurrence deductible (plus 10% of the remainder of each and every loss with a maximum per occurrence exposure of $37.4 million which includes the $4.9 million deductible); however, TRIEA provides that if the aggregate industry loss as a result of any such foreign terrorism occurrence is less than $50 million ($100 million in 2007), we are responsible for 100% of such loss. Our intent is to insure such amounts in excess of $50 million in 2007. | $825 million per occurrence(e) |

(a)    We retain up to $75 million annual aggregate loss throughout the portfolio. In the event of a loss in excess of the per occurrence or annual aggregate amount, the third-party insurance carriers would be obligated to cover the losses up to the stated coverage amounts in the table above.

121

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 24 — COMMITMENTS AND CONTINGENCIES — (Continued)

(b)    The amount of the third party insurance relating to earthquakes is based on maximum probable loss studies performed by independent third parties. The maximum annual aggregate payment amount for earthquake loss is $325 million, inclusive of our loss exposure of $75 million plus $1 million per occurrence deductible. There can be no assurance that the actual losses suffered in the event of an earthquake would no exceed the amount of such insurance coverage.

(c)    These amounts include our loss exposure/deductible amount.

(d)    This coverage includes nuclear, chemical and biological events under the Terrorism Risk Insurance Act of 2002 ("TRIA"). This coverage does not apply to non-TRIA events (which are terrorism events that are not committed by a foreigner or a foreign country). We maintain separate insurance with a $325 million annual aggregate limit subject to a deductible of $1 million for non-TRIA events. This separate coverage for non-TRIA events excludes nuclear, biological and chemical events.

TRIA established the Terrorism Risk Insurance Program ("TRIP") to mandate that insurance carriers offer insurance covering physical damage from terrorist incidents certified by the U.S. government as foreign terrorist acts. Under TRIP, the federal government shares in the risk of loss associated with certain future terrorist acts. TRIA was extended for two years under the Terrorism Risk Insurance Extension Act ("TRIEA"), which established new requirements and expires on December 31, 2007. TRIEA created a new program trigger for any certified act of terrorism occurring after March 31, 2006 that prohibits payment of federal compensation unless the aggregate industry insured losses resulting from that act of terrorism exceed $50 million for 2006 and $100 million for 2007. The trigger for federal reimbursement through March 31, 2006 is $5 million, rather than $50 million.

(e)    This amount is in excess of our deductible amounts.

**Pollution:** We have pollution and remediation insurance coverage for both sudden and gradual events. Limits for this exposure are $2 million per loss and $10 million aggregate per year subject to a deductible of $100,000 per occurrence.

**Workers Compensation, Automobile Liability and General Liability:** We have per occurrence deductible amounts for workers compensation of $500,000, auto liability of $250,000 and general liability of $1,000,000.

## NOTE 25 — SUBSEQUENT EVENTS

The following events occurred subsequent to December 31, 2005, through March 8, 2006:

1.    We redeemed 2.3 million Units at an average purchase price of $30.48 per Unit for $69.0 million. In addition, Equity Office repurchased 13.0 million Common Shares under its open market repurchase program at an average purchase price of $31.49 per share for $408.6 million.

2.    In January 2006, we exercised our option to draw an additional $250 million on our $750 million term loan, which increased the amount outstanding under the facility to $1.0 billion. As of March 8, 2006, we also had $478 million outstanding under our $1.25 billion revolving credit facility.

3.    On February 28, 2006, we obtained a $500 million unsecured term loan facility, which we fully drew upon on March 8, 2006. The loan matures in February 2007 and bears interest at the higher of the Prime Rate or the federal funds rate plus 50 basis points; plus a spread of 55 basis points (the spread is subject to change based on our credit rating). The proceeds from this loan will primarily be used to repay unsecured notes scheduled to mature on March 15, 2006.

122

Table of Contents

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

### NOTE 25 — SUBSEQUENT EVENTS — (Continued)

4.  We acquired the following properties:

| Property | Location | Acquisition Date | Number of Buildings | Square Feet | Effective Office Portfolio Purchase Price |
|---|---|---|---|---|---|
| | | | | | (Dollars in thousands) |
| One and Three Harbor Drive | Sausalito, CA | 1/19/2006 | 2 | 111,772 | $         32,500 |
| Pointe O'Hare(a) | Rosemont, IL | 3/8/2006 | 1 | 262,991 | 55,675 |
| | | Total | 3 | 374,763 | $         88,175 |

(a)  In addition to our acquisition of a wholly owned interest in this office property, we also contributed $2.0 million to a new joint venture formed with the seller of Pointe O'Hare, who contributed a vacant land parcel and a parking structure adjacent to the building.

5.  We disposed of whole or partial interests in the following properties:

| Property | Location | Disposition Date | Number of Buildings | Square Feet | Effective Office Portfolio Sales Price |
|---|---|---|---|---|---|
| | | | | | (Dollars in thousands) |
| 120 Montgomery(a) | San Francisco, CA | 1/20/2006 | 1 | 430,523 | $         67,500 |
| Westridge and Pacific Corporate Plaza | San Diego, CA | 2/8/2006 | 3 | 158,173 | 30,500 |
| 8-16 Perimeter(a) | Atlanta, GA | 2/17/2006 | 5 | 65,350 | 10,712 |
| One Crosswoods | Columbus, OH | 3/3/2006 | 1 | 129,583 | 5,300 |
| | | Total | 10 | 783,629 | $        114,012 |

(a)  These properties were classified as held for sale at December 31, 2005.

6.  During February 2006, the ownership structure of the Sixty State Street property was restructured. Pursuant to this restructure, we converted our former debt position in this property into an approximate 95% equity interest. In addition, new mortgage financing was obtained on the property. The new mortgage loan has a principal balance of $180.0 million, bears interest at a fixed coupon rate of 5.629% and matures on March 1, 2011. Following this restructure, we will continue to consolidate the financial position and results of operations of this property because we continue to control the property.

7.  We collected the $66.3 million note receivable related to the One Phoenix property that was sold in 2005 and recognized the $25.6 million gain on sale that had previously been deferred.

8.  Paces West, an office property comprising two buildings and 646,471 square feet located in Atlanta, GA, was classified as held for sale. The investment in real estate, net of accumulated depreciation for this property is $73.5 million. This disposition is subject to certain contingencies and is expected to close in the second quarter of 2006.

123

Table of Contents

**Item 9.    Changes in and Disagreements With Accountants on Accounting and Financial Disclosure.**

   None.

**Item 9A.    Controls and Procedures.**

### Evaluation of Disclosure Controls and Procedures

   As of the end of the period covered by this report, we carried out an evaluation, under the supervision and with the participation of Equity Office's management, including Equity Office's Chief Executive Officer and Chief Financial Officer, of the effectiveness of the design and operation of our disclosure controls and procedures. Based upon their evaluation as of December 31, 2005, Equity Office's Chief Executive Officer and Chief Financial Officer have concluded that our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act) are effective to ensure that information required to be disclosed by us in our Exchange Act filings is recorded, processed, summarized and reported within the time periods specified in the Commission's rules and forms.

### Management's Report on Internal Control over Financial Reporting

   Equity Office's management is responsible for establishing and maintaining adequate internal control over financial reporting, as such term is defined in Exchange Act Rules 13a-15(f) and 15d-15(f). Under the supervision and with the participation of Equity Office's management, including Equity Office's Chief Executive Officer and Chief Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting as of December 31, 2005 based on the framework in Internal Control — Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based on that evaluation, Equity Office's management concluded that our internal control over financial reporting was effective as of December 31, 2005.

   Equity Office's management's assessment of the effectiveness of our internal control over financial reporting as of December 31, 2005 has been audited by Ernst & Young LLP, an independent registered public accounting firm, as stated in their report which is included elsewhere herein.

### Changes in Internal Control over Financial Reporting

   During 2005, we began the consolidation of our enterprise-wide accounts receivable processing function into a centralized shared services environment. We expect that this consolidation process will continue into the second quarter of 2006. In the fourth quarter of 2005, we implemented an upgrade to our financial and accounting systems software that affected primarily our processing of accounts receivable and our lease administration function. Accordingly, we have modified our system of internal control over financial reporting for the impact of these system upgrades and structural changes. We believe that our controls, as modified, are designed appropriately and operating effectively.

   There were no other changes in our internal control structure that management believes have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Item 9B.    Other Information.**

   None.

124

Table of Contents

## PART III

**Item 10.     Directors and Executive Officers of the Registrant.**

Information about Trustees of Equity Office and Section 16(a) beneficial ownership reporting compliance is incorporated by reference from the discussion under Proposal 1 in Equity Office's Proxy Statement for the 2006 Annual Meeting of Shareholders. The balance of the response t this item is contained in the discussion entitled "Executive Officers of the Registrant" under Item 1 of Part I of this report.

Information about Equity Office's audit committee and its audit committee financial expert is incorporated by reference to Equity Office's Proxy Statement for the 2006 Annual Meeting of Shareholders.

Equity Office has adopted a code of ethics that applies to its principal executive officer, principal financial officer and principal accounting officer, which is available on its website at www.equityoffice.com. Any amendment to, or waiver from, a provision of such code of ethics will b posted on Equity Office's website.

**Item 11.     Executive Compensation.**

Information about executive compensation is incorporated by reference from the discussion under the heading "Executive Compensation" in Equity Office's Proxy Statement for the 2006 Annual Meeting of Shareholders.

**Item 12.     Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.**

Information about security ownership of certain beneficial owners and management, and information about Equity Office's equity compensation plans are incorporated by reference from the discussion under the headings "Common Share and Unit Ownership by Trustees and Executive Officers" and "Equity Compensation Plan Information" in Equity Office's Proxy Statement for the 2006 Annual Meeting of Shareholders.

**Item 13.     Certain Relationships and Related Transactions.**

Information about certain relationships and transactions with related parties is incorporated herein by reference from the discussion under the heading "Certain Relationships and Related Transactions" in Equity Office's Proxy Statement for the 2006 Annual Meeting of Shareholders.

**Item 14.     Principal Accounting Fees and Services.**

Information about principal accountant fees and services is incorporated by reference from the discussion under the heading "Proposal 2: Ratification of the Audit Committee's Appointment of Independent Auditors" in Equity Office's Proxy Statement for the 2006 Annual Meeting of Shareholders.

125

Table of Contents

## PART IV

**Item 15.**    **Exhibits and Financial Statement Schedules.**

(a)(1) Financial Statements:

Report of Independent Registered Public Accounting Firm

Consolidated Balance Sheets as of December 31, 2005 and 2004

Consolidated Statements of Operations for the years ended December 31, 2005, 2004 and 2003

Consolidated Statements of Changes in Partners' Capital and Net Comprehensive Income for the years ended December 31, 2005, 2004 and 2003

Consolidated Statements of Cash Flows for the years ended December 31, 2005, 2004 and 2003

Notes to Consolidated Financial Statements

(a)(2) Financial Statement Schedules:

Schedule III — Real Estate and Accumulated Depreciation as of December 31, 2005

All other schedules for which provision is made in the applicable accounting regulations of the SEC are not required under the related instructions or are inapplicable and therefore have been omitted.

(a)(3) Exhibits:

The exhibits required by this item are set forth on the Exhibit Index attached hereto.

(b) Exhibits:

See Item 15(a) (3) above.

(c) Financial Statement Schedules:

Schedule III — Real Estate and Accumulated Depreciation as of December 31, 2005.

