1  Michael H. Steinberg (CSB 134179)
   SULLIVAN & CROMWELL LLP
2  1888 Century Park East
   Los Angeles, California 90067
3  Telephone: (310) 712-6600
   Facsimile:  (310) 712-8800
4
   Christopher R. Edgar (CSB 229771)
5  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
6  Palo Alto, California 94303
   Telephone: (650) 461-5600
7  Facsimile:  (650) 461-5700

8  *Attorneys for Plaintiffs/Petitioners Warren
   E. Spieker, Jr., et al.*
9

10                UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 | JOEL BENOLIEL, GREGG R. DAUGHERTY,        | Case No. C 07-03001-RMW
   | BRUCE E. HOSFORD, and DONALD S.
14 | JEFFERSON,

15 |     Plaintiffs/Petitioners,                | **JOINT STIPULATION
                                                | [PROPOSED] ORDER
16 | v.                                         | CONTINUING HEARING ON
                                                | THE FIRST AMENDED
17 | BLACKHAWK PARENT LLC, a Delaware limited   | PETITION TO COMPEL
   | liability company, and EOP OPERATING       | ARBITRATION**
18 | LIMITED PARTNERSHIP, a Delaware limited
   | partnership,                               | *Prior Hearing Date: August 31,*
19                                              | *2007*
   |     Defendants/Respondents.
20                                              | *New Hearing Date: September 28,*
                                                | *2007*
21

22

23

24

25

26

27

28
   JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME        Case No. C 07-03001-RMW

    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty, Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition") scheduled to be heard August 31, 2007 (the "Hearing").

    WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;

    WHEREAS, Respondents filed a Memorandum of Points and Authorities in Opposition to the Amended Petition (the "Opposition") on August 10, 2007;

    WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on August 17, 2007;

    WHEREAS, the Hearing on the First Amended Petition is set for August 31, 2007 at 9:00 a.m.;

    WHEREAS, the parties are in discussions directed toward reaching a negotiated resolution of the Amended Petition;

    WHEREAS, the parties agree to continue the Hearing until September 28, 2007; and

    WHEREAS, the parties agree that this Stipulation does not waive any of the rights or defenses available to either party, and that each party reserves its rights to assert any and all rights and defenses in the future and to provide further papers updating the Court and providing any further developments;

    NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

    Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and 7-12 of the Federal District Court for the Northern District of California, that the Hearing be continued to 9 a.m. on Friday, September 28, 2007.

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME     Case No. C 07-03001-RMW
- 2 -

1  Dated: August 24, 2007                SULLIVAN & CROMWELL LLP

                                         _____
                                         Michael H. Steinberg
                                         Attorneys for Plaintiffs/Petitioners
                                         JOEL BENOLIEL, et al.

6  Dated: August 24, 2007                SIMPSON THACHER & BARTLETT LLP

                                         _____
                                         Harrison J. Frahn IV
                                         Attorneys for Defendants/Respondents
                                         BLACKHAWK PARENT LLC and EOP
                                         OPERATING LIMITED PARTNERSHIP

         PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated: _____, 2007            By _____
                                         The Honorable Ronald M. Whyte
                                         United States District Judge