1  Michael H. Steinberg (CSB 134179)
   SULLIVAN & CROMWELL LLP
2  1888 Century Park East
   Los Angeles, California 90067
3  Telephone: (310) 712-6600
   Facsimile:  (310) 712-8800
4
   Christopher R. Edgar (CSB 229771)
5  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
6  Palo Alto, California 94303
   Telephone: (650) 461-5600
7  Facsimile:  (650) 461-5700

8  *Attorneys for Plaintiffs/Petitioners Warren
   E. Spieker, Jr., et al.*                     **E-FILED: 8/28/07**
9

10                UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13  JOEL BENOLIEL, GREGG R. DAUGHERTY,          Case No. C 07-03001-RMW
    BRUCE E. HOSFORD, and DONALD S.
14  JEFFERSON,

15       Plaintiffs/Petitioners,                **JOINT STIPULATION
                                                [PROPOSED] ORDER
16       v.                                     CONTINUING HEARING ON
                                                THE FIRST AMENDED
17  BLACKHAWK PARENT LLC, a Delaware limited    PETITION TO COMPEL
    liability company, and EOP OPERATING        ARBITRATION**
18  LIMITED PARTNERSHIP, a Delaware limited
    partnership,                                *Prior Hearing Date:* August 31,
19                                              2007
         Defendants/Respondents.
20                                              *New Hearing Date:* September 28,
                                                2007
21

22

23

24

25

26

27

28
    JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME      Case No. C 07-03001-RMW

1    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty, Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition") scheduled to be heard August 31, 2007 (the "Hearing").

WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;

WHEREAS, Respondents filed a Memorandum of Points and Authorities in Opposition to the Amended Petition (the "Opposition") on August 10, 2007;

WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on August 17, 2007;

WHEREAS, the Hearing on the First Amended Petition is set for August 31, 2007 at 9:00 a.m.;

WHEREAS, the parties are in discussions directed toward reaching a negotiated resolution of the Amended Petition;

WHEREAS, the parties agree to continue the Hearing until September 28, 2007; and

WHEREAS, the parties agree that this Stipulation does not waive any of the rights or defenses available to either party, and that each party reserves its rights to assert any and all rights and defenses in the future and to provide further papers updating the Court and providing any further developments;

NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and 7-12 of the Federal District Court for the Northern District of California, that the Hearing be continued to 9 a.m. on Friday, September 28, 2007.

1  Dated: August 28, 2007                    SULLIVAN & CROMWELL LLP

2

3                                             _____Michael H. Steinberg/ljp electronically_____
                                                           Michael H. Steinberg
4                                                     Attorneys for Plaintiffs/Petitioners
                                                            JOEL BENOLIEL, et al.
5

6
   Dated: August 28, 2007                    SIMPSON THACHER & BARTLETT LLP
7

8
                                              _____Harrison J. Frahn/ljp electronically_____
9                                                          Harrison J. Frahn IV
                                                     Attorneys for Defendants/Respondents
10                                                   BLACKHAWK PARENT LLC and EOP
                                                     OPERATING LIMITED PARTNERSHIP
11

12
           PURSUANT TO STIPULATION, IT IS SO ORDERED.
13

14

15 Dated: _____8/28/07_____, 2007          By  _____/s/ Ronald M. Whyte_____
                                                      The Honorable Ronald M. Whyte
16                                                    United States District Judge

17

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME          Case No. C 07-03001-RMW
- 3 -