```
 1  Michael H. Steinberg (CSB 134179)
    SULLIVAN & CROMWELL LLP
 2  1888 Century Park East
    Los Angeles, California  90067
 3  Telephone:    (310) 712-6600
    Facsimile:    (310) 712-8800
 4
    Christopher R. Edgar (CSB 229771)
 5  SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
 6  Palo Alto, California  94303
    Telephone:    (650) 461-5600
 7  Facsimile:    (650) 461-5700
 8  Attorneys for Plaintiffs/Petitioners Joel
    Benoliel, et al.
 9
10
11
12                   UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
14
15  JOEL BENOLIEL, GREGG R.          )
    DAUGHERTY, BRUCE E. HOSFORD      )
16  and DONALD S. JEFFERSON,         )
                                     )
17          Plaintiffs/Petitioners,  )    Case No.  C 07-03001 RMW
                                     )
18      v.                           )
                                     )
19  BLACKHAWK PARENT LLC, a          )
    Delaware limited liability company, and )  ADR CERTIFICATION BY
20  EOP OPERATING LIMITED            )    PARTIES AND COUNSEL
    PARTNERSHIP, a Delaware limited  )
21  partnership,                     )
                                     )
22          Defendants/Respondents.  )
                                     )
23
```

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), attached are signed Certifications by Joel Benoliel, Gregg R. Daughtery, Bruce E. Hosford and Donald S. Jefferson, and by their counsel..

Dated: September 12, 2007
       Los Angeles, California

Respectfully submitted,

_____
Michael H. Steinberg (CSB 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Christopher R. Edgar (CSB 229771)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Plaintiffs/Petitioners Joel Benoliel, et al.*