UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joel Benoliel, et al.,

        Plaintiff(s),

v.

Blackhawk Parent LLC, et al.,

        Defendant(s).

Case No. C 07-03001 RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Sept. 10, 2007

                                Joel Benoliel

Dated:_____

                                Gregg R. Daughtery

Dated:_____

                                Bruce E. Hosford

Dated:_____

                                Donald S. Jefferson

Dated:_____

                                Michael H. Steinberg (CSB 134179)
                                SULLIVAN & CROMWELL LLP
                                1888 Century Park East
                                Los Angeles, California 90067
                                Telephone: (310) 712-6600
                                Facsimile: (310) 712-8800

*Attorneys for Plaintiffs/Petitioners Joel Benoliel, et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joel Benoliel, et al.,

                Plaintiff(s),

    v.

Blackhawk Parent LLC, et al.,

                Defendant(s).
_____/

Case No. C 07-03001 RMW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated: SEP 11, 2007

Dated:_____

Dated:_____

Dated:_____

_____
Joel Benoliel

_[signature]_
Gregg R. Daughtery

_____
Bruce E. Hosford

_____
Donald S. Jefferson

Michael H. Steinberg (CSB 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Plaintiffs/Petitioners
Joel Benoliel, et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joel Benoliel, et al.,

                Plaintiff(s),

v.

Blackhawk Parent LLC, et al.,

                Defendant(s).

Case No. C 07-03001 RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated:_____

Dated: 9/11/07

Dated:_____

Dated:_____

_____
Joel Benoliel

_____
Gregg R. Daughtery
Bruce E. Hosford

_____
Donald S. Jefferson

Michael H. Steinberg (CSB 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

*Attorneys for Plaintiffs/Petitioners
Joel Benoliel, et al.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Joel Benoliel, et al.,

              Plaintiff(s),

v.

Blackhawk Parent LLC, et al.,

              Defendant(s).

Case No. C 07-03001 RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

                                                Joel Benoliel

Dated:_____

                                                Gregg R. Daughtery

Dated:_____

                                                Bruce E. Hosford

Dated: 9/12/07

                                                Donald S. Jefferson

Dated:_____

                                                Michael H. Steinberg (CSB 134179)
                                                SULLIVAN & CROMWELL LLP
                                                1888 Century Park East
                                                Los Angeles, California 90067
                                                Telephone:    (310) 712-6600
                                                Facsimile:    (310) 712-8800

*Attorneys for Plaintiffs/Petitioners Joel Benoliel, et al.*