HARRISON J. FRAHN IV (BAR NO. 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

BRUCE D. ANGIOLILLO (admitted *pro hac vice*)
PAUL C. GLUCKOW (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Blackhawk Parent LLC and EOP Operating Limited Partnership*

MICHAEL H. STEINBERG (CSB 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

CHRISTOPHER R. EDGAR (CSB 229771)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Plaintiffs/Petitioners Joel Benoliel, et al.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, et al., | Case No. C 07-03001-RMW |
| Plaintiffs/Petitioners, | |
| v. | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| BLACKHAWK PARENT LLC, et al., | |
| Defendants/Respondents. | |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  September 28, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Paul C. Gluckow | Defendants/Respondents | (212) 455-2653 | pgluckow@stblaw.com |
| Harrison J. Frahn | Defendants/Respondents | (650) 251-5065 | hfrahn@stblaw.com |
| Michael Steinberg | Plaintiffs/Petitioners | (310) 712-6670 | steinbergm@sullcrom.com |

Dated: September 13, 2007

/s/ Michael Steinberg
Michael Steinberg
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310 712-8800

Attorneys for Plaintiffs/Petitioners
JOEL BENOLIEL, et al.

Dated: September 13, 2007

/s/ Harrision J. Frahn IV
Harrison J. Frahn IV (Bar No. 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants/Respondents
BLACKHAWK PARENT LLC and
EOP OPERATING LIMITED
PARTNERSHIP