**ECF FILER'S ATTESTATION**

I, Harrison J. Frahn IV, as the e-filing signatory, attest that concurrence in filing the Notice of Need for ADR Phone Conference has been obtained from the signatory, Michael Steinberg, Esq. In accordance with General Order 45, Section X(B), I shall maintain a record of the original signature to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action.

Dated: September 13, 2007                    By      /s/ Harrison J. Frahn IV
                                                      Harrison J. Frahn IV

ECF FILER'S ATTESTATION                                      Case No. C 07-03001 RMW