HARRISON J. FRAHN IV (BAR NO. 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

BRUCE D. ANGIOLILLO (admitted *pro hac vice*)
PAUL C. GLUCKOW (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017-3954
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502

*Attorneys for Blackhawk Parent LLC and*
*EOP Operating Limited Partnership*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, et al., | Case No. C 07-03001-RMW |
| Plaintiffs/Petitioners, | |
| v. | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| BLACKHAWK PARENT LLC, et al., | |
| Defendants/Respondents. | |

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned

2 certifies that he or she has:

3    (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern*

4 *District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

5    (2)    Discussed the available dispute resolution options provided by the Court

6 and private entities; and

7    (3)    Considered whether this case might benefit from any of the available

8 dispute resolution options.

9 Dated:  September 13, 2007                     /s/ Matt Koritz
                                                On behalf of Defendants/Respondents
10                                              BLACKHAWK PARENT LLC and
                                                EOP OPERATING LIMITED
11                                              PARTNERSHIP

12

13 Dated:  September 13, 2007                     /s/ Harrison J. Frahn IV
                                                Harrison J. Frahn IV (Bar No. 206822)
14                                              SIMPSON THACHER & BARTLETT LLP
                                                2550 Hanover Street
15                                              Palo Alto, CA 94304
                                                Telephone: (650) 251-5000
16                                              Facsimile: (650) 251-5002

17                                              Attorneys for Defendants/Respondents
                                                BLACKHAWK PARENT LLC and
18                                              EOP OPERATING LIMITED
                                                PARTNERSHIP
19

20

21

22

23

24

25

26

27

28