1

**ECF FILER'S ATTESTATION**

2           I, Harrison J. Frahn IV, as the e-filing signatory, attest that concurrence in filing the

3  ADR Certification by Parties and Counsel has been obtained from the signatory, Matt Koritz, Esq.

4  In accordance with General Order 45, Section X(B), I shall maintain a record of the original

5  signature to support this concurrence for subsequent production for the court if so ordered or for

6  inspection upon request by a party until one year after final resolution of the action.

7  Dated:  September 13, 2007              By      /s/ Harrison J. Frahn IV
                                                    Harrison J. Frahn IV
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ECF FILER'S ATTESTATION                                              Case No. C 07-03001 RMW