Michael H. Steinberg (CSB 134179)
Laura E. Kabler (CSB 241281)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Petitioners Joel Benoliel, et al.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD, and DONALD S. JEFFERSON,<br><br>   Plaintiffs/Petitioners,<br><br>   v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>   Defendants/Respondents. | Case No. C 07-03001-RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON THE FIRST AMENDED PETITION TO COMPEL ARBITRATION AND THE CASE MANAGEMENT CONFERENCE**<br><br>Prior Hearing Date: October 19, 2007<br><br>New Hearing Date: November 9, 2007 |

1   Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District
2   for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty,
3   Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their
4   respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning
5   Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition")
6   scheduled to be heard October 19, 2007 (the "Hearing").
7   WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;
8   WHEREAS, Respondents filed a Memorandum of Points and Authorities in
9   Opposition to the Amended Petition (the "Opposition") on August 10, 2007;
10  WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on
11  August 17, 2007;
12  WHEREAS, a hearing on the Amended Petition was originally scheduled for
13  August 31, 2007 at 9:00 a.m.;
14  WHEREAS, on August 27, 2007, the parties submitted a joint stipulation and
15  proposed order, continuing the August 31, 2007 hearing to September 28, 2007;
16  WHEREAS, on August 28, 2007, the Court entered the proposed order continuing
17  the August 31, 2007 hearing to September 28, 2007;
18  WHEREAS, a Case Management Conference was also scheduled to occur on
19  September 28, 2007;
20  WHEREAS, on September 18, 2007, the Court *sua sponte* ordered that the hearing
21  on the Amended Petition and the Case Management Conference be continued to October 19, 2007;
22  WHEREAS, the parties are in continued discussions directed toward reaching a
23  negotiated resolution of the issues raised by the Amended Petition;
24  WHEREAS, the parties agree to continue the Hearing and the Case Management
25  Conference until November 9, 2007; and
26  WHEREAS, the parties agree that this Stipulation does not waive any of the rights
27  or defenses available to either party, and that each party reserves its rights to assert any and all
28

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME          Case No. C 07-03001-RMW
- 2 -

1  rights and defenses in the future and to provide further papers updating the Court and providing
2  any further developments;
3          NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:
4          Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and
5  7-12 of the Federal District Court for the Northern District of California, that the Hearing and the
6  Case Management Conference be continued to 9 a.m. on Friday, November 9, 2007.

7  Dated: October 9, 2007　　　　　　　　　SULLIVAN & CROMWELL LLP

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Michael H. Steinberg
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs/Petitioners
　　　　　　　　　　　　　　　　　　　　　　　JOEL BENOLIEL, et al.

Dated: October 9, 2007　　　　　　　　　SIMPSON THACHER & BARTLETT LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ (with express permission)
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Paul C. Gluckow
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants/Respondents
　　　　　　　　　　　　　　　　　　　　　　　BLACKHAWK PARENT LLC and EOP
　　　　　　　　　　　　　　　　　　　　　　　OPERATING LIMITED PARTNERSHIP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　United States District Judge