Michael H. Steinberg (CSB 134179)
Laura E. Kabler (CSB 241281)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Petitioners Joel Benoliel, et al.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          ***E-FILED - 10/11/07***

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD, and DONALD S. JEFFERSON,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Defendants/Respondents. | Case No. C 07-03001-RMW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON THE FIRST AMENDED PETITION TO COMPEL ARBITRATION AND THE CASE MANAGEMENT CONFERENCE**<br><br>**Prior Hearing Date:** October 19, 2007<br><br>**New Hearing Date:** November 9, 2007 |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty, Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition") scheduled to be heard October 19, 2007 (the "Hearing").

WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;

WHEREAS, Respondents filed a Memorandum of Points and Authorities in Opposition to the Amended Petition (the "Opposition") on August 10, 2007;

WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on August 17, 2007;

WHEREAS, a hearing on the Amended Petition was originally scheduled for August 31, 2007 at 9:00 a.m.;

WHEREAS, on August 27, 2007, the parties submitted a joint stipulation and proposed order, continuing the August 31, 2007 hearing to September 28, 2007;

WHEREAS, on August 28, 2007, the Court entered the proposed order continuing the August 31, 2007 hearing to September 28, 2007;

WHEREAS, a Case Management Conference was also scheduled to occur on September 28, 2007;

WHEREAS, on September 18, 2007, the Court *sua sponte* ordered that the hearing on the Amended Petition and the Case Management Conference be continued to October 19, 2007;

WHEREAS, the parties are in continued discussions directed toward reaching a negotiated resolution of the issues raised by the Amended Petition;

WHEREAS, the parties agree to continue the Hearing and the Case Management Conference until November 9, 2007; and

WHEREAS, the parties agree that this Stipulation does not waive any of the rights or defenses available to either party, and that each party reserves its rights to assert any and all

...

1 rights and defenses in the future and to provide further papers updating the Court and providing
2 any further developments;

3         NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

4         Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and
5 7-12 of the Federal District Court for the Northern District of California, that the Hearing and the
6 Case Management Conference be continued to 9 a.m. on Friday, November 9, 2007.

7 Dated: October 9, 2007         SULLIVAN & CROMWELL LLP

8
9                               _____
10                               Michael H. Steinberg
                              Attorneys for Plaintiffs/Petitioners
11                               JOEL BENOLIEL, et al.

12
13 Dated: October 9, 2007         SIMPSON THACHER & BARTLETT LLP

14
15                               /s/ (with express permission)
                              Paul C. Gluckow
16                               Attorneys for Defendants/Respondents
                              BLACKHAWK PARENT LLC and EOP
17                               OPERATING LIMITED PARTNERSHIP

18
19         PURSUANT TO STIPULATION, IT IS SO ORDERED.

20
21 Dated: __10/11_____, 2007     By _____
22                                     The Honorable Ronald M. Whyte
                                    United States District Judge