1   Michael H. Steinberg (CSB 134179)
    Laura E. Kabler (CSB 241281)
2   SULLIVAN & CROMWELL LLP
    1888 Century Park East
3   Los Angeles, California 90067
    Telephone: (310) 712-6600
4   Facsimile:  (310) 712-8800

5   *Attorneys for Petitioners Joel Benoliel, et al.*

                                            ***E-FILED 11/5/07***
6

7

8                   UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11   JOEL BENOLIEL, GREGG R. DAUGHERTY,        Case No. C 07-03001-RMW
     BRUCE E. HOSFORD, and DONALD S.
12   JEFFERSON,

13        Plaintiffs/Petitioners,            JOINT STIPULATION AND
                                             [PROPOSED] ORDER
14        v.                                 CONTINUING THE HEARING
                                             ON THE FIRST AMENDED
15   BLACKHAWK PARENT LLC, a Delaware limited PETITION TO COMPEL
     liability company, and EOP OPERATING    ARBITRATION AND THE CASE
16   LIMITED PARTNERSHIP, a Delaware limited  MANAGEMENT CONFERENCE
     partnership,
17                                           Prior Hearing Date:  November 9,
          Defendants/Respondents.            2007
18
                                             New Hearing Date: December 7,
19                                           2007

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District

2  for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty,

3  Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their

4  respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning

5  Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition")

6  scheduled to be heard November 9, 2007 (the "Hearing").

7    WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;

8    WHEREAS, Respondents filed a Memorandum of Points and Authorities in

9  Opposition to the Amended Petition (the "Opposition") on August 10, 2007;

10    WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on

11  August 17, 2007;

12    WHEREAS, a hearing on the Amended Petition was originally scheduled for

13  August 31, 2007 at 9:00 a.m.;

14    WHEREAS, on August 27, 2007, the parties submitted a joint stipulation and

15  proposed order, continuing the August 31, 2007 hearing to September 28, 2007;

16    WHEREAS, on August 28, 2007, the Court entered the proposed order continuing

17  the August 31, 2007 hearing to September 28, 2007;

18    WHEREAS, a Case Management Conference was also scheduled to occur on

19  September 28, 2007;

20    WHEREAS, on September 18, 2007, the Court *sua sponte* ordered that the hearing

21  on the Amended Petition and the Case Management Conference be continued to October 19, 2007;

22    WHEREAS, upon a joint stipulation submitted by the parties, on October 11, 2007,

23  the Court ordered that the hearing on the Amended Petition and the Case Management Conference

24  be continued to November 9, 2007;

25    WHEREAS, the parties are in continued discussions directed toward reaching a

26  negotiated resolution of the issues raised by the Amended Petition;

27

28

1       WHEREAS, the parties agree to continue the Hearing and the Case Management

2  Conference until December 7, 2007; and

3       WHEREAS, the parties agree that this Stipulation does not waive any of the rights

4  or defenses available to either party, and that each party reserves its rights to assert any and all

5  rights and defenses in the future and to provide further papers updating the Court and providing

6  any further developments;

7       NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

8       Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and

9  7-12 of the Federal District Court for the Northern District of California, that the Hearing and the

10  Case Management Conference be continued to 9 a.m. on Friday, December 7, 2007.

11  Dated: October 31, 2007        SULLIVAN & CROMWELL LLP

12

13

14                              Michael H. Steinberg
                            Attorneys for Plaintiffs/Petitioners

15                            JOEL BENOLIEL, et al.

16

17  Dated: October 31, 2007        SIMPSON THACHER & BARTLETT LLP

18

19                        /s/ (with express permission)
                              Paul C. Gluckow

20                          Attorneys for Defendants/Respondents
                          BLACKHAWK PARENT LLC and EOP

21                          OPERATING LIMITED PARTNERSHIP

22

23       PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated: ___11/5/07___, 2007     By  /s/ Ronald M. Whyte
                              The Honorable Ronald M. Whyte

26                          United States District Judge

27

28

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME    Case No. C 07-03001-RMW