1  Michael H. Steinberg (CSB 134179)
   SULLIVAN & CROMWELL LLP
2  1888 Century Park East
   Los Angeles, California 90067
3  Telephone: (310) 712-6600
   Facsimile:  (310) 712-8800
4
   *Attorneys for Petitioners Joel Benoliel, et al.*
5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11  JOEL BENOLIEL, GREGG R. DAUGHERTY,             Case No. C 07-03001-RMW
    BRUCE E. HOSFORD, and DONALD S.
12  JEFFERSON,

13          Plaintiffs/Petitioners,
                                                   **JOINT STIPULATION AND
14     v.                                          [PROPOSED] ORDER
                                                   CONTINUING THE HEARING
15  BLACKHAWK PARENT LLC, a Delaware limited       ON THE FIRST AMENDED
    liability company, and EOP OPERATING           PETITION TO COMPEL
16  LIMITED PARTNERSHIP, a Delaware limited        ARBITRATION AND THE CASE
    partnership,                                   MANAGEMENT CONFERENCE**
17
            Defendants/Respondents.                **Prior Hearing Date:** December 7,
18                                                 2007

19                                                 **New Hearing Date:** January 11,
                                                   2008
20

21

22

23

24

25

26

27

28
    JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME    Case No. C 07-03001-RMW

1  Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District
2 for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty,
3 Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their
4 respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning
5 Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition")
6 scheduled to be heard December 7, 2007 (the "Hearing").
7  WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;
8  WHEREAS, Respondents filed a Memorandum of Points and Authorities in
9 Opposition to the Amended Petition (the "Opposition") on August 10, 2007;
10  WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on
11 August 17, 2007;
12  WHEREAS, a hearing on the Amended Petition was originally scheduled for
13 August 31, 2007 at 9:00 a.m.;
14  WHEREAS, on August 27, 2007, the parties submitted a joint stipulation and
15 proposed order, continuing the August 31, 2007 hearing to September 28, 2007;
16  WHEREAS, on August 28, 2007, the Court entered the proposed order continuing
17 the August 31, 2007 hearing to September 28, 2007;
18  WHEREAS, a Case Management Conference was also scheduled to occur on
19 September 28, 2007;
20  WHEREAS, on September 18, 2007, the Court *sua sponte* ordered that the hearing
21 on the Amended Petition and the Case Management Conference be continued to October 19, 2007;
22  WHEREAS, upon a joint stipulation submitted by the parties, on October 11, 2007,
23 the Court ordered that the hearing on the Amended Petition and the Case Management Conference
24 be continued to November 9, 2007;
25  WHEREAS, upon a joint stipulation submitted by the parties, on October 31, 2007,
26 the Court ordered that the hearing on the Amended Petition and the Case Management Conference
27 be continued to December 7, 2007;
28

1     WHEREAS, the parties are in continued discussions directed toward reaching a negotiated resolution of the issues raised by the Amended Petition;

    WHEREAS, the parties agree to continue the Hearing and the Case Management Conference until January 11, 2008; and

    WHEREAS, the parties agree that this Stipulation does not waive any of the rights or defenses available to either party, and that each party reserves its rights to assert any and all rights and defenses in the future and to provide further papers updating the Court and providing any further developments;

    WHEREAS, the parties submit that the extension will not affect the ultimate schedule of the case;

    NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

    Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and 7-12 of the Federal District Court for the Northern District of California, that the Hearing and the Case Management Conference be continued to 9 a.m. on Friday, January 11, 2008.

Dated: November 30, 2007        SULLIVAN & CROMWELL LLP

                        /s/
                  Michael H. Steinberg
                Attorneys for Plaintiffs/Petitioners
                   JOEL BENOLIEL, et al.

Dated: November 30, 2007        SIMPSON THACHER & BARTLETT LLP

                  /s/ (with express permission)
                    Harrison J. Frahn
              Attorneys for Defendants/Respondents
            BLACKHAWK PARENT LLC and EOP
             OPERATING LIMITED PARTNERSHIP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007      By _____
                                  The Honorable Ronald M. Whyte
                                  United States District Judge