1  Michael H. Steinberg (CSB 134179)
   SULLIVAN & CROMWELL LLP
2  1888 Century Park East
   Los Angeles, California 90067
3  Telephone: (310) 712-6600
   Facsimile:  (310) 712-8800
4
   *Attorneys for Petitioners Joel Benoliel, et al.*
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            ***E-FILED - 12/6/07***

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD, and DONALD S. JEFFERSON,<br><br>    Plaintiffs/Petitioners,<br><br>    v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>    Defendants/Respondents. | Case No. C 07-03001-RMW<br><br>**JOINT STIPULATION AND [] ORDER CONTINUING THE HEARING ON THE FIRST AMENDED PETITION TO COMPEL ARBITRATION AND THE CASE MANAGEMENT CONFERENCE**<br><br>**Prior Hearing Date:** December 7, 2007<br><br>**New Hearing Date:** January 11, 2008 |

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME            Case No. C 07-03001-RMW

1          Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District
2  for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty,
3  Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their
4  respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning
5  Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition")
6  scheduled to be heard December 7, 2007 (the "Hearing").
7          WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;
8          WHEREAS, Respondents filed a Memorandum of Points and Authorities in
9  Opposition to the Amended Petition (the "Opposition") on August 10, 2007;
10         WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on
11 August 17, 2007;
12         WHEREAS, a hearing on the Amended Petition was originally scheduled for
13 August 31, 2007 at 9:00 a.m.;
14         WHEREAS, on August 27, 2007, the parties submitted a joint stipulation and
15 proposed order, continuing the August 31, 2007 hearing to September 28, 2007;
16         WHEREAS, on August 28, 2007, the Court entered the proposed order continuing
17 the August 31, 2007 hearing to September 28, 2007;
18         WHEREAS, a Case Management Conference was also scheduled to occur on
19 September 28, 2007;
20         WHEREAS, on September 18, 2007, the Court *sua sponte* ordered that the hearing
21 on the Amended Petition and the Case Management Conference be continued to October 19, 2007;
22         WHEREAS, upon a joint stipulation submitted by the parties, on October 11, 2007,
23 the Court ordered that the hearing on the Amended Petition and the Case Management Conference
24 be continued to November 9, 2007;
25         WHEREAS, upon a joint stipulation submitted by the parties, on October 31, 2007,
26 the Court ordered that the hearing on the Amended Petition and the Case Management Conference
27 be continued to December 7, 2007;
28

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME          Case No. C 07-03001-RMW

1    WHEREAS, the parties are in continued discussions directed toward reaching a
2 negotiated resolution of the issues raised by the Amended Petition;
3    WHEREAS, the parties agree to continue the Hearing and the Case Management
4 Conference until January 11, 2008; and
5    WHEREAS, the parties agree that this Stipulation does not waive any of the rights
6 or defenses available to either party, and that each party reserves its rights to assert any and all
7 rights and defenses in the future and to provide further papers updating the Court and providing
8 any further developments;
9    WHEREAS, the parties submit that the extension will not affect the ultimate
10 schedule of the case;
11    NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:
12    Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and
13 7-12 of the Federal District Court for the Northern District of California, that the Hearing and the
14 Case Management Conference be continued to 9 a.m. on Friday, January 11, 2008.

15 Dated: November 30, 2007                SULLIVAN & CROMWELL LLP

17                                          /s/
18                                  Michael H. Steinberg
                                 Attorneys for Plaintiffs/Petitioners
                                    JOEL BENOLIEL, et al.

20 Dated: November 30, 2007                SIMPSON THACHER & BARTLETT LLP

22                              /s/ (with express permission)
                                    Harrison J. Frahn
                              Attorneys for Defendants/Respondents
23                            BLACKHAWK PARENT LLC and EOP
                              OPERATING LIMITED PARTNERSHIP

25    PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 Dated: __12/6_____, 2007      By  *Ronald M. Whyte*
27                                   The Honorable Ronald M. Whyte
                                     United States District Judge

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME         Case No. C 07-03001-RMW
- 3 -