1  Michael H. Steinberg (CSB 134179)
   Laura E. Kabler (CSB 241281)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California 90067
   Telephone: (310) 712-6600
4  Facsimile:  (310) 712-8800

5  *Attorneys for Petitioners Joel Benoliel, et al.*

6

7                                           *<u>E-FILED - 1/9/08</u>*

8

9                        UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12  JOEL BENOLIEL, GREGG R. DAUGHERTY,          Case No. C 07-03001-RMW
    BRUCE E. HOSFORD, and DONALD S.
13  JEFFERSON,

14        Plaintiffs/Petitioners,

15        v.                                    **JOINT STIPULATION AND
                                                [] ORDER
16  BLACKHAWK PARENT LLC, a Delaware limited    CONTINUING THE HEARING
    liability company, and EOP OPERATING       ON THE FIRST AMENDED
17  LIMITED PARTNERSHIP, a Delaware limited     PETITION TO COMPEL
    partnership,                                ARBITRATION AND THE CASE
18                                              MANAGEMENT CONFERENCE**
          Defendants/Respondents.
19                                              **Prior Hearing Date:** January 11,
                                                2008
20
                                                **New Hearing Date: March 14**,
21                                              2008

22

23

24

25

26

27

28

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME          Case No. C 07-03001-RMW

1    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District

2    for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty,

3    Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their

4    respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning

5    Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition")

6    scheduled to be heard January 11, 2008 (the "Hearing").

7    WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;

8    WHEREAS, Respondents filed a Memorandum of Points and Authorities in

9    Opposition to the Amended Petition (the "Opposition") on August 10, 2007;

10    WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on

11    August 17, 2007;

12    WHEREAS, a hearing on the Amended Petition was originally scheduled for

13    August 31, 2007 at 9:00 a.m.;

14    WHEREAS, on August 27, 2007, the parties submitted a joint stipulation and

15    proposed order, continuing the August 31, 2007 hearing to September 28, 2007;

16    WHEREAS, on August 28, 2007, the Court entered the proposed order continuing

17    the August 31, 2007 hearing to September 28, 2007;

18    WHEREAS, a Case Management Conference was also scheduled to occur on

19    September 28, 2007;

20    WHEREAS, on September 18, 2007, the Court *sua sponte* ordered that the hearing

21    on the Amended Petition and the Case Management Conference be continued to October 19, 2007;

22    WHEREAS, upon a joint stipulation submitted by the parties, on October 11, 2007,

23    the Court ordered that the hearing on the Amended Petition and the Case Management Conference

24    be continued to November 9, 2007;

25    WHEREAS, upon a joint stipulation submitted by the parties, on October 31, 2007,

26    the Court ordered that the hearing on the Amended Petition and the Case Management Conference

27    be continued to December 7, 2007;

28

1     WHEREAS, upon a joint stipulation submitted by the parties, on November 30,

2   2007, the Court ordered that the hearing on the Amended Petition and the Case Management

3   Conference be continued to January 11, 2008;

4     WHEREAS, on December 19, 2007 the parties held their joint ADR Phone

5   Conference with the G. Daniel Bowling, ADR Program Staff Attorney for the Northern District of

6   California to discuss their continued progress towards a negotiated resolution of the issues raised

7   by the Amended Petition;

8     WHEREAS, the parties are in continued discussions directed toward reaching a

9   negotiated resolution of the issues raised by the Amended Petition;

10     WHEREAS, the parties agree to continue the Hearing and the Case Management

11   Conference until February 29, 2008; and

12     WHEREAS, the parties agree that this Stipulation does not waive any of the rights

13   or defenses available to either party, and that each party reserves its rights to assert any and all

14   rights and defenses in the future and to provide further papers updating the Court and providing

15   any further developments;

16     WHEREAS, the parties submit that the extension will not affect the ultimate

17   schedule of the case;

18     NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

19     Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and

20   7-12 of the Federal District Court for the Northern District of California, that the Hearing and the

21   Case Management Conference be continued to 9 a.m. on Friday, March 14, 2008.

22   Dated: December 27, 2007                    SULLIVAN & CROMWELL LLP

23

24                                              _____
                                                                 /s/
25                                              Michael H. Steinberg
                                                Attorneys for Plaintiffs/Petitioners
26                                              JOEL BENOLIEL, et al.

27

28

1  Dated: December 27, 2007                   SIMPSON THACHER & BARTLETT LLP

2

3                                                    /s/ (with express permission)
                                               _____
4                                                        Harrison J. Frahn
                                               Attorneys for Defendants/Respondents
5                                              BLACKHAWK PARENT LLC and EOP
                                               OPERATING LIMITED PARTNERSHIP

6

7          PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated: ___1/9_____, 200_8_      By    *Ronald M. Whyte*
                                               _____
9                                              The Honorable Ronald M. Whyte
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28