Michael H. Steinberg (CSB 134179)
Laura E. Kabler (CSB 241281)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile:  (310) 712-8800

*Attorneys for Petitioners Joel Benoliel, et al.*

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD, and DONALD S. JEFFERSON,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Defendants/Respondents. | Case No. C 07-03001-RMW<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE HEARING ON THE FIRST AMENDED PETITION TO COMPEL ARBITRATION AND THE CASE MANAGEMENT CONFERENCE**<br><br>**Prior Hearing Date:** March 14, 2008<br><br>**New Hearing Date:** May 16, 2008 |

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME        Case No. C 07-03001-RMW

1    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District
2  for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty,
3  Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their
4  respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning
5  Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition")
6  scheduled to be heard January 11, 2008 (the "Hearing").
7    WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;
8    WHEREAS, Respondents filed a Memorandum of Points and Authorities in
9  Opposition to the Amended Petition (the "Opposition") on August 10, 2007;
10   WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on
11  August 17, 2007;
12   WHEREAS, a hearing on the Amended Petition was originally scheduled for
13  August 31, 2007 at 9:00 a.m.;
14   WHEREAS, on August 27, 2007, the parties submitted a joint stipulation and
15  proposed order, continuing the August 31, 2007 hearing to September 28, 2007;
16   WHEREAS, on August 28, 2007, the Court entered the proposed order continuing
17  the August 31, 2007 hearing to September 28, 2007;
18   WHEREAS, a Case Management Conference was also scheduled to occur on
19  September 28, 2007;
20   WHEREAS, on September 18, 2007, the Court *sua sponte* ordered that the hearing
21  on the Amended Petition and the Case Management Conference be continued to October 19, 2007;
22   WHEREAS, upon a joint stipulation submitted by the parties, on October 11, 2007,
23  the Court ordered that the hearing on the Amended Petition and the Case Management Conference
24  be continued to November 9, 2007;
25   WHEREAS, upon a joint stipulation submitted by the parties, on October 31, 2007,
26  the Court ordered that the hearing on the Amended Petition and the Case Management Conference
27  be continued to December 7, 2007;
28

1  WHEREAS, upon a joint stipulation submitted by the parties, on November 30, 2007, the Court ordered that the hearing on the Amended Petition and the Case Management Conference be continued to January 11, 2008;

WHEREAS, on December 19, 2007 the parties held their joint ADR Phone Conference with G. Daniel Bowling, ADR Program Staff Attorney for the Northern District of California, to discuss their continued progress towards a negotiated resolution of the issues raised by the Amended Petition;

WHEREAS, upon a joint stipulation submitted by the parties, on January 9, 2008, the Court ordered that the hearing on the Amended Petition and the Case Management Conference be continued to March 14, 2008;

WHEREAS, on February 19 the parties held a further ADR Phone Conference with G. Daniel Bowling, ADR Program Staff Attorney for the Northern District of California, and reported substantial continued progress towards a negotiated resolution of the issues raised by the Amended Petition;

WHEREAS, the parties have nearly concluded discussions directed toward reaching a negotiated resolution of the issues raised by the Amended Petition;

WHEREAS, the parties agree to continue the Hearing and the Case Management Conference until May 23, 2008; and

WHEREAS, the parties agree that this Stipulation does not waive any of the rights or defenses available to either party, and that each party reserves its rights to assert any and all rights and defenses in the future and to provide further papers updating the Court and providing any further developments;

WHEREAS, the parties submit that the extension will not affect the ultimate schedule of the case;

1    NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

2    Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and 7-12 of the Federal District Court for the Northern District of California, that the Hearing and the Case Management Conference be continued to Friday, May 23, 2008 at 9:00 a.m. & 10:30 a.m.

Dated: March 11, 2008                        SULLIVAN & CROMWELL LLP


                                             _____/s/_____
                                             Michael H. Steinberg
                                             Attorneys for Plaintiffs/Petitioners
                                             JOEL BENOLIEL, et al.

Dated: March 11, 2008                        SIMPSON THACHER & BARTLETT LLP


                                             ___/s/ (with express permission)___
                                             Harrison J. Frahn
                                             Attorneys for Defendants/Respondents
                                             BLACKHAWK PARENT LLC and EOP
                                             OPERATING LIMITED PARTNERSHIP


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____3/13_____, 2008        By   _Ronald M. Whyte_____
                                             The Honorable Ronald M. Whyte
                                             United States District Judge