1  Michael H. Steinberg (CSB 134179)
   Laura E. Kabler (CSB 241281)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California 90067
   Telephone: (310) 712-6600
4  Facsimile:  (310) 712-8800

5  *Attorneys for Petitioners Joel Benoliel, et al.*

6

7                                                    *E-FILED - 3/13/08*

8

9                    UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  JOEL BENOLIEL, GREGG R. DAUGHERTY,          Case No. C 07-03001-RMW
    BRUCE E. HOSFORD, and DONALD S.
13  JEFFERSON,

14           Plaintiffs/Petitioners,           AMENDED

15       v.                                    **JOINT STIPULATION AND
                                               ORDER
16  BLACKHAWK PARENT LLC, a Delaware limited   CONTINUING THE HEARING
    liability company, and EOP OPERATING       ON THE FIRST AMENDED
17  LIMITED PARTNERSHIP, a Delaware limited     PETITION TO COMPEL
    partnership,                               ARBITRATION AND THE CASE
18                                             MANAGEMENT CONFERENCE**
             Defendants/Respondents.
19                                             **Prior Hearing Date:**  March 14,
                                               2008
20
                                               **New Hearing Date:** May 23, 2008
21

22

23

24

25

26

27

28

JOINT STIPULATION AND REQUEST FOR ORDER CHANGING TIME          Case No. C 07-03001-RMW

1    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-7(b) and 7-12 of the Federal District

2  for the Northern District of California, Plaintiffs/Petitioners Joel Benoliel, Gregg R. Daugherty,

3  Bruce E. Hosford, and Donald S. Jefferson (collectively, "Petitioners"), by and through their

4  respective counsel, submit this Joint Stipulation and Proposed Order Changing Time concerning

5  Petitioners' pending First Amended Petition to Compel Arbitration (the "Amended Petition")

6  scheduled to be heard January 11, 2008 (the "Hearing").

7    WHEREAS, Petitioners filed the Amended Petition on July 27, 2007;

8    WHEREAS, Respondents filed a Memorandum of Points and Authorities in

9  Opposition to the Amended Petition (the "Opposition") on August 10, 2007;

10    WHEREAS, Petitioners filed a Reply in Support of the Amended Petition on

11  August 17, 2007;

12    WHEREAS, a hearing on the Amended Petition was originally scheduled for

13  August 31, 2007 at 9:00 a.m.;

14    WHEREAS, on August 27, 2007, the parties submitted a joint stipulation and

15  proposed order, continuing the August 31, 2007 hearing to September 28, 2007;

16    WHEREAS, on August 28, 2007, the Court entered the proposed order continuing

17  the August 31, 2007 hearing to September 28, 2007;

18    WHEREAS, a Case Management Conference was also scheduled to occur on

19  September 28, 2007;

20    WHEREAS, on September 18, 2007, the Court *sua sponte* ordered that the hearing

21  on the Amended Petition and the Case Management Conference be continued to October 19, 2007;

22    WHEREAS, upon a joint stipulation submitted by the parties, on October 11, 2007,

23  the Court ordered that the hearing on the Amended Petition and the Case Management Conference

24  be continued to November 9, 2007;

25    WHEREAS, upon a joint stipulation submitted by the parties, on October 31, 2007,

26  the Court ordered that the hearing on the Amended Petition and the Case Management Conference

27  be continued to December 7, 2007;

28

1    WHEREAS, upon a joint stipulation submitted by the parties, on November 30,

2  2007, the Court ordered that the hearing on the Amended Petition and the Case Management

3  Conference be continued to January 11, 2008;

4    WHEREAS, on December 19, 2007 the parties held their joint ADR Phone

5  Conference with G. Daniel Bowling, ADR Program Staff Attorney for the Northern District of

6  California, to discuss their continued progress towards a negotiated resolution of the issues raised

7  by the Amended Petition;

8    WHEREAS, upon a joint stipulation submitted by the parties, on January 9, 2008,

9  the Court ordered that the hearing on the Amended Petition and the Case Management Conference

10  be continued to March 14, 2008;

11    WHEREAS, on February 19 the parties held a further ADR Phone Conference with

12  G. Daniel Bowling, ADR Program Staff Attorney for the Northern District of California, and

13  reported substantial continued progress towards a negotiated resolution of the issues raised by the

14  Amended Petition;

15    WHEREAS, the parties have nearly concluded discussions directed toward

16  reaching a negotiated resolution of the issues raised by the Amended Petition;

17    WHEREAS, the parties agree to continue the Hearing and the Case Management

18  Conference until May 23, 2008; and

19    WHEREAS, the parties agree that this Stipulation does not waive any of the rights

20  or defenses available to either party, and that each party reserves its rights to assert any and all

21  rights and defenses in the future and to provide further papers updating the Court and providing

22  any further developments;

23    WHEREAS, the parties submit that the extension will not affect the ultimate

24  schedule of the case;

25

26

27

28

1          NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

2          Subject to the Court's approval, pursuant to Civil Local Rules 6-1, 6-2, 7-7(b) and

3  7-12 of the Federal District Court for the Northern District of California, that the Hearing and the

4  Case Management Conference be continued to Friday, May 23, 2008 at 9:00 a.m. & 10:30 a.m.

5  Dated: March 11, 2008          SULLIVAN & CROMWELL LLP

6

7                                  /s/

8                          Michael H. Steinberg
                         Attorneys for Plaintiffs/Petitioners

9                          JOEL BENOLIEL, et al.

    Dated: March 11, 2008          SIMPSON THACHER & BARTLETT LLP

10

11

12                       /s/ (with express permission)
                          Harrison J. Frahn

13                    Attorneys for Defendants/Respondents
                    BLACKHAWK PARENT LLC and EOP

14                    OPERATING LIMITED PARTNERSHIP

15          PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated: _____3/13_____, 2008     By   *Ronald M. Whyte*

18                          The Honorable Ronald M. Whyte
                          United States District Judge

19

20

21

22

23

24

25

26

27

28