Michael H. Steinberg (CSB 134179)
Laura E. Kabler (CSB 241281)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile:  (310) 712-8800

*Attorneys for Petitioners Joel Benoliel, et al.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BENOLIEL, GREGG R. DAUGHERTY, BRUCE E. HOSFORD, and DONALD S. JEFFERSON,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>BLACKHAWK PARENT LLC, a Delaware limited liability company, and EOP OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Defendants/Respondents. | Case No. C 07-03001-RMW<br><br>**JOINT STIPULATION DISMISSING ACTION WITHOUT PREJUDICE** |

JOINT STIPULATION                                                                                       Case No. C 07-03001-RMW

1  IT IS HEREBY STIPULATED AND AGREED by the parties, through their
2 counsel, that the above-entitled action be and hereby is dismissed without prejudice pursuant to
3 Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own attorneys' fees and costs.
4  IT IS SO STIPULATED.

5 Dated: April 8, 2008                    SULLIVAN & CROMWELL LLP

                                          /s/
                                          _____
                                          Michael H. Steinberg
                                          Attorneys for Plaintiffs/Petitioners
                                          JOEL BENOLIEL, et al.

Dated: April 8, 2008                     SIMPSON THACHER & BARTLETT LLP

                                          /s/ (with express permission)
                                          _____
                                          Harrison J. Frahn
                                          Attorneys for Defendants/Respondents
                                          BLACKHAWK PARENT LLC and EOP
                                          OPERATING LIMITED PARTNERSHIP

JOINT STIPULATION                                                Case No. C 07-03001-RMW
- 2 -