126

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

EOP OPERATING LIMITED PARTNERSHIP

By:EQUITY OFFICE PROPERTIES TRUST
its general partner

By:                    /s/ RICHARD D. KINCAID
                        Richard D. Kincaid
                        President and Chief Executive Officer
Date: March 14, 2006

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant in the capacities indicated as of March 14, 2006.

| Signature | Title |
|---|---|
| /s/ RICHARD D. KINCAID<br>Richard D. Kincaid | President, Chief Executive Officer and Trustee<br>(principal executive officer) |
| /s/ MARSHA C. WILLIAMS<br>Marsha C. Williams | Executive Vice President and Chief Financial Officer<br>(principal financial officer) |
| /s/ VIRGINIA L. SEGGERMAN<br>Virginia L. Seggerman | Senior Vice President and Chief Accounting Officer<br>(principal accounting officer) |
| /s/ SAMUEL ZELL<br>Samuel Zell | Chairman of the Board of Trustees |
| /s/ MARILYN A. ALEXANDER<br>Marilyn A. Alexander | Trustee |
| /s/ THOMAS E. DOBROWSKI<br>Thomas E. Dobrowski | Trustee |
| /s/ WILLIAM M. GOODYEAR<br>William M. Goodyear | Trustee |
| /s/ JAMES D. HARPER, JR.<br>James D. Harper, Jr. | Trustee |
| /s/ DAVID K. MCKOWN<br>David K. McKown | Trustee |
| /s/ SHELI Z. ROSENBERG<br>Sheli Z. Rosenberg | Trustee |

127

Table of Contents

| Signature | Title |
|---|---|
| /s/ STEPHEN I. SADOVE | Trustee |
| Stephen I. Sadove | |
| /s/ SALLY SUSMAN | Trustee |
| Sally Susman | |
| /s/ JAN H.W.R. VAN DER VLIST | Trustee |
| Jan H.W.R. van der Vlist | |

128

Table of Contents

# EXHIBIT INDEX

| Exhibit No. | Description | Location |
|---|---|---|
| 3.1 | Third Amended and Restated Agreement of Limited Partnership of EOP Partnership | Incorporated by reference to Exhibit 99.8 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 3.2 | First Amendment to Third Amended and Restated Agreement of Limited Partnership of EOP Partnership | Incorporated by reference to Exhibit 4.1 to EOP Partnership's 2002 Third Quarter Form 10-Q |
| 3.3 | Second Amendment to the Third Amended and Restated Agreement of Limited Partnership of EOP Partnership | Incorporated by reference to Exhibit 10.1 to Equity Office's 2003 Second Quarter Form 10-Q |
| 3.4 | Third Amendment to the Third Amended and Restated Agreement of Limited Partnership of EOP Partnership | Incorporated by reference to Exhibit 10.4 to Equity Office's 2003 Annual Report on Form 10-K |
| 3.5 | Fourth Amendment to the Third Amended and Restated Agreement of Limited Partnership of EOP Partnership | Incorporated by reference to Exhibit 3.1 to EOP Partnership's 2004 Second Quarter Form 10-Q |
| 3.6 | Fifth Amendment to the Third Amended and Restated Agreement of Limited Partnership of EOP Partnership | Incorporated by reference to Exhibit 3.1 to EOP Partnership's 2005 Second Quarter Form 10-Q |
| 4.1 | Indenture, dated as of September 2, 1997, between EOP Partnership and State Street Bank and Trust Company | Incorporated by reference to Exhibit 4.1 to Equity Office's 1997 Annual Report on Form 10-K, as amended |
| 4.2 | First Supplemental Indenture, dated as of February 9, 1998, between EOP Partnership and State Street Bank and Trust Company | Incorporated by reference to Exhibit 4.2 to Equity Office's 1997 Annual Report on Form 10-K, as amended |
| 4.3 | $200,000,000 6.625% Note due 2005. Another $200,000,000 6.625% Note due 2005, identical in all material respects to the Note filed as Exhibit 4.4 to Equity Office's 1997 Annual Report on Form 10-K, as amended, has not been filed. | Incorporated by reference to Exhibit 4.4 to Equity Office's 1997 Annual Report on Form 10-K, as amended |
| 4.4 | $200,000,000 6.750% Note due 2008. A $100,000,000 6.750% Note due 2008, identical in all material respects other than principal amount to the Note filed as Exhibit 4.5 to Equity Office's 1997 Annual Report on Form 10-K, as amended, has not been filed. | Incorporated by reference to Exhibit 4.5 to Equity Office's 1997 Annual Report on Form 10-K, as amended |
| 4.5 | $200,000,000 7.250% Note due 2018. A $50,000,000 7.250% Note due 2018, identical in all material respects other than principal amount to the Note filed as Exhibit 4.6 to Equity Office's Annual Report on Form 10-K for the year ended December 31, 1997, as amended, has not been filed. | Incorporated by reference to Exhibit 4.6 to Equity Office's 1997 Annual Report on Form 10-K, as amended |
| 4.6 | $50,000,000 7.36% Senior Note due 2005 | Incorporated by reference to Exhibit 4.9 to Equity Office's 1997 Annual Report on Form 10-K, as amended |

129

**Table of Contents**

| Exhibit No. | Description | Location |
|---|---|---|
| 4.7 | $50,000,000 7.44% Senior Note due 2006 | Incorporated by reference to Exhibit 4.10 to Equity Office's 1997 Annual Report on Form 10-K, as amended |
| 4.8 | $50,000,000 7.41% Senior Note due 2007 | Incorporated by reference to Exhibit 4.11 to Equity Office's 1997 Annual Report on Form 10-K, as amended |
| 4.9 | $300,000,000 6.763% Notes due 2007 | Incorporated by reference to Exhibit 4.13 to Equity Office's 2000 Annual Report on Form 10-K, as amended |
| 4.10 | $225,000,000 7.25% Notes due 2028 | Incorporated by reference to Exhibit 4.14 to Equity Office's 2000 Annual Report on Form 10-K, as amended |
| 4.11 | $500,000,000 6.8% Notes due 2009 | Incorporated by reference to Exhibit 4.17 to Equity Office's 2000 Annual Report on Form 10-K, as amended |
| 4.12 | $200,000,000 7.5% Notes due April 19, 2029 | Incorporated by reference to Exhibit 4.23 to EOP Partnership's Current Report on Form 8-K filed with the SEC on April 19, 1999 |
| 4.13 | $400,000,000 8.375% Note due March 15, 2006 | Incorporated by reference to Exhibit 4.24 to EOP Partnership's Current Report on Form 8-K filed with the SEC on March 24, 2000 |
| 4.14 | $100,000,000 8.375% Note due March 15, 2006 | Incorporated by reference to Exhibit 4.25 to EOP Partnership's Current Report on Form 8-K filed with the SEC on March 24, 2000 |
| 4.15 | $360,000,000 8.10% Note due August 1, 2010 of EOP Partnership | Incorporated by reference to Exhibit 4.1 to EOP Partnership's Current Report on Form 8-K filed with the SEC on August 8, 2000 |
| 4.16 | Indenture, dated August 29, 2000, by and between EOP Partnership and U.S. Bank National Association (formerly known as U.S. Bank Trust National Association) | Incorporated by reference to Exhibit 4.1 to EOP Partnership's Registration Statement on Form S-3, as amended (SEC File No. 333-43530) |
| 4.17 | First Supplemental Indenture, dated June 18, 2001, among EOP Partnership, Equity Office and U.S. Bank National Association (formerly known as U.S. Bank Trust National Association) | Incorporated by reference to Exhibit 4.2 to Equity Office's Registration Statement on Form S-3, as amended (SEC File No. 333-58976) |
| 4.18 | $400,000,000 7³/₄% Note due 2007 | Incorporated by reference to Exhibit 4.5 to EOP Partnership's Current Report on Form 8-K filed with the SEC on November 20, 2000 |
| 4.19 | $200,000,000 7³/₄% Note due 2007 | Incorporated by reference to Exhibit 4.6 to EOP Partnership's Current Report on Form 8-K filed with the SEC on November 20, 2000 |

130

Table of Contents

| Exhibit No. | Description | Location |
|---|---|---|
| 4.20 | $500,000,000 7.000% Note due July 15, 2011, and related Guarantee | Incorporated by reference to Exhibit 4.4 to EOP Partnership's Current Report on Form 8-K filed with the SEC on July 18, 2001 |
| 4.21 | $500,000,000 7.000% Note due July 15, 2011, and related Guarantee | Incorporated by reference to Exhibit 4.5 to EOP Partnership's Current Report on Form 8-K filed with the SEC on July 18, 2001 |
| 4.22 | $100,000,000 7.000% Note due July 15, 2011, and related Guarantee | Incorporated by reference to Exhibit 4.6 to EOP Partnership's Current Report on Form 8-K filed with the SEC on July 18, 2001 |
| 4.23 | $300,000,000 7.875% Note due July 15, 2031, and related Guarantee | Incorporated by reference to Exhibit 4.7 to EOP Partnership's Current Report on Form 8-K filed with the SEC on July 18, 2001 |
| 4.24 | $400,000,000 6¾% Note due February 15, 2012, and related Guarantee | Incorporated by reference to Exhibit 4.1 to EOP Partnership's Current Report on Form 8-K filed with the SEC on February 15, 2002 |
| 4.25 | $100,000,000 6¾% Note due February 15, 2012, and related Guarantee | Incorporated by reference to Exhibit 4.2 to EOP Partnership's Current Report on Form 8-K filed with the SEC on February 15, 2002 |
| 4.26 | Indenture, dated as of December 6, 1995, among Spieker and State Street Bank and Trust, as Trustee | Incorporated by reference to Exhibit 99.17.1 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.27 | Sixth Supplemental Indenture, dated as of December 10, 1996, among Spieker, Spieker Partnership and State Street Bank and Trust, as Trustee | Incorporated by reference to Exhibit 99.17.12 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.28 | $100,000,000 7.125% Note due December 1, 2006 | Incorporated by reference to Exhibit 99.17.13 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.29 | Seventh Supplemental Indenture, dated as of December 10, 1996, among Spieker, Spieker Partnership and State Street Bank and Trust, as Trustee | Incorporated by reference to Exhibit 99.17.14 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.30 | $25,000,000 7.875% Note due December 1, 2016 | Incorporated by reference to Exhibit 99.17.15 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.31 | Eighth Supplemental Indenture, dated as of July 14, 1997, among Spieker, Spieker Partnership and State Street Bank and Trust, as Trustee | Incorporated by reference to Exhibit 99.17.16 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |

**Table of Contents**

| Exhibit No. | Description | Location |
|---|---|---|
| 4.32 | $150,000,000 7.125% Note due July 1, 2009 | Incorporated by reference to Exhibit 99.17.17 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.33 | Ninth Supplemental Indenture, dated as of September 29, 1997, among Spieker, Spieker Partnership, First Trust of California, National Association, as Trustee, and State Street Bank and Trust | Incorporated by reference to Exhibit 99.17.18 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.34 | $150,000,000 7.50% Debenture due October 1, 2027 | Incorporated by reference to Exhibit 99.17.19 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.35 | Tenth Supplemental Indenture, dated as of December 8, 1997, among Spieker, Spieker Partnership and First Trust of California, National Association, as Trustee, and State Street Bank and Trust | Incorporated by reference to Exhibit 99.17.20 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.36 | $200,000,000 7.35% Debenture due December 1, 2017 | Incorporated by reference to Exhibit 99.17.21 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.37 | Eleventh Supplemental Indenture, dated as of January 27, 1998, among Spieker, Spieker Partnership and First Trust of California, National Association, as Trustee | Incorporated by reference to Exhibit 99.17.22 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.38 | $150,000,000 6.75% Note due January 15, 2008 | Incorporated by reference to Exhibit 99.17.23 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.39 | Twelfth Supplemental Indenture, dated as of February 2, 1998, among Spieker, Spieker Partnership and First Trust of California, National Association, as Trustee | Incorporated by reference to Exhibit 99.17.24 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.40 | $125,000,000 6.875% Note due February 1, 2005 | Incorporated by reference to Exhibit 99.17.25 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.41 | Thirteenth Supplemental Indenture, dated as of February 2, 1998, among Spieker, Spieker Partnership and First Trust of California, National Association, as Trustee | Incorporated by reference to Exhibit 99.17.26 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.42 | $1,500,000 7.0% Note due February 1, 2007 | Incorporated by reference to Exhibit 99.17.27 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |

**Table of Contents**

| Exhibit No. | Description | Location |
|---|---|---|
| 4.43 | Fourteenth Supplemental Indenture, dated as of April 29, 1998, among Spieker, Spieker Partnership and U.S. Bank Trust National Association (formerly known as First Trust of California, National Association), as Trustee | Incorporated by reference to Exhibit 99.17.28 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.44 | $25,000,000 6.88% Note due April 30, 2007 | Incorporated by reference to Exhibit 99.17.29 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.45 | Fifteenth Supplemental Indenture, dated as of May 11, 1999, among Spieker, Spieker Partnership and U.S. Bank Trust National Association, as Trustee | Incorporated by reference to Exhibit 99.17.30 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.46 | $200,000,000 7.25% Note due May 1, 2009 | Incorporated by reference to Exhibit 99.17.32 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.47 | Sixteenth Supplemental Indenture, dated as of December 11, 2000, among Spieker, Spieker Partnership and U.S. Bank Trust National Association, as Trustee | Incorporated by reference to Exhibit 99.17.33 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.48 | $200,000,000 7.65% Note due December 15, 2010 | Incorporated by reference to Exhibit 99.17.34 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.49 | Seventeenth Supplemental Indenture, dated as of July 2, 2001, relating to the substitution of Equity Office and EOP Partnership as successor entities for Spieker and Spieker Partnership, respectively | Incorporated by reference to Exhibit 99.17.35 to Equity Office's Current Report on Form 8-K filed with the SEC on July 5, 2001 |
| 4.50 | $400,000,000 5.875% Note due January 15, 2013, and related Guarantee | Incorporated by reference to Exhibit 4.1 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on January 15, 2003 |
| 4.51 | $100,000,000 5.875% Note due January 15, 2013, and related Guarantee | Incorporated by reference to Exhibit 4.2 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on January 15, 2003 |
| 4.52 | $500,000,000 4.75% Note due March 15, 2014 and related Guarantee (another $500,000,000 4.75% Note due March 15, 2014 and related Guarantee, identical in all material respects to the Note filed as Exhibit 4.3 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on March 26, 2004, has not been filed) | Incorporated by reference to Exhibit 4.3 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on March 26, 2004 |

133

**Table of Contents**

| Exhibit No. | Description | Location |
|---|---|---|
| 4.53 | $45,000,000 Floating Rate Note due May 27, 2014 and related Guarantee | Incorporated by reference to Exhibit 4.3 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on May 26, 2004 |
| 4.54 | $500,000,000 4.65% Fixed Rate Note due October 1, 2010 and related Guarantee (another $300,000,000 4.65% Fixed Rate Note due October 1, 2010 and related Guarantee, identical in all material respects, other than the principal amount, to the Note filed as Exhibit 4.3 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on October 7, 2004, has not been filed) | Incorporated by reference to Exhibit 4.3 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on October 7, 2004 |
| 4.55 | $200,000,000 Floating Rate Note due October 1, 2010 and related Guarantee | Incorporated by reference to Exhibit 4.4 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on October 7, 2004 |
| 4.56 | Form of Medium-Term InterNote (Fixed Rate) and related Guarantee | Incorporated by reference to Exhibit 4.3 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on June 15, 2004 |
| 4.57 | Form of Medium-Term InterNote (Floating Rate) and related Guarantee | Incorporated by reference to Exhibit 4.4 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on June 15, 2004 |
| 4.58 | New Trustee Appointment Agreement, dated June 10, 2004, among EOP Partnership, Equity Office and BNY Midwest Trust Company | Incorporated by reference to Exhibit 4.5 to the Current Report on Form 8-K of EOP Partnership filed with the SEC on June 15, 2004 |
| 4.59 | Schedule of Medium-Term InterNotes (Fixed Rate) issued as of June 30, 2004 | Incorporated by reference to Exhibit 4.5 to EOP Partnership's 2004 Second Quarter Form 10-Q |
| 4.60 | Schedule of Medium-Term InterNotes (Fixed Rate) issued from July 1, 2004 to September 30, 2004 | Incorporated by reference to Exhibit 4.6 to EOP Partnership's 2004 Third Quarter Form 10-Q |
| 4.61 | Schedule of Medium-Term InterNotes (Fixed Rate) issued from October 1, 2004 to December 31, 2004 | Incorporated by reference to Exhibit 4.73 to EOP Partnership's 2004 Annual Report on Form 10-K |
| 4.62 | Schedule of Medium-Term InterNotes (Fixed Rate) issued from January 1, 2005 to March 31, 2005 | Incorporated by reference to Exhibit 4.5 to EOP Partnership's 2005 First Quarter Form 10-Q |
| 4.63 | Schedule of Medium-Term InterNotes (Fixed Rate) issued from April 1, 2005 to June 30, 2005 | Incorporated by reference to Exhibit 4.5 to EOP Partnership's 2005 Second Quarter Form 10-Q |
| 4.64 | Schedule of Medium-Term InterNotes (Fixed Rate) issued from July 1, 2005 to September 30, 2005 | Incorporated by reference to Exhibit 4.5 to EOP Partnership's 2005 Third Quarter Form 10-Q |

134

**Table of Contents**

| Exhibit No. | Description | Location |
|---|---|---|
| 4.65 | Schedule of Medium-Term InterNotes (Fixed Rate) issued from October 1, 2005 to December 31, 2005 | Filed herewith |
| 10.1† | Change in Control Agreement by and between Equity Office Management L.L.C., Equity Office and Richard D. Kincaid | Incorporated by reference to Exhibit 10.7 to Equity Office's 2003 Third Quarter Form 10-Q |
| 10.2† | Change in Control Agreement by and between Equity Office Properties Management Corp., Equity Office and Stanley M. Stevens | Incorporated herein by reference to Exhibit 10.8 to Equity Office's 2001 Third Quarter Form 10-Q |
| 10.3† | Assumption and Amendment to Change in Control Agreement by and between Equity Office Properties Management Corp., Equity Office, EOP Partnership and Stanley M. Stevens | Incorporated by reference to Exhibit 10.4 to Equity Office's 2002 Third Quarter Form 10-Q |
| 10.4† | Second Assumption and Amendment to Change in Control Agreement by and between Equity Office Management L.L.C., Equity Office, EOP Partnership and Stanley M. Stevens | Incorporated by reference to Exhibit 10.26 to Equity Office's 2003 Annual Report on Form 10-K |
| 10.5† | Change in Control Agreement by and between EOP Partnership, Equity Office and Marsha C. Williams | Incorporated herein by reference to Exhibit 10.1 to Equity Office's 2004 First Quarter Form 10-Q |
| 10.6† | Assumption to Change in Control Agreement by and between Equity Office Management L.L.C., Equity Office, Equity Office Properties Management Corp., EOP Partnership and Marsha C. Williams | Incorporated herein by reference to Exhibit 10.2 to Equity Office's 2004 First Quarter Form 10-Q |
| 10.7† | Change in Control Agreement by and between Equity Office Management L.L.C., Equity Office and Jeffrey L. Johnson | Incorporated herein by reference to Exhibit 10.3 to Equity Office's 2004 First Quarter Form 10-Q |
| 10.8† | Change in Control Agreement by and between Equity Office Management, L.L.C., Equity Office and Peyton H. Owen | Incorporated herein by reference to Exhibit 10.2 to Equity Office's 2005 First Quarter Form 10-Q |
| 10.9 | Revolving Credit Agreement for $1,250,000,000 Revolving Credit Facility dated as of August 4, 2005 among EOP Operating Limited Partnership and the Banks listed therein, and related Guaranty of Payment | Incorporated herein by reference to Exhibit 10.1 to EOP Partnership's 2005 Second Quarter Form 10-Q |
| 10.10 | Amended and Restated Credit Agreement for $750,000,000 Credit Facility dated as of December 9, 2005 among EOP Operating Limited Partnership and the Banks listed therein (including option to expand by $250,000,000 to $1,000,000,000), and related Guaranty of Payment | Filed herewith |

## Table of Contents

| Exhibit No. | Description | Location |
|---|---|---|
| 10.11 | Credit Agreement for $500,000,000 Credit Facility dated as of February 28, 2006 among EOP Operating Limited Partnership, the Banks listed therein, Merrill Lynch Bank USA, and Merrill, Lynch, Pierce, Fenner & Smith Incorporated, and related Guaranty of Payment | Filed herewith |
| 12.1 | Statement of Earnings to Fixed Charges | Filed herewith |
| 21.1 | List of Subsidiaries | Filed herewith |
| 23.1 | Consent of Independent Registered Public Accounting Firm | Filed herewith |
| 31.1 | Certifications of Chief Executive Officer pursuant to Rule 13a-14(a)/15d-14(a) of the Securities Exchange Act, as amended | Filed herewith |
| 31.2 | Certifications of Chief Financial Officer pursuant to Rule 13a-14(a)/15d-14(a) of the Securities Exchange Act, as amended | Filed herewith |
| 32.1 | Certifications of Chief Executive Officer and Chief Financial Officer pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | Filed herewith |

† Represents a management contract or compensatory plan, contract or arrangement.

136

Table of Contents

## Schedule III — Real Estate and Accumulated Depreciation as of December 31, 2005

| Description | Notes | Location | State | Encumbrances at 12/31/05 | Initial Cost | | Costs Capitalized Subsequent to Acquisition | | Gross Amount Carried at Close of Period 12/31/05 | | | Accumulated Depreciation(1) | Da Const Reno |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Land | Building and Improvements | Land | Building and Improvements | Land | Building and Improvements | Total(1) | | |
| **Office Properties:** | | | | | | | | | | | | | |
| **Atlanta Region** | | | | | | | | | | | | | |
| 200 Galleria | | Atlanta | GA | $ — | $ 10,282 | $ 58,266 | $ — | $ 4,914 | $ 10,282 | $ 63,180 | $ 73,462 | $ (9,919) | 19 |
| One Ninety One Peachtree Tower | | Atlanta | GA | — | 46,500 | 263,500 | — | 1,194 | 46,500 | 264,694 | 311,194 | (37,093) | 19 |
| Central Park Lakeside | | Atlanta | GA | — | 9,163 | 82,463 | — | 9,123 | 9,163 | 91,586 | 100,749 | (20,931) | 19 |
| Office Park | | Atlanta | GA | — | 4,792 | 43,132 | — | 4,173 | 4,792 | 47,305 | 52,097 | (10,179) | 1972- |
| Paces West Perimeter Center | | Atlanta | GA | — | 8,336 | 75,025 | — | 9,652 | 8,336 | 84,677 | 93,013 | (19,203) | 19 |
| 211 Perimeter Center | (3) | Atlanta | GA | — | 43,464 | 391,237 | 267 | 38,880 | 43,731 | 430,117 | 473,848 | (95,651) | 1970/ |
| | | | | — | 15,379 | 28,055 | — | — | 15,379 | 28,055 | 43,434 | (327) | 1980/ |
| Atlanta Region Totals | | | | — | 137,916 | 941,678 | 267 | 67,936 | 138,183 | 1,009,614 | 1,147,797 | (193,303) | |
| **Boston Region** | | | | | | | | | | | | | |
| Crosby Corporate Center | (4) | Bedford | MA | — | 5,958 | 53,620 | 115 | (27,529) | 6,073 | 26,091 | 32,164 | — | 199 |
| Crosby Corporate Center II | (4) | Bedford | MA | — | 9,385 | 27,584 | 8 | (13,411) | 9,393 | 14,173 | 23,566 | — | 199 |
| 125 Summer Street | | Boston | MA | 67,665 | 18,000 | 102,000 | — | 13,593 | 18,000 | 115,593 | 133,593 | (17,925) | 198 |
| 222 Berkeley Street | | Boston | MA | — | 25,593 | 145,029 | — | 6,040 | 25,593 | 151,069 | 176,662 | (22,565) | 199 |
| 500 Boylston Street | | Boston | MA | — | 39,000 | 221,000 | — | 3,383 | 39,000 | 224,383 | 263,383 | (31,162) | 1988 |
| Sixty State Street | | Boston | MA | — | — | 256,000 | — | 9,382 | — | 265,382 | 265,382 | (37,318) | 1979 |
| 100 Summer Street | | Boston | MA | — | 22,271 | 200,439 | — | 68,756 | 22,271 | 269,195 | 291,466 | (53,208) | 1974/1 |
| 150 Federal Street | | Boston | MA | — | 14,131 | 127,182 | — | 18,543 | 14,131 | 145,725 | 159,856 | (35,348) | 1988 |
| 175 Federal Street | | Boston | MA | — | 4,894 | 44,045 | — | 6,047 | 4,894 | 50,092 | 54,986 | (11,017) | 1977 |
| 225 Franklin Street | | Boston | MA | — | 34,608 | 311,471 | — | 15,149 | 34,608 | 326,620 | 361,228 | (67,999) | 1966/1 |
| 28 State Street | | Boston | MA | — | 9,513 | 85,623 | — | 42,960 | 9,513 | 128,583 | 138,096 | (40,474) | 1968/1 |
| Center Plaza | | Boston | MA | — | 18,942 | 170,480 | — | 17,634 | 18,942 | 188,114 | 207,056 | (39,019) | 1969 |
| Russia Wharf | | Boston | MA | — | 3,891 | 35,023 | — | 2,956 | 3,891 | 37,979 | 41,870 | (9,040) | 1978–1 |
| South Station | (3) | Boston | MA | — | — | 31,074 | — | 2,279 | — | 33,353 | 33,353 | (6,911) | 1988 |
| 25 Mall Road | | Burlington | MA | — | 5,217 | 49,739 | — | 745 | 5,217 | 50,484 | 55,701 | (1,299) | 1987 |
| New England Executive Park | | Burlington | MA | — | 14,733 | 132,594 | 194 | 17,465 | 14,927 | 150,059 | 164,986 | (33,805) | 1970/1 |
| New England Executive Park 17 | | Burlington | MA | — | 904 | 8,135 | 8 | 952 | 912 | 9,087 | 9,999 | (2,151) | 1970/1 |
| The Tower at N.E.E.P | | Burlington | MA | — | 2,793 | 31,462 | 5 | 11,590 | 2,798 | 43,052 | 45,850 | (9,036) | 1971/1 |
| Cambridge Science Center (a.k.a. Riverview I) | (5) | Cambridge | MA | — | 1,959 | 35,916 | — | 7,476 | 1,959 | 43,392 | 45,351 | (2,343) | 1984/20 |
| 245 First Street (a.k.a. Riverview II) | | Cambridge | MA | — | 3,978 | 35,804 | 6 | 3,914 | 3,984 | 39,718 | 43,702 | (9,754) | 1985–1 |
| One Memorial Drive | | Cambridge | MA | 54,754 | 14,862 | 88,216 | — | 5,492 | 14,862 | 93,708 | 108,570 | (13,569) | 1985 |
| One Canal Park | | Cambridge | MA | — | 2,006 | 18,054 | — | 2,177 | 2,006 | 20,231 | 22,237 | (4,337) | 1987 |
| Ten Canal Park | | Cambridge | MA | — | 2,383 | 21,448 | — | 181 | 2,383 | 21,629 | 24,012 | (4,345) | 1987 |
| Riverside Center | | Newton | MA | — | 24,000 | 69,849 | — | 19,933 | 24,000 | 89,782 | 113,782 | (18,112) | 2000 |
| 175 Wyman | | | | | | | | | | | | | |

|  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Street Wellesley Office Park 1-4 | Walthan | MA | — | 14,600 | 5,400 | 3 | 2,127 | 14,603 | 7,527 | 22,130 | (6,831) | 1 |
| Wellesley 5-7 | Wellesley | MA | — | 5,518 | 49,662 | 6 | 6,625 | 5,524 | 56,287 | 61,811 | (12,159) | 196 |
| Wellesley 8 | Wellesley | MA | — | 9,335 | 84,018 | 13 | 6,841 | 9,348 | 90,859 | 100,207 | (18,734) | 196 |
|  | Wellesley | MA | — | 1,639 | 14,754 | 2 | 289 | 1,641 | 15,043 | 16,684 | (3,033) | 196 |
| **Boston Region Totals** |  |  | 122,419 | 310,113 | 2,455,621 | 360 | 251,589 | 310,473 | 2,707,210 | 3,017,683 | (511,494) |  |
| **Chicago Region** |  |  |  |  |  |  |  |  |  |  |  |  |
| 300 W. 6th Street | (3) Austin | TX | — | 8,359 | 122,714 | — | — | 8,359 | 122,714 | 131,073 | (636) | 20 |
| Great Hills Plaza | Austin | TX | — | 3,559 | 14,238 | — | — | 3,559 | 14,238 | 17,797 | (11) | 19 |
| Park 22 | (3) Austin | TX | — | 2,779 | 32,223 | — | 93 | 2,779 | 32,316 | 35,095 | (1,332) | 20 |
| One Congress Plaza | Austin | TX | — | 6,502 | 58,521 | — | 9,033 | 6,502 | 67,554 | 74,056 | (15,314) | 19 |
| One American Center | Austin | TX | — | — | 70,812 | — | 12,222 | — | 83,034 | 83,034 | (18,674) | 19 |
| Research Park Plaza I & II | (3) Austin | TX | — | 6,301 | 47,470 | — | 206 | 6,301 | 47,676 | 53,977 | (939) | 19 |
| San Jacinto Center | Austin | TX | — | 5,075 | 45,671 | — | 9,920 | 5,075 | 55,591 | 60,666 | (12,482) | 198 |
| Stonebridge II | (3) Austin | TX | — | 1,505 | 35,379 | — | — | 1,505 | 35,379 | 36,884 | (382) | 200 |
| Westech 360 | (3) Austin | TX | — | 2,680 | 25,961 | — | 243 | 2,680 | 26,204 | 28,884 | (2,430) | 198 |
| 101 North Wacker | Chicago | IL | — | 10,035 | 90,319 | — | 5,877 | 10,035 | 96,196 | 106,231 | (21,139) | 1980/ |
| 200 West Adams | Chicago | IL | — | 11,654 | 104,887 | — | 10,405 | 11,654 | 115,292 | 126,946 | (26,451) | 1985/ |
| 30 North LaSalle | Chicago | IL | — | 12,489 | 112,401 | — | 9,304 | 12,489 | 121,705 | 134,194 | (28,152) | 1974/ |
| Civic Opera House | Chicago | IL | — | 12,771 | 114,942 | — | 9,866 | 12,771 | 124,808 | 137,579 | (27,672) | 1929/ |

137

## Table of Contents

The following schedule presents real estate and accumulated depreciation (dollars in thousands). The far-right column ("Date") is partially cut off in the source; values shown are as visible.

| Description | Notes | Location | State | Encumbrances at 12/31/05 | Initial Cost — Land | Initial Cost — Building and Improvements | Costs Capitalized Subsequent to Acquisition — Land | Costs Capitalized Subsequent to Acquisition — Building and Improvements | Gross Amount — Land | Gross Amount — Building and Improvements | Total(1) | Accumulated Depreciation(1) | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| One North Franklin | | Chicago | IL | — | 9,830 | 88,474 | — | 10,809 | 9,830 | 99,283 | 109,113 | (21,412) | 19 |
| Presidents Plaza | | Chicago | IL | — | 13,435 | 120,919 | — | 12,825 | 13,435 | 133,744 | 147,179 | (28,230) | 19 |
| Community Corporate Center | (4) | Columbus | OH | — | 3,019 | 27,170 | — | (10,835) | 3,019 | 16,335 | 19,354 | (13) | |
| One Crosswoods Corporate 500 Centre | (4)(6) | Columbus | OH | — | 1,059 | 9,530 | — | (6,027) | 1,059 | 3,503 | 4,562 | 16 | |
| 1700 Higgins | | Deerfield | IL | 76,597 | 20,100 | 113,900 | — | 12,467 | 20,100 | 126,367 | 146,467 | (18,867) | 198 |
| Tri-State International | | Des Plaines | IL | — | 1,323 | 11,908 | 64 | 1,693 | 1,387 | 13,601 | 14,988 | (3,135) | |
| One Lakeway Center | | Lincolnshire | IL | — | 10,925 | 98,327 | 291 | 7,098 | 11,216 | 105,425 | 116,641 | (22,620) | |
| Two Lakeway Center | | Metairie | LA | — | 2,804 | 25,235 | — | 4,538 | 2,804 | 29,773 | 32,577 | (7,756) | 198 |
| Three Lakeway Center | | Metairie | LA | — | 4,644 | 41,792 | 49 | 5,302 | 4,693 | 47,094 | 51,787 | (11,391) | 198 |
| LaSalle Plaza | (4) | Minneapolis | MN | — | 4,695 | 43,661 | 59 | 4,536 | 4,754 | 48,197 | 52,951 | (11,625) | 198 |
| Wells Fargo Center | | Minneapolis | MN | 110,000 | 9,681 | 87,127 | — | (15,749) | 9,681 | 71,378 | 81,059 | (1,055) | |
| 1111 West 22nd Street | | Oakbrook | IL | — | 39,045 | 221,255 | — | 3,510 | 39,045 | 224,765 | 263,810 | (31,249) | 1 |
| Commerce Plaza | | Oakbrook | IL | — | 4,834 | 43,508 | 48 | 2,961 | 4,882 | 46,469 | 51,351 | (9,583) | 1 |
| One Lincoln Centre | (3) | Oakbrook | IL | — | 18,000 | 76,149 | — | 1,269 | 18,000 | 77,418 | 95,418 | (8,433) | 19 |
| Oakbrook Terrace Tower | | Oakbrook | IL | — | 7,350 | 41,650 | — | 5,471 | 7,350 | 47,121 | 54,471 | (7,355) | 1974 |
| Westbrook Corporate Center | | Oakbrook Terrace | | — | 11,950 | 107,552 | 486 | 7,927 | 12,436 | 115,479 | 127,915 | (26,679) | 1 |
| | | Westchester | IL | 92,102 | 24,875 | 223,874 | 30 | 29,275 | 24,905 | 253,149 | 278,054 | (54,902) | 1985 |
| **Chicago Region Totals** | | | | **278,699** | **271,278** | **2,257,569** | **1,027** | **144,239** | **272,305** | **2,401,808** | **2,674,113** | **(419,903)** | |
| **Los Angeles Region** | | | | | | | | | | | | | |
| Stadium Towers | | Anaheim | CA | — | 6,509 | 36,886 | — | 1,804 | 6,509 | 38,690 | 45,199 | (4,943) | 19 |
| Brea Corporate Place | | Brea | CA | — | — | 35,129 | — | 1,780 | — | 36,909 | 36,909 | (4,516) | 19 |
| Brea Corporate Plaza | | Brea | CA | — | 1,902 | 10,776 | — | 697 | 1,902 | 11,473 | 13,375 | (1,706) | 19 |
| Brea Financial Commons | | Brea | CA | — | 2,640 | 14,960 | — | 862 | 2,640 | 15,822 | 18,462 | (1,928) | 1982 / 19 |
| Brea Park Centre | | Brea | CA | — | 2,682 | 15,198 | — | 2,208 | 2,682 | 17,406 | 20,088 | (2,690) | 1982 |
| SunAmerica Center | (7) | Century City | CA | 198,349 | 47,863 | 271,223 | — | 18,915 | 47,863 | 290,138 | 338,001 | (47,665) | 19 |
| Cerritos Towne Center | | Cerritos | CA | — | — | 60,368 | — | 3,646 | — | 64,014 | 64,014 | (7,868) | 1989 |
| 700 North Brand | | Glendale | CA | 23,367 | 5,970 | 33,828 | — | 3,554 | 5,970 | 37,382 | 43,352 | (6,139) | 1989 |
| 18301 Von Karman (a.k.a. Apple Building) | | Irvine | CA | — | 6,027 | 34,152 | — | 2,173 | 6,027 | 36,325 | 42,352 | (5,831) | 19 |
| 18581 Teller | | Irvine | CA | — | 1,485 | 8,415 | — | 2,562 | 1,485 | 10,977 | 12,462 | (1,820) | 19 |
| 2600 Michelson | | Irvine | CA | — | 11,291 | 63,984 | — | 5,391 | 11,291 | 69,375 | 80,666 | (8,769) | 19 |
| Fairchild Corporate Center | | Irvine | CA | — | 2,363 | 13,388 | — | 774 | 2,363 | 14,162 | 16,525 | (1,816) | 19 |
| Inwood Park | | Irvine | CA | — | 3,543 | 20,079 | — | 1,036 | 3,543 | 21,115 | 24,658 | (2,682) | 1985 |
| Tower 17 | | Irvine | CA | — | 7,562 | 42,849 | — | 2,143 | 7,562 | 44,992 | 52,554 | (5,596) | 19 |
| 1920 Main Plaza | | Irvine | CA | — | 5,481 | 47,526 | — | 4,932 | 5,481 | 52,458 | 57,939 | (12,676) | 19 |
| 2010 Main Plaza | | Irvine | CA | — | 5,197 | 46,774 | — | 4,877 | 5,197 | 51,651 | 56,848 | (12,239) | 19 |
| The Tower in Westwood | | Los Angeles | CA | — | 10,041 | 56,899 | — | 2,341 | 10,041 | 59,240 | 69,281 | (6,917) | 19 |
| 10880 Wilshire Boulevard | | Los Angeles | CA | — | 28,009 | 149,841 | — | 12,801 | 28,009 | 162,642 | 190,651 | (34,964) | 1970 |
| 10960 Wilshire Boulevard | | Los Angeles | CA | — | 16,841 | 151,574 | — | 12,272 | 16,841 | 163,846 | 180,687 | (32,354) | 1971 |
| 550 South Hope Street | | Los Angeles | CA | — | 10,016 | 90,146 | — | 11,968 | 10,016 | 102,114 | 112,130 | (22,413) | 19 |
| Two California | | | | | | | | | | | | | |

| Property | City | State | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaza 1201 Dove Street | Los Angeles Newport | CA | — | — | 156,197 | — | 52,346 | — | 208,543 | 208,543 | (58,879) |
| | Newport Beach | CA | — | 1,998 | 11,320 | | 698 | 1,998 | 12,018 | 14,016 | (1,499) 19 |
| Redstone Plaza (3) The City — | Newport Beach | CA | — | 7,000 | 29,054 | — | 461 | 7,000 | 29,515 | 36,515 | (2,987) 19 |
| 3800 Chapman | Orange | CA | — | 3,019 | 17,107 | | 431 | 3,019 | 17,538 | 20,557 | (1,952) |
| 500 Orange Tower | Orange | CA | — | 2,943 | 32,610 | | 4,354 | 2,943 | 36,964 | 39,907 | (8,455) |
| 500–600 City Parkway | Orange | CA | — | 7,296 | 41,342 | — | 18,107 | 7,296 | 59,449 | 66,745 | (10,273) 197 |
| City Plaza | Orange | CA | — | 6,809 | 38,584 | | 6,738 | 6,809 | 45,322 | 52,131 | (6,577) 19 |
| City Tower | Orange | CA | — | 10,440 | 59,160 | | 4,310 | 10,440 | 63,470 | 73,910 | (7,917) |
| 1100 Executive Tower | Orange | CA | — | 4,622 | 41,599 | — | 5,900 | 4,622 | 47,499 | 52,121 | (10,544) |
| 3280 E. Foothill Boulevard | Pasadena | CA | — | 3,396 | 19,246 | | 1,800 | 3,396 | 21,046 | 24,442 | (2,745) |
| 790 Colorado | Pasadena | CA | — | 2,355 | 13,343 | | 2,882 | 2,355 | 21,046 | 18,580 | (2,293) |
| Century Square Pasadena Financial | Pasadena | CA | — | 6,787 | 38,457 | | 534 | 6,787 | 16,225 | 45,778 | (4,351) |
| Centerside II | Pasadena | CA | — | 4,779 | 27,084 | | 1,219 | 4,779 | 38,991 | 33,082 | (3,300) 198 |
| La Jolla Centre I & II | San Diego | CA | 21,179 | 5,777 | 32,737 | — | 5,117 | 5,777 | 28,303 | 43,631 | (5,797) 198 |
| La Jolla Executive Tower | San Diego | CA | — | 12,904 | 73,122 | — | 4,196 | 12,904 | 37,854 | 90,222 | (9,924) 198 |
| Nobel (3) | San Diego | CA | — | 10,200 | 60,376 | — | 893 | 10,200 | 77,318 | 71,469 | (3,255) 1 |
| Corporate Plaza | San Diego | CA | — | 3,697 | 20,948 | | 1,227 | 3,697 | 61,269 | 25,872 | (2,664) 1 |
| Pacific Corporate Plaza | San Diego | CA | — | 2,100 | 11,900 | | 658 | 2,100 | 22,175 | 14,658 | (1,347) 1 |

138

Table of Contents

| Description | Notes | Location | State | Encumbrances at 12/31/05 | Initial Cost — Land | Initial Cost — Building and Improvements | Costs Capitalized Subsequent to Acquisition — Land | Costs Capitalized Subsequent to Acquisition — Building and Improvements | Gross Amount Carried at Close of Period 12/31/05 — Land | Gross Amount Carried at Close of Period 12/31/05 — Building and Improvements | Total(1) | Accumulated Depreciation(1) | Date Constructed/Renovated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Park Plaza | | San Diego | CA | — | 2,203 | 12,484 | | 808 | 2,203 | 13,292 | 15,495 | (1,553) | 198 |
| Westridge | | San Diego | CA | — | 1,500 | 8,500 | | | 1,500 | 8,500 | 10,000 | (947) | 198 |
| Smith Barney Tower | | San Diego | CA | — | 2,658 | 23,919 | | 4,273 | 2,658 | 28,192 | 30,850 | (7,476) | 198 |
| The Plaza at La Jolla Village | | San Diego | CA | 75,727 | 11,839 | 98,243 | 19 | 5,954 | 11,858 | 104,197 | 116,055 | (23,324) | 1987-1 |
| Griffin Towers | | Santa Ana | CA | | 14,317 | 81,127 | | 6,070 | 14,317 | 87,197 | 101,514 | (9,246) | 198 |
| Lincoln Town Center | | Santa Ana | CA | | 4,403 | 24,950 | | 2,213 | 4,403 | 27,163 | 31,566 | (4,295) | 198 |
| 2951 28th Street | | Santa Monica | CA | | 3,612 | 20,465 | | 3,015 | 3,612 | 23,480 | 27,092 | (2,918) | 197 |
| 429 Monica | | Santa Monica | CA | | 2,523 | 14,298 | | 1,264 | 2,523 | 15,562 | 18,085 | (2,347) | 198 |
| Arboretum Courtyard | | Santa Monica | CA | | 6,573 | 37,245 | | 1,533 | 6,573 | 38,778 | 45,351 | (4,698) | 199 |
| Santa Monica Business Park | | Santa Monica | CA | 6,852 | — | 242,155 | | 12,638 | | 254,793 | 254,793 | (29,678) | 1979-1 |
| Seaside Office Tower | | Santa Monica | CA | | 4,380 | 24,818 | | 1,475 | 4,380 | 26,293 | 30,673 | (3,922) | 1975 |
| Wilshire Palisades | | Santa Monica | CA | 38,375 | 9,763 | 55,323 | | 2,733 | 9,763 | 58,056 | 67,819 | (8,364) | 1981 |
| Bixby Ranch | | Seal Beach | CA | 25,011 | 6,450 | 36,550 | | 3,307 | 6,450 | 39,857 | 46,307 | (6,378) | 1987 |
| **Los Angeles Region Totals** | | | | 388,860 | 341,765 | 2,608,258 | 19 | 253,890 | 341,784 | 2,862,148 | 3,203,932 | (475,437) | |
| **New York Region** | | | | | | | | | | | | | |
| 1301 Avenue of Americas | | New York | NY | 486,605 | 151,285 | 605,788 | | 32,324 | 151,285 | 638,112 | 789,397 | (82,694) | 1963/19 |
| 527 Madison Avenue | | New York | NY | — | 9,155 | 51,877 | | 7,794 | 9,155 | 59,671 | 68,826 | (8,709) | 1986 |
| 717 Fifth Avenue | (3)(8) | New York | NY | — | 47,000 | 115,058 | | 1,366 | 47,000 | 116,424 | 163,424 | (7,103) | 1959 |
| 850 Third Avenue | (9) | New York | NY | 490 | 9,606 | 86,453 | 30 | 18,652 | 9,636 | 105,105 | 114,741 | (21,753) | 1960/199 |
| Park Avenue Tower | (9) | New York | NY | 180,000 | 48,976 | 196,566 | 719 | 13,383 | 49,695 | 209,949 | 259,644 | (41,040) | 1986 |
| Tower 56 | | New York | NY | 21,712 | 6,853 | 38,832 | | 5,108 | 6,853 | 43,940 | 50,793 | (6,587) | 1983 |
| WorldWide Plaza | | New York | NY | — | 124,919 | 496,665 | | 10,475 | 124,919 | 507,140 | 632,059 | (91,216) | 1989 |
| 177 Broad Street | | Stamford | CT | — | 2,562 | 23,056 | | 2,762 | 2,562 | 25,818 | 28,380 | (5,659) | 1989 |
| 300 Atlantic Street | | Stamford | CT | — | 4,632 | 41,691 | | 3,773 | 4,632 | 45,464 | 50,096 | (10,466) | 1987/199 |
| Canterbury Green | (10) | Stamford | CT | — | | 41,987 | 92 | 2,258 | 92 | 44,245 | 44,337 | (10,227) | 1987 |
| Four Stamford Plaza | | Stamford | CT | — | 4,471 | 40,238 | 24 | 2,453 | 4,495 | 42,691 | 47,186 | (9,152) | 1987 |
| One and Two Stamford Plaza | | Stamford | CT | — | 8,268 | 74,409 | | 9,107 | 8,268 | 83,516 | 91,784 | (20,135) | 1979/199 |
| Three Stamford Plaza | | Stamford | CT | — | 3,957 | 35,610 | | 3,319 | 3,957 | 38,929 | 42,886 | (8,358) | 1986/199 |
| **New York Region Totals** | | | | 688,807 | 421,684 | 1,848,230 | 865 | 112,774 | 422,549 | 1,961,004 | 2,383,553 | (323,099) | 1980/199 |
| **San Francisco Region** | | | | | | | | | | | | | |
| Golden Bear Center | | Berkeley | CA | 17,880 | 4,500 | 25,500 | | 1,545 | 4,500 | 27,045 | 31,545 | (4,024) | 1986 |
| Bay Park Plaza I & II | | Burlingame | CA | — | 12,906 | 73,133 | | 2,710 | 12,906 | 75,843 | 88,749 | (10,798) | 1985/19 |
| One Bay Plaza | | Burlingame | CA | — | 8,642 | 48,973 | | 3,196 | 8,642 | 52,169 | 60,811 | (7,836) | 1979 |
| Pruneyard Office Towers One & Two | | Campbell | CA | — | 16,502 | 154,783 | | 10,121 | 16,502 | 164,904 | 181,406 | (23,906) | 1971/199 |
| One & Two Corporate Center | | Concord | CA | — | 6,379 | 36,146 | | 3,876 | 6,379 | 40,022 | 46,401 | (6,370) | 1985-198 |
| Watergate Office Towers | | Emeryville | CA | — | 44,901 | 254,441 | | 11,125 | 44,901 | 265,566 | 310,467 | (31,004) | 1973/200 |
| Metro Center | | Foster City | CA | — | | 282,329 | | 10,422 | | 292,751 | 292,751 | (33,661) | 1985-198 |
| Drake's Landing | | Larkspur | CA | — | 5,735 | 32,499 | | 1,907 | 5,735 | 34,406 | 40,141 | (4,370) | 1986 |
| Larkspur Landing Office Park | | Larkspur | CA | — | 8,316 | 47,126 | | 3,638 | 8,316 | 50,764 | 59,080 | (6,351) | 1981-198 |
| Wood Island Office | | Larkspur | | | | | | | | | | | |

| Property | Location | State | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Complex | Larkspur | CA | — | 3,735 | 21,163 | — | 645 | 3,735 | 21,808 | 25,543 | (2,521) | 19 |
| 2180 Sand Hill Road | Menlo Park | CA | — | 3,408 | 19,314 | — | 1,928 | 3,408 | 21,242 | 24,650 | (2,669) | 19 |
| 1900 McCarthy | Milpitas | CA | — | 1,998 | 11,319 | — | 736 | 1,998 | 12,055 | 14,053 | (1,458) | 19 |
| California Circle II | (4) Milpitas | CA | — | 1,764 | 9,997 | — | (1,471) | 1,764 | 8,526 | 10,290 | (148) | 19 |
| Shoreline Office Center | (3) Mill Valley | CA | — | — | 19,218 | — | 2,237 | — | 21,455 | 21,455 | (1,666) | 19 |
| Golden Gate Plaza | (3) Novato | CA | — | 3,687 | 20,851 | — | — | 3,687 | 20,851 | 24,538 | (514) | 19 |
| Woodside Office Center | (3) Novato | CA | — | 3,072 | 19,916 | — | 829 | 3,072 | 20,745 | 23,817 | (384) | 200 |
| Clocktower Square | (3) Palo Alto | CA | — | — | 41,279 | — | 33 | — | 41,312 | 41,312 | (452) | 1967- |
| Embarcadero Place | Palo Alto | CA | 33,237 | 10,500 | 59,500 | — | 4,833 | 10,500 | 64,333 | 74,833 | (9,053) | 198 |
| Foothill Research Center | Palo Alto | CA | — | — | 104,894 | — | 60 | — | 104,954 | 104,954 | (12,315) | 199 |
| Lockheed | Palo Alto | CA | — | — | 27,712 | — | 70 | — | 27,782 | 27,782 | (3,188) | 199 |
| Palo Alto Square | Palo Alto | CA | — | — | 78,143 | 161 | 8,416 | 161 | 86,559 | 86,720 | (21,152) | 1971/1 |
| Xerox Campus | Palo Alto | CA | — | — | 132,810 | — | 2 | — | 132,812 | 132,812 | (15,182) | 199 |
| 1179 North McDowell | (3) Petaluma | CA | — | 1,585 | 7,638 | — | — | 1,585 | 7,638 | 9,223 | (253) | 198 |
| Redwood Business Park I | (3) Petaluma | CA | 11,395 | 2,616 | 15,034 | — | 1 | 2,616 | 15,035 | 17,651 | (55) | 1985- |
| Redwood Business Park II | (3) Petaluma | CA | 19,991 | 4,254 | 27,621 | — | — | 4,254 | 27,621 | 31,875 | (100) | 1989-2 |
| Redwood Business Park III | (3) Petaluma | CA | 16,528 | 995 | 27,407 | — | — | 995 | 27,407 | 28,402 | (83) | 1995 |
| Redwood Business Park IV | (3) Petaluma | CA | 8,950 | 300 | 14,392 | — | — | 300 | 14,392 | 14,692 | (43) | 2000 |

Table of Contents

| Description | Notes | Location | State | Encumbrances at 12/31/05 | Initial Cost — Land | Initial Cost — Building and Improvements | Costs Capitalized Subsequent to Acquisition — Land | Costs Capitalized Subsequent to Acquisition — Building and Improvements | Gross Amount — Land | Gross Amount — Building and Improvements | Total(1) | Accumulated Depreciation(1) | Date of Construction/Renovation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redwood Business Park V | (3) | Petaluma | CA | 7,069 | 701 | 9,645 | — | — | 701 | 9,645 | 10,346 | (32) | 1987 |
| Hacienda Terrace | | Pleasanton | CA | — | 7,039 | 39,887 | — | 8,793 | 7,039 | 48,680 | 55,719 | (7,765) | 1984 |
| Shorebreeze I & II | (3) | Redwood City | CA | 22,006 | 14,028 | 41,970 | — | 666 | 14,028 | 42,636 | 56,664 | (1,523) | 1985-1986 |
| Towers at Shores Center | | Redwood City | CA | — | 35,578 | 69,054 | — | 13,436 | 35,578 | 82,490 | 118,068 | (10,039) | 2002 |
| 333 Twin Dolphin Plaza | (3) | Redwood City | CA | — | 12,054 | 40,719 | — | 73 | 12,054 | 40,792 | 52,846 | (1,420) | 1985 |
| 555 Twin Dolphin Plaza | | Redwood Shores | CA | — | 11,790 | 66,810 | — | 3,565 | 11,790 | 70,375 | 82,165 | (8,816) | 1989 |
| Douglas Corporate Center | | Roseville | CA | — | 2,391 | 13,550 | — | 640 | 2,391 | 14,190 | 16,581 | (1,620) | 1990 |
| Douglas Corporate Center II | | Roseville | CA | — | 1,700 | 10,962 | — | 3,349 | 1,700 | 14,311 | 16,011 | (1,252) | 2004 |
| Johnson Ranch Corp Centre I & II | | Roseville | CA | — | 4,380 | 24,819 | — | 694 | 4,380 | 25,513 | 29,893 | (2,940) | 1990-1998 |
| Olympus Corporate Centre | (3) | Roseville | CA | — | 7,510 | 30,457 | — | 523 | 7,510 | 30,980 | 38,490 | (2,605) | 1992-1996 |
| Roseville Corporate Center | | Roseville | CA | — | 3,008 | 17,046 | — | 85 | 3,008 | 17,131 | 20,139 | (1,920) | 1999 |
| Summit at Douglas Ridge I | (3) | Roseville | CA | — | 2,937 | 23,444 | — | (1,087) | 2,937 | 22,357 | 25,294 | (1,392) | 2003 |
| 3600-3620 American River Drive | | Sacramento | CA | — | 2,209 | 12,518 | — | 2,169 | 2,209 | 14,687 | 16,896 | (1,702) | 1977-1979/1997 |
| 455 University Avenue | | Sacramento | CA | — | 465 | 2,634 | — | 245 | 465 | 2,879 | 3,344 | (381) | 1973 |
| 555 University Avenue | | Sacramento | CA | — | 939 | 5,323 | — | 624 | 939 | 5,947 | 6,886 | (675) | 1974 |
| 575 & 601 University Avenue | | Sacramento | CA | — | 1,159 | 6,569 | — | 1,146 | 1,159 | 7,715 | 8,874 | (928) | 1977 |
| 655 University Avenue | | Sacramento | CA | — | 672 | 3,806 | — | 589 | 672 | 4,395 | 5,067 | (605) | 1979 |
| 701 University Avenue | | Sacramento | CA | — | 934 | 5,294 | — | 249 | 934 | 5,543 | 6,477 | (694) | 1990 |
| 740 University Avenue | | Sacramento | CA | — | 212 | 1,199 | — | 64 | 212 | 1,263 | 1,475 | (155) | 1973 |
| Exposition Centre | | Sacramento | CA | — | 1,200 | 7,800 | — | 499 | 1,200 | 8,299 | 9,499 | (1,352) | 1984 |
| Gateway Oaks I | | Sacramento | CA | — | 2,391 | 13,546 | — | 1,151 | 2,391 | 14,697 | 17,088 | (1,725) | 1990 |
| Gateway Oaks II | | Sacramento | CA | — | 1,341 | 7,600 | — | 514 | 1,341 | 8,114 | 9,455 | (1,040) | 1992 |
| Gateway Oaks III | | Sacramento | CA | — | 936 | 5,305 | — | 357 | 936 | 5,662 | 6,598 | (676) | 1996 |
| Gateway Oaks IV | | Sacramento | CA | — | 1,658 | 9,395 | — | 499 | 1,658 | 9,894 | 11,552 | (1,147) | 1998 |
| Point West Commercentre | | Sacramento | CA | — | 2,321 | 13,154 | — | 1,362 | 2,321 | 14,516 | 16,837 | (1,958) | 1983 |
| Point West Corporate Center I & II | | Sacramento | CA | — | 3,653 | 14,779 | — | 1,507 | 3,653 | 16,286 | 19,939 | (1,991) | 1984 |
| Wells Fargo Center | | Sacramento | CA | — | 17,819 | 100,975 | — | 3,958 | 17,819 | 104,933 | 122,752 | (15,236) | 1987 |
| Bayhill Office Center | | San Bruno | CA | 85,242 | 24,010 | 136,055 | — | 8,991 | 24,010 | 145,046 | 169,056 | (20,537) | 1982/1987 |
| Skyway Landing I & II | | San Carlos | CA | — | 15,535 | 35,994 | — | 18,658 | 15,535 | 54,652 | 70,187 | (7,108) | 2000 |
| 150 California | | San Francisco | CA | — | 12,567 | 46,184 | — | 6,976 | 12,567 | 53,160 | 65,727 | (9,122) | 2000 |
| 201 California | | San Francisco | CA | 38,354 | 10,520 | 59,611 | — | 9,924 | 10,520 | 69,535 | 80,055 | (9,842) | 1980 |
| 188 Embarcadero | | San Francisco | CA | 13,682 | 4,108 | 23,280 | — | 1,835 | 4,108 | 25,115 | 29,223 | (3,747) | 1985 |
| 60 Spear | | San Francisco | CA | | | | | | | | | | |

| Property | City | State | | | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maritime Plaza | San Francisco | CA | — | 2,125 | 19,126 | 15 | 3,839 | 2,140 | 22,965 | 25,105 | (5,179) | 1967/19 |
| One Market | San Francisco | CA | — | 11,531 | 103,776 | — | 24,599 | 11,531 | 128,375 | 139,906 | (26,977) | 1967/199 |
| Ferry Building | San Francisco | CA | — | 34,814 | 313,330 | — | 50,951 | 34,814 | 364,281 | 399,095 | (90,907) | 1976/199 |
| 10 Almaden | San Jose | CA | — | — | 94,652 | — | 17,592 | — | 112,244 | 112,244 | (9,787) | 1898/200 |
| 1740 Technology | San Jose | CA | — | 12,583 | 71,303 | — | 2,981 | 12,583 | 74,284 | 86,867 | (10,420) | 1989 |
| 2290 North First Street | (6) San Jose | CA | — | 8,766 | 49,673 | — | 3,067 | 8,766 | 52,740 | 61,506 | (6,353) | 1986/199 |
| Central Park Plaza | San Jose | CA | — | 2,431 | 13,776 | — | (6,959) | 2,431 | 6,817 | 9,248 | (1,044) | 1984 |
| Metro Plaza | San Jose | CA | — | 11,181 | 63,358 | 23 | 4,668 | 11,204 | 68,026 | 79,230 | (8,873) | 1984-198 |
| Skyport East and West | San Jose | CA | — | 18,029 | 102,164 | — | 7,165 | 18,029 | 109,329 | 127,358 | (12,837) | 1986-198 |
| Concourse San Jose | San Jose | CA | — | 6,779 | 87,193 | — | 26,800 | 6,779 | 113,993 | 120,772 | (16,386) | 2001 |
| Gateway I San Jose | San Jose | CA | — | 49,279 | 279,248 | (50) | 6,713 | 49,229 | 285,961 | 335,190 | (32,950) | 1980/200 |
| Gateway II San Jose | San Jose | CA | — | 7,873 | 44,616 | — | 3,994 | 7,873 | 48,610 | 56,483 | (5,735) | 1981 |
| Gateway III North First | San Jose | CA | — | 16,286 | 92,288 | — | 5,144 | 16,286 | 97,432 | 113,718 | (11,187) | 1983-1984 |
| Office Center 225 West Santa Clara Street | San Jose | CA | — | 6,409 | 36,315 | — | 679 | 6,409 | 36,994 | 43,403 | (4,172) | 1998 |
| Peninsula Office Park | (3) San Jose | CA | — | 6,395 | 36,239 | — | 989 | 6,395 | 37,228 | 43,623 | (4,112) | 1985-1986 |
| San Mateo BayCenter I | San Mateo | CA | — | 8,600 | 94,035 | — | 1,286 | 8,600 | 95,321 | 103,921 | (9,278) | 2001 |
| San Mateo BayCenter II | San Mateo | CA | 76,760 | 27,275 | 154,561 | — | 6,278 | 27,275 | 160,839 | 188,114 | (23,014) | 1971/1998 |
| San Mateo BayCenter III | San Mateo | CA | — | 5,382 | 30,498 | — | 2,421 | 5,382 | 32,919 | 38,301 | (3,965) | 1984 |
| The Plaza at San Ramon | San Mateo | CA | — | 6,245 | 35,389 | — | 2,423 | 6,245 | 37,812 | 44,057 | (4,509) | 1984 |
| 2727 Augustine | San Ramon | CA | — | 3,357 | 19,023 | — | 421 | 3,357 | 19,444 | 22,801 | (2,245) | 1987 |
| 3281-3285 Scott Boulevard | (6) Santa Clara | CA | — | 7,460 | 42,273 | — | 9,435 | 7,460 | 51,708 | 59,168 | (8,185) | 1987-1989 |
| Applied Materials I & II | (6) Santa Clara | CA | — | 3,000 | 17,000 | — | (11,600) | 3,000 | 5,400 | 8,400 | (720) | 1975 |
| Patrick Henry Drive | (6) Santa Clara | CA | — | 1,275 | 7,225 | — | (3,390) | 1,275 | 3,835 | 5,110 | (473) | 1981 |
| Santa Clara Office Center I | Santa Clara | CA | — | 5,100 | 28,900 | — | (15,815) | 5,100 | 13,085 | 18,185 | (796) | 1979 |
| Santa Clara Office Center II | Santa Clara | CA | — | 2,475 | 14,025 | — | 4 | 2,475 | 14,029 | 16,504 | (1,564) | 1981 |
| | Santa Clara | CA | — | 2,010 | 11,391 | — | 534 | 2,010 | 11,925 | 13,935 | (1,398) | 1981 |
| | Santa Clara | CA | — | 2,870 | 16,261 | — | 971 | 2,870 | 17,232 | 20,102 | (1,978) | 1978 |

Table of Contents

| Description | Notes | Location | State | Encumbrances at 12/31/05 | Initial Cost — Land | Initial Cost — Building and Improvements | Costs Capitalized Subsequent to Acquisition — Land | Costs Capitalized — Building and Improvements | Gross Amount Carried at Close of Period 12/31/05 — Land | Gross — Building and Improvements | Total(1) | Accumulated Depreciation(1) | Date of Construction / Renovation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Santa Clara Office Center III | | Santa Clara | CA | — | 2,031 | 11,509 | — | 574 | 2,031 | 12,083 | 14,114 | (1,452) | 19 |
| Santa Clara Office Center IV | | Santa Clara | CA | — | 186 | 1,057 | — | — | 186 | 1,057 | 1,243 | (118) | 19 |
| Lake Marriott Business Park | | Santa Clara | CA | — | 9,091 | 84,967 | 297 | 10,799 | 9,388 | 95,766 | 105,154 | (18,888) | 19 |
| Fountaingrove Center | | Santa Rosa | CA | — | 2,898 | 16,424 | — | 2,927 | 2,898 | 19,351 | 22,249 | (2,251) | 1986 |
| Fountaingrove I | (3) | Santa Rosa | CA | — | 1,820 | 8,106 | — | — | 1,820 | 8,106 | 9,926 | (33) | 20 |
| Oak Valley Business Center | (3) | Santa Rosa | CA | — | 3,871 | 20,623 | — | 50 | 3,871 | 20,673 | 24,544 | (518) | 20 |
| Parkpoint Business Center | (3) | Santa Rosa | CA | 7,414 | 1,265 | 10,099 | — | — | 1,265 | 10,099 | 11,364 | (35) | 198 |
| Parkway Plaza (a.k.a. 3850 & 3880 Brickway) | (3) | Santa Rosa | CA | — | 3,791 | 19,986 | — | — | 3,791 | 19,986 | 23,777 | (381) | 200 |
| The Lakes | (3) | Santa Rosa | CA | — | 4,911 | 17,586 | — | 38 | 4,911 | 17,624 | 22,535 | (509) | 198 |
| Waterfall Towers | (3) | Santa Rosa | CA | 8,081 | 3,040 | 14,216 | — | 1 | 3,040 | 14,217 | 17,257 | (165) | 198 |
| Sunnyvale Business Center | | Sunnyvale | CA | — | 4,890 | 44,010 | — | 46 | 4,890 | 44,056 | 48,946 | (8,855) | 198 |
| **San Francisco Region Totals** | | | | 366,589 | 660,884 | 4,638,743 | 446 | 318,538 | 661,330 | 4,957,281 | 5,618,611 | (659,750) | 199 |
| **Seattle Region** | | | | | | | | | | | | | |
| 10700 Building | | Bellevue | WA | — | — | 15,958 | — | 102 | — | 16,060 | 16,060 | (1,790) | 1981 |
| 110 Atrium Place | | Bellevue | WA | — | 6,333 | 35,888 | — | 2,814 | 6,333 | 38,702 | 45,035 | (5,709) | 1981 |
| Bellefield Office Park | | Bellevue | WA | — | 12,232 | 69,312 | (1) | 6,248 | 12,231 | 75,560 | 87,791 | (9,539) | 1980 |
| Bellevue Gateway I | | Bellevue | WA | — | 3,593 | 20,360 | — | 2,200 | 3,593 | 22,560 | 26,153 | (3,094) | 1985 |
| Bellevue Gateway II | | Bellevue | WA | — | 2,016 | 11,423 | — | 910 | 2,016 | 12,333 | 14,349 | (1,592) | 1988 |
| Eastgate Office Park | | Bellevue | WA | — | 6,468 | 36,650 | 3 | 5,404 | 6,471 | 42,054 | 48,525 | (5,617) | 1985 |
| Gateway 405 Building | | Bellevue | WA | — | 1,011 | 5,727 | — | 480 | 1,011 | 6,207 | 7,218 | (802) | 1986 |
| I-90 Bellevue | | Bellevue | WA | — | 3,725 | 21,108 | — | 238 | 3,725 | 21,346 | 25,071 | (2,381) | 1986 |
| Lincoln Executive Center | | Bellevue | WA | — | 3,235 | 18,329 | — | 1,705 | 3,235 | 20,034 | 23,269 | (2,754) | 1983-19 |
| Lincoln Executive Center II & III | | Bellevue | WA | — | 4,918 | 27,868 | — | 3,949 | 4,918 | 31,817 | 36,735 | (3,819) | 1983-19 |
| Main Street Building | (4) | Bellevue | WA | — | 1,398 | 7,922 | — | (1,931) | 1,398 | 5,991 | 7,389 | (89) | 1980 |
| Plaza Center | | Bellevue | WA | — | 16,680 | 94,521 | — | 5,005 | 16,680 | 99,526 | 116,206 | (11,415) | 1978/19 |
| Plaza East | | Bellevue | WA | — | 4,687 | 26,561 | — | 2,553 | 4,687 | 29,114 | 33,801 | (3,542) | 1988 |
| Sunset North Corporate Campus | | Bellevue | WA | — | 17,031 | 79,249 | — | 14,286 | 17,031 | 93,535 | 110,566 | (17,887) | 1999 |
| City Center Bellevue | | Bellevue | WA | — | 10,349 | 93,142 | — | 8,334 | 10,349 | 101,476 | 111,825 | (19,286) | 1987 |
| One Bellevue Center | | Bellevue | WA | — | — | 56,223 | — | 9,230 | — | 65,453 | 65,453 | (13,224) | 1983 |
| Symetra Financial Center (a.k.a. Rainier Plaza) | | Bellevue | WA | — | — | 79,928 | — | 14,896 | — | 94,824 | 94,824 | (18,350) | 1986 |
| Key Center | | Bellevue | WA | — | — | 78,447 | — | 8,822 | — | 87,269 | 87,269 | (8,116) | 2000 |
| 410 17th Street | | Denver | CO | — | 4,474 | 40,264 | — | 9,342 | 4,474 | 49,606 | 54,080 | (11,090) | 1978 |
| 4949 South Syracuse | | Denver | CO | — | 822 | 7,401 | 23 | 1,492 | 845 | 8,893 | 9,738 | (2,012) | 1982 |
| Denver Corporate Center II & III | | Denver | CO | — | 6,059 | 36,534 | 4 | 7,522 | 6,063 | 44,056 | 50,119 | (10,838) | 1981/19 1997 |

| Property | City | State | | | | | | | | | | | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Denver Post Tower / Dominion Plaza | Denver | CO | — | --- | 52,937 | — | 9,784 | — | | 62,721 | 62,721 | (14,621) | |
| Metropoint I | Denver | CO | — | 5,990 | 53,911 | — | 8,272 | 5,990 | | 62,183 | 68,173 | (14,380) | |
| Metropoint II | Denver | CO | — | 6,375 | 39,375 | — | 5,206 | 6,375 | | 44,581 | 50,956 | (9,504) | |
| U.S. Bank Tower (3) | Denver | CO | — | 1,777 | 17,865 | — | 3,625 | 1,777 | | 21,490 | 23,267 | (5,629) | |
| Tabor Center | Denver | CO | — | 6,301 | 72,274 | — | 3,397 | 6,301 | | 75,671 | 81,972 | (8,919) | 197. |
| Trinity Place | Denver | CO | --- | 12,948 | 116,536 | — | 40,350 | 12,948 | | 156,886 | 169,834 | (29,049) | |
| Millennium Plaza | Denver | CO | — | 1,898 | 17,085 | — | 3,419 | 1,898 | | 20,504 | 22,402 | (4,987) | |
| Terrace Building | Englewood | CO | — | 7,757 | 38,314 | — | 698 | 7,757 | | 39,012 | 46,769 | (7,422) | |
| The Quadrant | Englewood | CO | — | 1,546 | 13,865 | 30 | 2,006 | 1,576 | | 15,871 | 17,447 | (3,233) | |
| 4000 Kruse Way Place | Lake Oswego | OR | — | 4,357 | 39,215 | — | 6,431 | 4,357 | | 45,646 | 50,003 | (10,575) | |
| 4004 Kruse Way Place | Lake Oswego | OR | --- | 4,475 | 25,360 | — | 2,292 | 4,475 | | 27,652 | 32,127 | (3,688) | 1981 |
| 4800 Meadows | Lake Oswego | OR | — | 1,888 | 10,698 | --- | 839 | 1,888 | | 11,537 | 13,425 | (1,633) | |
| 4900-5000 Meadows | Lake Oswego | OR | — | — | 17,448 | — | 896 | — | | 18,344 | 18,344 | (2,270) | |
| 4949 Meadows | Lake Oswego | OR | — | — | 30,528 | — | 1,582 | — | | 32,110 | 32,110 | (4,184) | |
| 5800 & 6000 Meadows | Lake Oswego | OR | — | — | 26,941 | --- | 1,545 | — | | 28,486 | 28,486 | (3,587) | |
| Kruse Oaks I (3) | Lake Oswego | OR | — | 4,810 | 44,222 | — | 496 | 4,810 | | 44,718 | 49,528 | (3,467) | 1999 |
| Kruse Way Plaza I & II | Lake Oswego | OR | — | — | 14,648 | — | 4,388 | — | | 19,036 | 19,036 | (2,847) | 200 |
| Kruse Woods | Lake Oswego | OR | — | 2,866 | 16,239 | — | 1,282 | 2,866 | | 17,521 | 20,387 | (2,406) | 1984- |
| Kruse Woods V | Lake Oswego | OR | — | 10,812 | 80,977 | — | 4,198 | 10,812 | | 85,175 | 95,987 | (10,843) | 1986- |
| Island Corporate Center (3) | Mercer Island | WA | — | 5,478 | 21,244 | — | 4,946 | 5,478 | | 26,190 | 31,668 | (1,911) | 200 |
| 5550 Macadam Building | Portland | OR | — | 2,700 | 15,300 | — | 1,515 | 2,700 | | 16,815 | 19,515 | (2,643) | 198 |
| | Portland | OR | — | 870 | 4,929 | — | 889 | 870 | | 5,818 | 6,688 | (779) | 1980 |

141

Table of Contents

| Description | Notes | Location | State | Encumbrances at 12/31/05 | Initial Cost — Land | Initial Cost — Building and Improvements | Costs Capitalized Subsequent to Acquisition — Land | Costs Capitalized Subsequent to Acquisition — Building and Improvements | Gross Amount Carried at Close of Period 12/31/05 — Land | Gross Amount Carried at Close of Period 12/31/05 — Building and Improvements | Total(1) | Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Umpqua Bank Plaza | | Portland | OR | — | 7,505 | 42,529 | — | 5,412 | 7,505 | 47,941 | 55,446 | |
| Lincoln Center | | Portland | OR | — | 18,760 | 106,307 | — | 12,293 | 18,760 | 118,600 | 137,360 | |
| One Pacific Square | | Portland | OR | — | 4,451 | 25,221 | — | 9,835 | 4,451 | 35,056 | 39,507 | |
| River Forum I & II | | Portland | OR | — | 4,038 | 22,881 | — | 4,467 | 4,038 | 27,348 | 31,386 | |
| RiverSide Centre (Oregon) | | Portland | OR | — | 2,537 | 12,353 | — | 1,073 | 2,537 | 13,426 | 15,963 | |
| Congress Center | | Portland | OR | — | 5,383 | 48,634 | — | 11,041 | 5,383 | 59,675 | 65,058 | |
| Southgate Office Plaza I & II | (4) | Renton | WA | — | 4,794 | 27,163 | — | (1,755) | 4,794 | 25,408 | 30,202 | |
| Washington Mutual Tower | | Seattle | WA | 79,250 | 51,000 | 289,000 | — | 3,103 | 51,000 | 292,103 | 343,103 | |
| 1111 Third Avenue | | Seattle | WA | — | 9,900 | 89,571 | — | 7,215 | 9,900 | 96,786 | 106,686 | |
| 10833-10845 NE 8th Street | | Seattle | WA | — | — | 2,000 | — | (1,637) | — | 363 | 363 | |
| Nordstrom Medical Tower | | Seattle | WA | — | 1,700 | 15,450 | — | 1,158 | 1,700 | 16,608 | 18,308 | |
| Second and Seneca | | Seattle | WA | — | 10,922 | 98,927 | — | 4,144 | 10,922 | 103,071 | 113,993 | |
| Second and Spring Building | | Seattle | WA | — | 1,968 | 17,716 | — | 3,215 | 1,968 | 20,931 | 22,899 | |
| Wells Fargo Center | | Seattle | WA | — | 21,361 | 193,529 | — | 14,292 | 21,361 | 207,821 | 229,182 | ( |
| Nimbus Corporate Center | | Tigard | OR | — | 12,934 | 73,291 | — | 11,849 | 12,934 | 85,140 | 98,074 | ( |
| **Seattle Region Totals** | | | | 79,250 | 345,132 | 2,697,298 | 59 | 297,362 | 345,191 | 2,994,660 | 3,339,851 | (4 |
| **Washington, D.C. Region** | | | | | | | | | | | | |
| Polk and Taylor Buildings | | Arlington | VA | — | 16,943 | 152,483 | — | 40,091 | 16,943 | 192,574 | 209,517 | ( |
| Centerpointe I & II | | Fairfax | VA | — | 8,838 | 79,540 | 367 | 2,283 | 9,205 | 81,823 | 91,028 | ( |
| Fair Oaks Plaza | | Fairfax | VA | — | 2,412 | 21,712 | 35 | 2,777 | 2,447 | 24,489 | 26,936 | |
| Northridge I | (11) | Herndon | VA | 12,148 | 3,225 | 29,024 | — | 2,717 | 3,225 | 31,741 | 34,966 | |
| American Center | (3) | McLean | VA | — | 15,000 | 42,272 | — | 6,839 | 15,000 | 49,111 | 64,111 | |
| John Marshall I | | McLean | VA | — | 5,216 | 46,814 | 24 | 1,128 | 5,240 | 47,942 | 53,182 | |
| John Marshall III | | McLean | VA | — | 9,950 | 29,863 | — | 3,736 | 9,950 | 33,599 | 43,549 | |
| E.J. Randolph | (11) | McLean | VA | 13,390 | 3,937 | 35,429 | 7 | 3,311 | 3,944 | 38,740 | 42,684 | |
| E.J. Randolph II | | McLean | VA | — | 5,770 | 24,587 | — | 4,006 | 5,770 | 28,593 | 34,363 | |
| Reston Town Center | | Reston | VA | 111,180 | 18,175 | 154,576 | 83 | 17,842 | 18,258 | 172,418 | 190,676 | ( |
| Reston Town Center Garage | | Reston | VA | — | 1,943 | 9,792 | — | 1,821 | 1,943 | 11,613 | 13,556 | |
| 11111 Sunset Hills Road (a.k.a. XO Building) | (3) | Reston | VA | 23,201 | 9,794 | 42,254 | — | 554 | 9,794 | 42,808 | 52,602 | |
| 1300 North 17th Street | | Rosslyn | VA | 79,656 | 9,811 | 88,296 | — | 9,963 | 9,811 | 98,259 | 108,070 | |
| 1616 North Fort Myer Drive | | Rosslyn | VA | — | 6,961 | 62,646 | — | 9,675 | 6,961 | 72,321 | 79,282 | ( |
| Army and Navy Club Building | | Washington | D.C. | — | 3,773 | 33,954 | — | 218 | 3,773 | 34,172 | 37,945 | ( |
| Market Square | | Washington | D.C. | — | 33,077 | 187,437 | — | 6,254 | 33,077 | 193,691 | 226,768 | ( |
| One | | Washington | D.C. | | | | | | | | | |

| Property | | City | State | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lafayette Centre Two | | Washington | D.C. | — | 8,262 | 74,362 | — | | 4,024 | 8,262 | | 78,386 | 86,648 |
| Lafayette Centre Three | | Washington | D.C. | — | 2,642 | 26,676 | | | 1,963 | 2,642 | | 28,639 | 31,281 |
| Lafayette Centre Liberty Place | | Washington | D.C. | — | 6,871 | 61,841 | | | 8,066 | 6,871 | | 69,907 | 76,778 |
| | | Washington | D.C. | — | 5,625 | 50,625 | — | | 1,889 | 5,625 | | 52,514 | 58,139 |
| **Washington, D.C. Region Totals** | | | | 239,575 | 178,225 | 1,254,183 | 516 | | 129,157 | 178,741 | | 1,383,340 | 1,562,081 |
| **Subtotal Office Properties** | | | | 2,164,199 | 2,666,997 | 18,701,580 | 3,559 | | 1,575,485 | 2,670,556 | | 20,277,065 | 22,947,621 |
| **Development Properties:** | | | | | | | | | | | | | |
| Summit at Douglas Ridge II | (12) | Roseville | CA | — | 3,597 | 14,095 | | | 2,686 | 3,597 | | 16,781 | 20,378 |
| Bridge Pointe Corporate Center III | (12) | San Diego | CA | — | 5,250 | — | | | 6,462 | 5,250 | | 6,462 | 11,712 |
| Foundry Square I (Barclays) | (12) | San Francisco | CA | — | 10,000 | — | | | 2,481 | 10,000 | | 2,481 | 12,481 |
| 1095 Avenue of the Americas | (3)(12) | New York | NY | — | 268,799 | 237,073 | | | 9,640 | 268,799 | | 246,713 | 515,512 |
| Kruse Oaks II | (12) | Portland | OR | — | — | — | | | 4,922 | — | | 4,922 | 4,922 |
| City Center Plaza West | (12) | Bellevue | WA | — | 11,420 | — | | | 1,623 | 11,420 | | 1,623 | 13,043 |
| **Subtotal Development Properties** | | | | | 299,066 | 251,168 | | | 27,814 | 299,066 | | 278,982 | 578,048 |
| **Property Held for Sale:** | | | | | | | | | | | | | |
| 8-16 Perimeter 120 | (13) | Atlanta | GA | — | 1,552 | 5,693 | | | 1,033 | 1,552 | | 6,726 | 8,278 |
| Montgomery | (14) | San Francisco | CA | — | 17,564 | 99,532 | — | | (51,161) | 17,564 | | 48,371 | 65,935 |
| 3001 Stender Way | (14) | Santa Clara | CA | — | 2,263 | 12,823 | — | | (12,177) | 2,263 | | 646 | 2,909 |
| **Subtotal Property Held for Sale** | | | | — | 21,379 | 118,048 | — | | (62,305) | 21,379 | | 55,743 | 77,122 |

142

Table of Contents

| Description | Notes | Location | State | Encumbrances at 12/31/05 | Initial Cost – Land | Initial Cost – Building and Improvements | Costs Capitalized Subsequent to Acquisition – Land | Costs Capitalized Subsequent to Acquisition – Building and Improvements | Gross Amount Carried at Close of Period 12/31/05 – Land | Gross Amount – Building and Improvements | Total(1) | Accumulated Depreciation(1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Industrial Properties:** | | | | | | | | | | | | |
| **San Francisco Region** | | | | | | | | | | | | |
| Benicia Ind II & III Independent Road | | Benicia | CA | — | 2,250 | 12,750 | | 505 | 2,250 | 13,255 | 15,505 | (1,549) |
| Warehouse | | Oakland | CA | — | 900 | 5,100 | — | — | 900 | 5,100 | 6,000 | (568) |
| **San Francisco Region Totals** | | | | — | 3,150 | 17,850 | | 505 | 3,150 | 18,355 | 21,505 | (2,117) |
| **Subtotal Industrial Properties** | | | | — | 3,150 | 17,850 | — | 505 | 3,150 | 18,355 | 21,505 | (2,117) |
| **Land Available for Development** | (4) | Various | | | 176,868 | | — | 3,192 | 176,868 | 3,192 | 180,060 | (18) |
| **Management Business** | | | | — | 17 | (150) | 84 | 158,011 | 101 | 157,861 | 157,962 | (45,324) |
| **Investment in Real Estate** | (15) | | | $ 2,164,199 | $3,167,477 | $ 19,088,496 | $3,643 | $ 1,702,702 | $ 3,171,120 | 20,791,198 | $23,962,318 | $ (3,368,341) |

(1) The aggregate cost, net of accumulated tax depreciation, for Federal Income Tax purposes as of December 31, 2005 was $14.9 billion.

(2) The life to compute depreciation on building is 18-59 years. The life to compute depreciation on building improvements is 3-40 years.

(3) The initial cost of acquisition recorded for these properties includes intangible assets that are classified in "Deferred leasing costs and other related intangibles" and "Other liabilities" on the consolidated balance sheets. Accumulated depreciation for these properties includes the accumulated amortization for these related intangibles.

(4) We recorded $65.7 million of impairment charges on these properties during 2005.

(5) This property was previously under development and has been placed into service during 2005.

(6) We recorded $38.5 million of impairment charges on these properties during 2004.

(7) Our interest in this Office Property is attributed to our ownership of indebtedness and was consolidated in 2004 under FIN 46(R).

(8) Equity Office and an unaffiliated party own this property as tenants-in-common.

(9) A mortgage note encumbering these properties has cross default and collateralization provisions.

(10) This Property contains 106 residential units in addition to 226,197 square feet of office space.

(11) These loans are subject to cross default and collateralization provisions.

(12) These properties are in development. During the development period certain operating costs, including real estate taxes together with interest incurred during the development stages is capitalized.

(13) This property was held for sale as of December 31, 2005, pursuant to FAS 144.

(14) This property was held for sale at December 31, 2005, pursuant to FAS 144 and is reflected at its fair value less costs to sell.

(15) The encumbrances at December 31, 2005 include a net discount of $5.2 million.

143

Table of Contents

**A summary of activity of investment in real estate and accumulated depreciation is as follows:**

The changes in investment in real estate for the years ended December 31, 2005, 2004, and 2003 are as follows:

| | December 31, 2005 | December 31, 2004 | December 31, 2003 |
|---|---|---|---|
| Balance, beginning of the period | $ 25,420,675 | $ 24,334,162 | $ 25,163,516 |
| Additions during period: | | | |
| Acquisitions | 1,318,983 | 484,566 | 163,511 |
| Consolidation of Properties previously accounted for under the equity method | — | 819,569 | 85,870 |
| Consolidation of SunAmerica Center | — | 330,787 | — |
| Improvements | 397,633 | 430,570 | 471,638 |
| Deductions during period: | | | |
| Properties disposed of | (2,804,568) | (709,033) | (1,545,598) |
| Provision for loss on properties held for sale | (48,038) | (2,123) | — |
| Impairment | (384,039) | (275,350) | (7,667) |
| Write-off of fully depreciated assets which are no longer in service | (22,523) | (77,816) | (19,048) |
| | 23,878,123 | 25,335,332 | 24,312,222 |
| Initial cost of acquisition recorded as intangible assets and classified in "deferred lease costs" on the consolidated balance sheets | 84,195 | 85,343 | 21,940 |
| Balance, end of period | $ 23,962,318 | $ 25,420,675 | $ 24,334,162 |

The changes in accumulated depreciation for the years ended December 31, 2005, 2004, and 2003 are as follows:

| | December 31, 2005 | December 31, 2004 | December 31, 2003 |
|---|---|---|---|
| Balance, beginning of the period | $ (3,180,707) | $ (2,578,361) | $ (2,077,613) |
| Additions during period: | | | |
| Depreciation | (699,259) | (709,924) | (663,935) |
| Consolidation of Properties previously accounted for under the equity method | — | (53,110) | — |
| Consolidation of SunAmerica Center | — | (31,219) | — |
| Deductions during period: | | | |
| Properties disposed of | 335,610 | 75,123 | 144,251 |
| Provision for loss on properties held for sale | 10,606 | — | — |
| Impairment | 165,036 | 46,180 | 167 |
| Write-off of fully depreciated assets which are no longer in service | 22,523 | 77,816 | 19,048 |
| | (3,346,191) | (3,173,495) | (2,578,082) |
| Accumulated amortization of initial cost of acquisition recorded as intangible assets and classified in "deferred lease costs" on the consolidated balance sheets | (22,150) | (7,212) | (279) |
| Balance, end of period | $ (3,368,341) | $ (3,180,707) | $ (2,578,361) |

144